AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Abdul Khabir Wahid,

_____
Defendant

)
)
)
)
)
)

Case No.   CR-17-360-PHX-JJT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    ABDUL KHABIR WAHID
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ❑ Complaint
❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

18:1001(a)(2) - False Statements

18:1515(b)(3) - Witness Tampering

Date:  03/14/2017

_____
Issuing officer's signature

City and state:      Phoenix, Arizona

M. Pruneau, Deputy Clerk
_____
Printed name and title

| Return |
|---|
| This warrant was received on _(date)_ 03/14/2017 , and the person was arrested on _(date)_ 03/15/2017 at _(city and state)_ Phoenix, AZ |
| Date:  03/15/2017 |

_____
Arresting officer's signature

FBI
_____
Printed name and title