```
FILED ____ LODGED
____ RECEIVED ____ COPY

MAR 1 7 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL WITNESS LIST

[X] Detention Hearing   [ ] Non-Jury Trial   [ ] Jury Trial

Case Number _CR 17-00360 Phx_   Judge Code _JJ_   Date _3/17/17_

vs.

[X] Plaintiff/Petitioner   [ ] Defendant/Respondent

| NAME | SWORN | APPEARED |
|------|-------|----------|
| FBI SA Britney ~~Stepherson~~ Stevenson | 3-17-17 | 3-17-17 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |