UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

FILED ✓   ___ LODGED
___ RECEIVED   ___ COPY

MAR 1 7 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

[X] Detention Hearing  [ ] Non-Jury Trial  [ ] Jury Trial

Case Number CR- **17-00360 Phx JJT**  Judge Code _____  Date **3/17/17**
            Year Case No. Deft No.

USA v. __Wahid__  __Abdul__  __Khabir_____
        Last     First     Middle

[ ] Government                                    [ ] Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | 3-17-17 | | 2/10/16 302 Report |
| 2 | 3-17-17 | | 1/11/2017 302 Report |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |