UNITED STATES DISTRICT COURT
OF
ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 2 6 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

May 10, 2017

UNITED STATES
_____
PLAINTIFF

Vs.

JUDGE: John J. Tuchi
CR-17-00360-PHX-JJT (BSB)

AbdulKhabir Wahid
_____
Defendant

MOTION FOR LETTER :
IN REGARDS TO PENDING CIVIL CASE AND PRESENT CRIMINAL TRIAL

COMES NOW, AbdulKhabir Wahid in propria persona and without counsel.
Firstly I must state please refrain from using my name in the legal-corporate sense of "ABDULKHABIR WAHID" as I am not a corporation nor am I a commodity owned by the U.S my name has been authenticated to prove I am the official owner of my name. I have enclosed a copy of an official authentication to prove such,
therefore my name should be spelled in its proper form as Authenticated "AbdulKhabir Wahid".

My reasons for generating this letter are the following which is simply to inform or make the Judge in this case aware of the pending civil case outside of this present criminal case and the motives for this present criminal case.

Your Honor at the fore of this case it is stated that I am being charged with 1) Tampering with a witness and 2) False Statements.

However I believe that this is nothing more than a whitewash and a ploy to what this case is really about.

I am sure you are aware of the fact that almost two years the F.B.I in conjunction with the U. S came after me with a Search Warrant claiming and stating that they would 1) find guns in my home as well as ammunition 2) Stated they would find blueprints in my home in regards to the plans for Garland, Texas attack 3) They would also find blueprints in my home for the planned attack of the Super bowl  4) They would also find information on any electronic devices such as computer, cell phone, tape-recorder or any other device that store information electronically that could prove that I was in connection or somehow "associated" with Elton Simpson and Nadir Soofi in their international-domestic terrorism plot.

They found nothing and I am living proof that they didn't because if they did find anything I would not be able to type this letter to you today I would be incarcerated.

Like I stated I know you are aware of that case I also know you are aware that I have a PENDING case against the F.B.I agent who authorized that Search Warrant and the reason being is because he violated my right that is preserved in the 4th Amendment which is the fact he had "no probable cause" in doing such and basically I outed him because he swore under oath that his information that he had charge me with was the truth when it fact they were all "False Statements" I have no reason to lie all this information can be found in my case
AbdulKhabir Wahid, plaintiff  Vs. Todd Kopcha,Defendant of the Federal Bureau of Investigation: Agent , In His Individual Capacity, Case Number: 15-01088-PHX-JJT (BSB).

I believe that this Case isn't just about the U.S finding charges against me I believe this case is about the U.S/ F.B.I trying to seek retaliation and revenge because I stood up for my rights and would not allow one of their collegues to trample on my rights and let him get away with basically lying on me.

Yes I believe that the U.S in conjunction with the F.B.I are only doing this solely out of protecting one of their own, retaliation and silencing me because they do not want me to be victorious in my case.

If they weren't doing this out of pure retaliation/revenge then why wait almost two (2) years to finally decide to bring charges against me while coincidentally I happen to have a pending civil case going on against a Federal Bureau of Investigation Agent.

My reasons for telling you this isn't to find favor with you but if we're going to be fair then "all the cards need to be laid out on the table" sort uh speak.

Therefore if the Federal Rules of Evidence aren't against it then I request by permission of this Court to allow me in this present Criminal Case to prove that this is a case about Retaliation when we appear in Court on August 1, 2017.

                          Thankyou, Sincerely




                          Without Prejudice

                          _AbdulKhabir Wahid_