UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

May 26, 2017

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 30 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**UNITED STATES**
_____

**Plaintiff**

Judge: John J. Tuchi
CR-17-00360-PHX-JJT (BSB)

**Vs.**

**AbdulKhabir Wahid**
_____

**Defendant**

## ADDENDUM FOR MOTION FOR LETTER:
## IN REGARDS TO PENDING CIVIL CASE AND PRESENT CRIMINAL TRIAL

**COMES NOW, AbdulKhabir Wahid in propria persona to state the following
Before you come to a decision about my request for permission in allowing me to prove
that this is a case about Retaliation and revenge let me point out a few things as well as
shed some light on this matter.**

In order for me to prove this I will need to enter into evidence documents from the pending Civil CV-15-01088-PHX-JJT (BSB) as well as from documents from the Search Warrant case 15-9155MB and possibly testimony from certain witnesses.

I believe this is all in fact relevant to my case because all three cases are related to each other for example my civil suit is only against Todd Kopcha had he not initially authorized and Filed the False Search Warrant and I wouldn't have been hailed into court with these criminal charges in the first place had the investigation and False Search Warrant not been filed.

I also believe if anyone should try and say that this would prejudice the jury I would believe that this would be and unfair and unjust assessment considering the fact that the prosecution is using a case that has nothing to do with me (which is AbdulMaliks AbdulKareems'case ) off the premise of relevance to make it appear in the mind of the jury that it is possible that I was linked, involved or associated with domestic international terrorism correct me if I'm wrong but isn't that a form of prejudicing the jury.

To sum it up I think it would be totally unfair as well as unjust for the Prosecutor simply because she/he is the prosecutor to enter a case into the pleadings that actually have nothing to do with me or the charges against my person, under the guise of relevance yet if I so decide to do the same in a collaboration of three cases that are very much relevant to each other I am met with resistance because I am the defendant.

I am not saying your Honor nor directing these thoughts to you I am directing this to the Prosecution should they have a problem with my request.

However I would appreciate if you take it into consideration my beliefs and statements.

Thankyou, Sincerely

Signatory ___AbdulKhabir 3Nahid___