# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Abdul Khabir Wahid,<br><br>        Defendant. | No. CR-17-00360-001-PHX-JJT<br><br>**ORDER** |

    The court is in receipt of Defendant's Motion to Prove this Case is About Retaliation (Doc. 24) and Defendant's Addendum to Motion (Doc. 25), filed by Defendant in his criminal matter in pro per. The Court appointed barred and experienced counsel to represent Defendant in his criminal matter. It cannot and will not accept filings from multiple sources on behalf of defendant to avoid the danger of prejudice to Defendant. Any filings on Defendant's behalf in the criminal matter shall be filed by counsel or this Court will strike them.

    **IT IS ORDERED** striking Defendant's Motion to Prove this Case is About Retaliation (Doc. 24) and Defendant's Addendum to Motion (Doc. 25).

    Dated this 31st day of May, 2017.

                                          _____
                                          Honorable John J. Tuchi
                                          United States District Judge