**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

```
                                          FILED        LODGED
                                          RECEIVED     COPY

                                              OCT 1 2 2017

                                          CLERK U S DISTRICT COURT
                                            DISTRICT OF ARIZONA
                                          BY_____DEPUTY
```

**AbdulKhabir Wahid**
**3407 W. Port Au Prince Lane**
**Phoenix, Arizona 85053**
**(480) 205-1354**


**United States**
_____
**PLAINTIFF**



**Vs**


                                          **JUDGE: John J. TUchi**
**AbdulKhabir Wahid**                     **Case No. CR-17-00360-PHX-JJT**
_____
**Defendant**



**LETTER TO THE JUDGE**
_____

**COMES NOW, AbdulKhabir Wahid in propria persona and making a Special Appearance.**

My reasons for generating this letter are the following, prior to this filing I filed some time ago a letter to the Court asking if it was allowed by the Federal Rules of Evidence through Relevance to use in open court a Retaliation Defense that request was denied and stricken from the record on the basis that if I wanted to ask such a question that i would have to do so through representation.

Presently and temporarily I am without counsel as it was agreed upon by my previous lawyer and I that this relationship was not in my best interest, and a Motion was filed on the 2nd of October requesting that said lawyer be removed from its duty of representing me.

Which brings me to the point of technically since I have no lawyer then in the interim I am temporarily considered to be "Pro se" which brings me back to the question I ask you in the past as you stricken it from the record which is

May I request that by using/entering into my Criminal case documents from my civil case with case number being CV-15-0188-PHX-JJT (BSB) with the defense of proving this Criminal case is about Retaliation and would this be considered admissable under the Federal Rules of Evidence.

Thank you for reading my letter I pray that you would give me some sort of answer kindly.


Signatory _Abdul Khabir Wahid_