ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

Kristen Brook
Arizona State Bar No. 023121
kristen.brook @usdoj.gov
Joseph E. Koehler
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Abdul Khabir Wahid,<br><br>Defendant. | No. CR-17-00360-01-PHX-JJT<br><br>**NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY** |

The United States of America, by and through counsel undersigned, hereby provides notice that it may introduce certain evidence pursuant to Rule 702 of the Federal Rules of Evidence at the trial of this matter. Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States gives its notice of intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief and/or in rebuttal at trial.

…

…

…

1. **Dr. Lorenzo Vidino, Director of Program on Extremism, Center for Cyber and Homeland Security, George Washington University:**

The United States intends to introduce expert testimony from Dr. Lorenzo Vidino, a subject matter expert on ISIS, terrorism and the intended effects of ISIS terror attacks.  Dr. Vidino will provide background information on ISIS, ISIS inspired attacks, the means of communication between U.S. based foot soldiers and ISIS members abroad, homegrown violent extremists (individuals who became mobilized outside of Syria or Iraq) and ISIS recruitment by individuals including Junaid Hussen and Mohamed Abdullahi Hassan (aka Miski).  Dr. Vidino will testify regarding ISIS strategy to attack targets outside of Syria and Iraq, including the United States, and the intended and actual effect of those attacks on civilian populations and government policy.  Dr. Vidino will testify about ISIS propaganda and communication over online mediums (including Twitter and *Dabiq* in 2015) and ISIS spokesperson Abu Mohammed a-Adnani's call to action in September 2014. Dr. Vidino will testify that ISIS claimed responsibility for the May 3, 2015, attack on the so-called Muhammad Art Exhibit and Contest at the Curtis Culwell Center in Garland, Texas.  Dr. Vidino will testify about the specific vocabulary used by Elton Simpson, Nadir Soofir and Abdul Malik Abdul Kareem (in online tweets and posts leading up to the attack at the Curtis Culwell Center in Garland, Texas) to describe themselves, the world, and the community of people around them.

Any reports drafted in this case will be promptly disclosed to defense.  Dr. Vidino's prior testimony on the subject of ISIS and his CV will be disclosed under a separate cover.

2. **Robert Meshinsky, Former Special Agent (now retired):**

The United States intends to introduce the factual and expert testimony from Robert Meshinsky, retired FBI Special Agent, regarding the extraction of information from cell phones, computers, and any and all digital media, including but not limited to hard drives, CDs, DVDs, and GPS devices, seized by law enforcement in connection with the investigation in this case.  SA Meshinsky conducted forensic analysis on computer media, storage device, and cell phone evidence obtained in this case and will explain how he was

able to obtain information, files and other stored data from the computers, cell phones and/or "SIM" cards associated with cell phones, and digital media.

Special Agent Meshinsky will testify consistently with the reports he has issued and will be issuing, as well as his interpretations of the relevant computer evidence, including but not limited to the following:

    (a)    The location, type, descriptions of relevant data found on the digital media and cell phones;

    (b)    The process by which he forensically previews electronic devices, media storage devices, computer hard drives, and cell phones;

    (c)    The process by which he makes a duplicate copy of the media storage devices to insure that there are no changes made to the originals;

    (d)    The process by which he completes his forensic analysis; and

    (e)    The process whereby users can delete or remove items from electronic media.

All of Special Agent Meshinsky's opinions and conclusions will be consistent with these reports and based on his training and experience as a Criminal Investigator and Digital Extraction Technician for the Federal Bureau of Investigation.

The downloaded cell phone data, digital media and reports have been previously disclosed to the defense counsel with the discovery materials. The CV will be disclosed under a separate cover.

**3. <u>Jeff Evans, Former FBI Information Technology Specialist (now retired):</u>**

The United States intends to introduce the factual and expert testimony from Jeff Evans, retired FBI Information Technology Specialist, regarding the extraction of information from cell phones, computers, and any and all digital media, including but not limited to hard drives, CDs, DVDs, and GPS devices, seized by law enforcement in connection with the investigation in this case. Agent Evans will explain how he was able to obtain information, files and other stored data from the computers, cell phones and/or "SIM" cards associated with cell phones, and digital media.

The downloaded cell phone data, digital media, and reports previously have been disclosed to the defense counsel with the discovery materials. The CV will be disclosed under a separate cover.

**4. Forensic Document Examiner Antoine Frazier:**

The United States intends to introduce factual and expert testimony from Antoine Frazier, FBI Forensic Document Examiner. Examiner Frazier, who works in the Questioned Document Unit with the FBI Forensic Document Unit in the FBI Laboratory Division, will testify regarding examination and comparison of a handwriting exemplar compared to handwriting contained within specific notebooks, pieces of paper, and other handwritten evidence involved in this case. Forensic Document Examiner Frazier will testify regarding the process of comparison and the results he tendered in this case. Forensic Document Examiner Frazier's CV will be provided to defense counsel.

**5. Arabic Language Expert:**

The United States intends to introduce factual and expert testimony regarding Arabic language terminology that appears in the evidence in this case.

Respectfully submitted this 26th day of October, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Kristen Brook*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

**Denise Aguilar, Attorney for Defendant**

*/s/ Norma Hernandez*
U.S. Attorney's Office