ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
kristen.brook@usdoj.gov
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:17-CR-00360-PHX-JJT |
| Plaintiff, | |
| v. | **NOTICE OF ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |
| Abdul Khabir Wahid, | |
| Defendant. | |

Pursuant to Rule 16.1(a) of the Rules of Practice of the United States District Court for the District of Arizona, the United States hereby notifies the defendant that the government may offer into evidence at trial any confessions, admissions, and statements, disclosed to the defense in this matter.  See, *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).   The government previously has

/

/

/

given notice to the defendant through disclosure. Pursuant to Rule 16.1(a), the Government again informs the defendant of its intent to use Defendant's statements at trial in this matter.

Respectfully submitted this 27th day of October, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/Kristen Brook*
*s/Joseph E. Koehler*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

**Ashley Adams, Attorney for Defendant**

*s/Theresa A. Hanson*
*Legal Assistant/US Attorney's Office*

- 2 -