UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Jan 6, 2018

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona 85053
(480) 205-1354

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES**

-PLAINTIFF

JUDGE: John J. Tuchi
CASE NO. CR-17-00360-PHX-JJT

**AbdulKhabir Wahid**

Defendant

**MOTION TO WAIVE RIGHT TO COUNSEL AND APPOINT IN PRO PER**

**COMES NOW, AbdulKhabir in propria persona and making a Special Appearance.**

**Please be advised I am not a lawyer however I should still be treated in accordance to Haines v. Kerner, 404 U.S 519 (1972), a complaint however inartfully pleaded, "must be held" to less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears " beyond doubt that the plaintiff can**

prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting Conley v. Gibson, 355 U.S 41, 45-46 (1957).

My reasons for petitioning this court are the following after giving it some long hard thought I have come to the conclusion that it may best to represent self my reasoning comes from the track record that I thus have so far with the D.O.J so called CJA panel in light of the attorneys I previously had my first attorney was not aggressive enough and it was clear and apparent that she was not willing to fight for me with her as my attorney I simply should've surrendered myself to the prosecution, the second attorney I had was actually a good attorney and she would have fought for me but fate so had it that the great and powerful D.O.J had other plans for her on my case and she was dismissed.

Now this new Attorney has been assigned and it's been almost a month and he hasn't so much as reached out to me to begin some sort of dialogue of line of communication.

After taking stock of all of this so called "legal representation" it suddenly occurred to me that I'm really all alone in this legal battle and to coin a phrase " there is no justice is just us" I no longer feel that I trust any part of the D.O.J and if I fail I rather do it by myself rather than someone take me by the hand and lead me to slaughter.

In saying that I request that in this court I AbdulKhabir Wahid knowingly and intentionally hereby waive the counsel of John McBee and I hereby waive all counsel and request that from here on out I be treated as Pro per as this is my right according to 28 U.S.C. section 1654.

Thank you Sincerely

Signatory _AbdulKhabir Wahid_