

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona 85053
(480) 205-1354

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 3 0 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Jan 30, 2018

**UNITED STATES**

**PLAINTIFF**

JUDGE: John J. Tuchi

CASE NO. CR-17-00360-PHX-JJT(DKD)

**AbdulKhabir Wahid**

In Pro Per: Defendant

## MOTION FOR COURTROOM PHOTOGRAPHING AND BROADCASTING PROHIBITED
## (FEDERAL RULES OF CRIMINAL PROCEDURE RULE 53)

COMES NOW, AbdulKhabir Wahid in propria persona and making a Special Appearance.

I, AbdulKhabir Wahid am requesting from this Court that on the date of my said trial that any and all photographers and any and all broadcasting be prohibited during the time of



my trial. This request is being made in accordance to Federal Rules of Criminal Procedure Rule 53.

Thankyou, Sincerely

Autograph_____*Abdul Khabir Wahid*_____