AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona 85053
(480) 205-1354

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
JAN 3 0 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

January 30, 2018

**UNITED STATES**

**PLAINTIFF**

Vs.

JUDGE: John J. Tuchi
CASE NO. CR-17-00360-PHX-JJT(DKD)

**AbdulKhabir Wahid**

**In Pro Per : Defendant**

## DEMANDS FOR PRODUCTION OF STATEMENTS AND REPORTS OF WITNESSES
### UNITED STATES CODE TITLE 18 SECTION 3500(b)

**COMES NOW,** AbdulKhabir Wahid in propria persona and making a Special Appearance.

My request are the following I request that United States please produce for my inspection a copy of the Affidavit that should've been attached to said warrant dated and filed on March 14, 2017, as well as any and all statements made by any and all witnesses in the Grand Jury hearing against said defendant AbdulKhabir Wahid CR-17-00360-PHX-JJT (DKD) also dated March 14, 2017

This request for the Affidavit is in accordance to Federal Rules of Criminal Procedure Rule 5(1)(A) and Federal Rules of Criminal Procedure 9(a).
And over all the request for the Affidavit and the witness statements is in accordance to "The Jencks Act Title 18 Section 3500 (b).

It is expected that you will give your prompt attention to my request and I look forward to hearing from you as soon as possible.


Autographed _____*AbdulKhabir Wahid*_____, in pro per