# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Abdul Khabir Wahid,<br><br>Defendant. | No. CR-17-00360-001-PHX-JJT<br><br>**ORDER** |

Defendant has filed a Motion for Courtroom Photographing and Broadcasting Prohibited (Doc. 54). Such activity is already plainly prohibited by LRCiv. 43.1. At the hearing on Defendant's Motion to Waive Counsel and Proceed *in Propria Personam*, the Court advised Defendant that if he represented himself in this matter, the Court would hold him responsible for knowledge of the law and rules applicable to the matter, specifically including the Local Rules of Practice of the District Court for the District of Arizona. Defendant acknowledged that responsibility. The Court expects and, as indicated at the January 30, 2018 hearing, requires Defendant to have reviewed the applicable law and rules governing the subject matter of any future motions and responses thereto before filing such motions and responses.

…

…

…

**IT IS ORDERED** denying as moot Defendant's Motion for Courtroom Photographing and Broadcasting Prohibited (Doc. 54).

Dated this 2nd day of February, 2018.

_____
Honorable John J. Tuchi
United States District Judge