AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

      FEB 1 4 2018

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

### February 13, 2018

**UNITED STATES**

**PLAINTIFF**

Vs.

**JUDGE: John J. Tuchi**
**Case No. CR-17-00360-PHX-JJT (DKD)**

**AbdulKhabir Wahid**

**In Pro Per : Defendant**

## MOTION FOR A CONTINUANCE OF TRIAL AND EXTENSION FOR PRETRIAL MOTIONS DEADLINE

### ( FIFTH REQUEST)

COMES NOW, AbdulKhabir Wahid defendant in propria persona and making a Special Appearance. I respectfully request that this Court continue the time for filing a pretrial motion for at least ninety (90) days from the current date.
Secondly I request that the Court continue the trial date for at least ninety (90) days from the present date of May 1, 2018.

More time is needed to review the massive amount of discovery as well as investigating the the case and to prepare adequately for trial.

Also I have contacted the prosecution about this request and there is no objection .

Thank you , Graciously submitted

Autograph _____
(In Pro Per