# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

April 14, 2018

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUN 15 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

AbdulKhabir Wahid
3407 W. Port Au Prince Ln.
Phoenix, Arizona [85053]
   (480) 205-1354

UNITED STATES

PLAINTIFF

Vs.

AbdulKhabir Wahid                    JUDGE: John J. Tuchi

Defendant                           Case No. 2:17-cr-00360-JJT

### AFFIDAVIT FOR DEMAND TO DISMISS DUE TO LACK OF TERRITORIAL JURISDICTION

Please Note this is strictly the Courts Copy
all original signed wet ink documents are attached
to the exhibits at the end of this affidavit.

COMES NOW, AbdulKhabir Wahid In Rerum Natura the accused and making a Special Appearance who hereby demands that this legislative tribunal and judicial assembly the dismissal of this cause because of lack of exclusive jurisdictional authority over the exact geographical location where the alleged criminal activity mentioned in the indictment took place; and hereby files this formal Demand to Dismiss for Lack of Territorial jurisdiction.

My reasons for petitioning the Court are the following the United States Lacks exclusive territorial jurisdiction over my being.

Therefore I will demonstrate in this document as such.

Point 1.
―――――

First I must make sure that this Courtroom has the utmost candor.

Therefore please be reminded that according to 5 U.S.C. section 331 Oath of Office, you have all agreed that you will uphold the Constitution.

Therefore I ask do you have your written copy of your oath of office and if so can you please produce that copy in your response to this Affidavit.

Point 2.
―――――

Also I request according to 22 U.S.C. section 612, can you please produce a Foreign Registration Statements if so please submit a copy in your response to this Affidavit

Point 3.
―――――

Moving right along Lack of Territorial jurisdiction mainly comes from the law on territory "within" the " UNITED STATES" for example:

The term United States has more than one meaning, 1) The United States means a sovereign among nations. 2) The United States means it has sovereign rule over its territories and insular possessions. 3) The United States of America refers to the geographical space of the individual sovereign 50 states.

We can also find this truth in Hooven & Allison Co. v. Evatt, 324 U.S. 652 (1945).

**Point 4.**

_____

It is a known fact that the United States is not the landmass of the entire country it is only domiciled in the District of Columbia or D.C according to Uniform Commercial Code Article 9 section 307 (h) Location of United States.

**Point 5.**

_____

This can also be proved in the laws referring to the "exclusive legislative jurisdiction":

19 C.F.R 7.2 Insular possessions are under the exclusive legislative jurisdiction of the United States (D.C) none of the 50 states are included in this exclusive legislative jurisdiction.

26 C.F.R 1.911-2 (g) United States it states that in geographical sense includes any territory under the sovereignty of the United States it includes the states , the District of Columbia, the possessions and territories of the United States, the territorial waters of the United States, the air space over the United States, and the seabed and subsoil of those submarine areas which are adjacent to the territorial waters of the United States and over which the United States has exclusive rights, in accordance with international law, with respect to the exploration and exploitation of natural resources, however it doesn't include any of the 50 states.

In reference to the terms "states" it is not referring to the 50 states because if it was it would therefore made reference to the 50 states, however the word states and several states are interchangeable for example in 26 C.F.R 31.312 (e)-1 State, United States, and Citizen. Notice that the 50 states are not included.

All the territories and possessions owned by the U.S. are named in 33 C.F.R 2.30 Exclusive Economic Zone still the 50 states are not included.

Also in 46 C.F.R 308.504 Definition of Territories and Possessions, a extensive list of the territories and possessions are mentioned as being owned by the U.S. but the 50 states are not included.

Whatsmore in 22 U.S.C Section 611 (m) the term United States is defined in a geographical sense however the 50 states are not mentioned.

Moreover, in the code exclusively for the United States, 48 U.S.C. Territories and Insular possessions no where in the code does it mention the 50 states being a part of its territories and possessions.

Also in the report of 1962 titled "JURISDICTION OVER FEDERAL AREAS WITHIN THE STATES" is more proof that the United States only has jurisdiction over its "lands" it owns in the state it has no authority over the states.

The laws that are known as Federal Enclave Laws (of the U.S) 18 U.S.C. section 7 Special it Maritime and Territorial Jurisdiction includes outside the jurisdiction of any nation the crime committed against a national or by a national, however by birth I am not a national of the United States.

 Most important the title that governs the federal criminal code which is title 18 and in title 18 it states in 18 U.S.C. Section 5 - United States defined ( it states) in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone. However once again the 50 states are not mention because the 50 states are not a part of the United States therefore the 50 states are not subject to the jurisdiction of the United States.

Also in 18 U.S.C. Section 23.1 Defines the term "court of the United States" which includes the District and all the territories but it does not include the 50 states.

Point 6.
_____

3

In essence it is apparent based on the above laws that "UNITED STATES" only has exclusive legislative jurisdiction only over its territories, its insular possessions and its enclaves and land that it owns it has no jurisdiction over any of the 50 states for example such as, Pennsylvania, Virginia or Arizona etc.

This premise can also be found in the U.S. Constitution Article 1, Section 8, Clause 17.

Point 7.

_____

In retrospect of the charges that I am being accused of which is 18 U.S.C. Section 1001 False Statements and 18 U.S.C. Section 1512 Witness Tampering.

Point 8.

_____

In my defense I was not in the geographical jurisdiction of the Federal Government when these allege charges were supposed to have taken place as according to 18 U.S.C. Section 7 and 18 U.S.C. 1152, this Court of U.S. District Court of Arizona domiciled within a enclave and the allege charges did not take place within this enclave. Legally according to Article 1, section 8, clause 17 this Court is in its legal right to exist but it does not have the right to legislate the State Citizens ( Arizona Citizens) outside of its borders.

Point 9.

_____

Once more irregardless of the statute 18 U.S.C. section 3238 [offenses not committed in any district] the term district does not refer to the entire Republic of Arizona because the U.S. government has no right to legislative exclusive jurisdiction to the Republic of Arizona, it only has jurisdiction over the enclaves that its federal buildings sit upon.

**Point 10.**

Also in extra support of Lack of Territorial exclusive jurisdiction.

A Supreme Court case decision , decided April 26, 1995 , addresses the issues of exclusive legislative jurisdiction of Congress, the powers of the Federal Government, and the subsequent subject matter of a Federal District Court. Supreme Court Justice Thomas in the concurring majority opinion in the case of United States vs. Lopez, No. 93-1260, 115 S. Ct.1624, 131 L. Ed. 2d 626, states very clearly:

" Indeed , on this crucial point , the majority and Justice Breyer[ the Justice writing the dissenting opinion ] agree in principle: the Federal Government has nothing approaching a police power." (pg 64)

Then Justice Thomas went on to discuss a regulation of police (pg. 86), wherein he stated:

United States v. Dewitt, 76 US 41 9   Wall 4, 19 L. Ed 593 (870), marked the first time the court struck down as exceeding the power conveyed by the commerce clause. In a 2 page opinion, the court invalidated a nation-wide law prohibiting all sales of naphtha, and illuminating oils. In so doing, the court remarked that the commerce clause has always been understood as limited by its terms; and as a virtual denial of any power to interfere with the internal trade and business of the separate states."

Further support for this understanding is readily available from the courts:

Special Provision is made in the Constitution for the cession of jurisdiction from the states over places where the federal government shall establish forts or other military works. And it is only in these places, or territories of the United States, where it can exercise a general jurisdiction [ New Orleans v. United States, 35 U.S (10 Pet.) 662 (1836)

All legislation is prima facie territorial
[American Banana Co. v. U.S. Fruit, 213, U.S. 347 at 357-358]

There is a canon of legislative construction which teaches Congress that, unless a contrary intent appears [legislation] is meant to apply only within territorial jurisdiction of the United States. [ U.S v. Spelar, 338 U.S. 217 at 222 ]

The United States never held any municipal sovereignty, jurisdiction, or right of soil in Alabama or any of the new states which were formed... The United States has no Constitutional capacity to exercise municipal jurisdiction, sovereignty or eminent domain, within the limits of a state or elsewhere, except in the cases in which it is expressly granted ... [ Pollard v. Hagan, 44 U.S.C. 213, 221, 223 ]

The states are separate sovereigns with respect to the federal government [ Heath v. Alabama, 474 U.S. 187 ]
No sanction can be imposed absent proof of jurisdiction [ Stanard v. Olesen, 74 S. Ct. 768]

Once challenged, jurisdiction cannot be 'assumed', it must be proved to exist.
[ Stuck v. Medical Examiners, 94 Ca 2d 751. 211 P2s 389 ]

Jurisdiction, once challenged, cannot be assumed and must be decided.
[ Maine v. Thiboutot, 100 S. Ct. 250 ]

... Federal jurisdiction cannot be assumed, but must be clearly shown.
[ Brook v. Yawkey, 200 F. 2d 633 ]

The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings.
[ Hagans v. Lavine, 415 U.S. 533 ]

If any tribunal finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed.
[ Louisville R.R v. Motley, 211 U.S. 149, 29 S. Ct. 42 ]

Other cases also such as McNutty v. G.M., 56 S. Ct. 789, 80 L. Ed. 1135, Griffin v. Matthews, 310 Supp. 341, 423 F. 2d 272, Basso v. U.P.L., 495 F. 2d. 906, Thomas v. Gaskiel, 62 S. Ct. 673, 83 L. Ed. 111, and

Albrecht v. U.S., 273 U.S. 1, also all confirm, that, when challenged, jurisdiction must be documented, shown, and proven, to lawfully exist before a cause may lawfully proceed in the courts.

And last but not least, Ruhrgas AG v. Marathon Oil Co. et al. 526 U.S. 574 (1999)


Point 11.
_____

More importantly besides the U.S. not showing any jurisdiction over my being it doesn't simply have jurisdiction over my being because it's exclusively located in D.C it's mainly because it is a foreign district and all the 50 states are foreign to it.

Including the state that I live in which is the Republic of Arizona. Therefore I am foreign to it (meaning the U.S.) and it is foreign to me.

Point 12.
_____

It is a known fact that the United States is foreign to the 50 states according to Corpus Juris Secundum Volume 20 ( P 1785: NY re: Merriam 36 N.E. 505 1441 S. Ct. 1973, 41 L. Ed. 287 ) it states " The United States Government is a foreign corporation with a respect to a State."


Point 13.
_____

Also I am from a different country [ the state of Pennsylvania ] and I live in the country of Arizona, it was apparent in the legislators intent when referring to the 50 states (countries) according to 28 U.S.C. section 297.


Point 14.
_____

In the words of Rhode Island Supreme Court:

In the sense of public international law, the several states of the union are neither foreign to the United States nor are they foreign to each other. But such is not the case in the

field of Private International Law. That it is the settled view of the { United States} Supreme Court that, on question of private international law, the states are foreign to the United States would seem to be clear from the decision in the State of Wisconsin v. Pelican Ins. Co., 127 U.S. 265. Robinson v. Norato, 71 R. I. 25, 643 A 2d 467 (1945). (Emphasis Added)


Point 15.

_____

Therefore since I am considered to be foreign entity then the prosecutor should have followed the correct procedure and made sure a Notice of Suit was filed in D.C and sent to me according to 28 U.S.C. section 1608 (a)(4).


Point 16.

_____

I am also aware that the United States is a corporation (legal fiction) this can be found in 28 U.S.C section 3002 (15)(a) A Federal Corporation.

Which brings me to say I rebut the presumption that I am a United States Corporate Citizen and as of  April 2, 2018 , I have effectively dissolved the Corporation of "ABDULKHABIR WAHID" . Please see Exhibit A copy of I.R.S form 966 Corporate Dissolution or Liquidation.


Point 17.

_____

Concerning the 14th Amendment of the [ Corporate ] Constitution.

In the 14th Amendment it states in Section 1, first sentence:

" All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.


Point 18.

As my being , being a Citizen of the United States I rebut as well as object to that premise. Because I am not "subject to the jurisdiction thereof" (1) I was not born or Naturalized "within" the United States, 8 U.S.C. Section 1401 (a.k.a District of Columbia) . (2) I was born outside of the territorial jurisdiction of the United States and its outlying borders.

Point 19.

_____

To further support this truth according to American Jurisprudence Volume 3, Aliens and Citizens explained it states :

" A person is born subject to the jurisdiction of the United States, for purposes of acquiring citizenship at birth, if his birth occurs in territory over which the United States is sovereign".

Point 20.

_____

And to even more support this truth it clearly states in the U.S. Constitution in part Article 1, Section 8, Clause 17 " to exercise legislation in all cases whatsoever, over such district ( not exceeding ten miles square) and in Article 4 section 3 , clause 2 in part states: "Congress shall have power to dispose of and make all needful rules and the regulations respecting the territory or other property belonging to the United States.

Point 21.

_____

And to reiterate that I was born outside of the territory of the United States I will refer you to the District of Columbia Organic Act of 1871   An act to provide a government for the District of Columbia it states in part " Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all that part of the territory of the United States included within the limits of the District of Columbia be, and the same is hereby, created into a government by the name of District of Columbia."

Point 22.

_____

And if you want to argue the fact that I have a United States Birth Certificate then you would be arguing a falsehood..

In this explanation it has come to my knowledge that when my mother registered my birth certificate she may not realized but by her doing to so she produced a falsehood.

The reasons why the Birth Certificate is considered a falsehood is because when she applied for my birth certificate she applied by using a standard U.S. Certificate of Live Birth therefore since she applied under the title heading of the U.S it implies and means that my birth physically took place in the United States a.k.a District of Columbia which lawfully is not true because my birth took place outside of the U.S. and in a state foreign to the United States which is the Republic of Pennsylvania my proof of this evidence is the birth certificate which states that it is a Pennsylvania birth certificate which also serves as evidence or a receipt that there is also a United States Certificate of Live Birth and on the form of the U.S. Certificate of Live Birth Certificate question block 8d specifically asks Birth place and because my birthplace is in fact Pennsylvania it is only common sense that my mother indicated that my Birthplace was Pennsylvania which was concrete proof that I the "Alive" being was not born within the United States or any of its territories or possessions and enclaves.

Whatsmore was neither my mother or my father were born within the United States they were both born in Pennsylvania. I have also enclosed a blank copy of the U.S. Certificate of Live Birth (Exhibit B ) with the Birthplace highlighted to show that the U.S. certificate of live birth does in fact shows that the Birthplace can be different than the United States.

Point 23.
————

Therefore as I stated before if you were not "physically" born within the United States and using a U.S. Certificate of Live Birth automatically creates falsehood and in violation of 18 U.S.C. Section 1002 Possession of False Papers to Defraud United States.

Incidentally if your honor would like to see my Pennsylvania Birth Certificate to prove my claim I would gladly submit it if he so ordered.

Point 24.
————

Also by using a U.S. Certificate of Live Birth constitutes falsehood for anyone born outside of the territory of the United States and thus professing to be a United States

Citizen not only are they committing a falsehood but also it is a false claim according to 18 U.S.C. section 911 Citizens of the United States, and lets not forget by accepting the use of a U.S. Certificate of Live Birth by anyone in the 50 states surrounding the United States / District of Columbia / territory, a being unwittingly perjures him or herself unknowingly guilty of committing 18 U.S.C. section 1621 Perjury.


**Point 25.**

_____


This U.S Certificate of Live Birth falsehood (that's if you weren't born in D.C) I found to be very ironic because it is legally accepted and is therefore a legitimate falsehood. The reason why I called it a legitimate falsehood is because it is encouraged in U.S. law by the government it blatantly states in 26 U.S.C. section 7701 (39) [in part]  Persons residing outside of the United States it states " If any citizen or resident of the United States does not reside in (and is not found in) any United States judicial district, such citizen or resident shall be treated as residing in the District of Columbia.


**Point 26.**

_____


26 U.S.C. section 7701 (39) Persons residing outside of United States, clearly indicates and refers to citizens (U.S.A.) outside the territorial boundaries of the United States. Basically it was legalizing what was made illegal in 18 U.S.C. section 911 Citizens of the United States.

 What's most important  is even though the Vital Statistics Registries of all the 50 states transfer all there vital records and information over to the U.S. National Center for Health Statistics the U.S. Certificate of Live Birth is a void document and also in reality has no legal force or effect in the 50 states because the statute 42 U.S.C Section 242k does not apply to the 50 states and legally only has force and effect in the U.S. and its territories and possessions according to Source 42 U.S.C. Section 291o(a) State.
 And the Birth Certificate should only be permanently stored either electronically or physically in the territories State Office of Vital Statistics and not the 50 states according to Source 6 C.F.R. 37.3 Definitions : Birth Certificate. This means that the storing of Birth Certificates within the 50 states is also a null and void practice.

**Point 27.**

_____


Please be aware I AbdulKhabir Wahid do not elect to be a U.S. citizen nor do I consent to the statute of 26 U.S.C. section 7701 (39).

Also it clearly states in the U.S. Citizenship and and Immigration Services SERVICE LAW BOOKS, 8 C.F.R. PART 215 CONTROL OF ALIENS DEPARTING FROM THE UNITED STATES Section 215.1 Definitions-- the term United States means the several States, the District of Columbia, Puerto Rico, the Virgin Islands, Guam, American Samoa, Swains Island, the Commonwealth of the Northern Mariana Islands, and all other territory and waters, continental and insular, subject to the jurisdiction of the United States. However the 50 states are not mentioned as being part of the U.S. which means this law is also void within the 50 states and has no legal force or effect.

Please also be aware I am not a Citizen at Birth birth because I was not born within the United States nor was I born in any of the U.S outlying possessions nor were my mother or father born within the U.S. therefore 8 U.S.C. 1401 (a)(b)(c)(d)(e)(f)(g)(h) does not apply to my being , nor does 8 C.F.R. , nor does Policy Manual Volume 12 - Citizenship & Naturalization Part H- Children of U.S. Citizens , Chapter 3 -United States Citizens at Birth (INA 301 and 309) A. General Requirements for Acquisition of Citizenship at Birth. However 8 U.S.C Section 1408 (2) does somewhat apply to me because I was not born in the U.S. or its outlying possessions and both my parents were not citizens of District of Columbia however it would be impossible for them to be residents of D.C because they never been there or live there in their entire lives and to say that they resided in D.C would therefore be a falsehood.
Therefore it is safe and true to say that lawfully I am a Citizen of a state as it is so stated in 8 U.S.C. section 1101 (21)


Point 28.

---

Please also be aware that the term consent is my lawful and natural right as it is stated in the Declaration of Independence and as it is stated in 32 C.F.R. 103.3


Point 29.

---

Also pertaining to 28 U.S.C. Chapter 5 Judiciary and Judicial Procedure in the Historical and Revision Notes the term territorial compositions can be misleading and lead a person to believe that the 50 states are a part of the United States territory it is important to understand the 50 states are not a part of territorial composition of the United States what they are actually stating is the enclaves "within" each state are the districts and

divisions of the territorial composition that the United States has exclusive legislation and jurisdiction over.

**Point 30.**

Finally we arrive at the Conclusion of this Affidavit and now we turn our attention to the Federal Rules of Criminal Procedure as follows.

It is a fact the Act of Congress was once explain in the Federal Rules of Criminal Procedure Rule 54 ( c)  and it stated : " Act of Congress includes [ is restricted to ] an act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a [ Federal ] territory or in a insular [ Federal ] possession".

It is obvious and very clear that this inferred that the federal criminal statutes only applied to the territories and possessions and not to the 50 states of the United States of America.

**Point 31.**

Over a period of time this rule has since moved and been revised and can be found at Federal Rules of Criminal Procedure Rule 1, the term "Act of Congress" has been removed and the rule goes into more detail however the body of it still has the same meaning.

However the most important part of Federal Rule of Criminal Procedure Rule 1 is (a)(1)(3) in number 1. In general.  These rules govern the procedure in all criminal proceedings in the United States District Court, United States Courts of Appeals, and the Supreme Court of the United States.

Then it list number 2. State or Local Judicial Officer and finally number 3 is listed as Territorial Courts. These rules also govern the procedure in all criminal proceedings in the following Courts:
  (a) the district court of Guam
  (b) the district court for the Northern Mariana Islands, except as otherwise provided by law; and
  (c) the district court of the Virgin Islands, except that the prosecution of offenses in that court must be by indictment or information as otherwise provided by law.

The only problem with the Federal Rule of Criminal Procedure Rule 1 is nowhere under the meaning of "Territorial Courts" does it state that "these rules govern" the 50 individual states. So in essence these rules do not apply to the 50 states and if they have been applied to anyone in the 50 states including myself then they have been applied in terms of being "VOID" and having no legal force or effect within the 50 states, reason being this rule Federal Rule of Criminal Procedure Rule 1 specifically applies only to the exclusive legislative jurisdiction of the United States territory and its territories and possessions.

This also means that these rules don't apply to the "Courts" in the 50 states. Furthermore the Federal judge wouldn't have jurisdiction within the 50 states according to Federal Rules of Criminal Procedure Rule 1 (b)(3)(a)(b)(c) and in Federal Rules of Criminal Procedure Rule 1 (b)(10) , it clearly indicates that the Federal Judge or magistrate has jurisdiction only in District of Columbia, commonwealth (meaning U.S. insular area), territory, or possession of the United States the 50 states are not a part of the United States insular areas, territories or possessions.

Also since these rules really have no legal force or effect I assume Federal Rules of Criminal Procedure Rule 57 (b) would apply in my case however I received no actual notice.

Also note that the Sentencing Reform Act is a part of the Comprehensive Crime Control Act which is regulated by the United States Sentencing Commission and thus has jurisdiction over regulating sentencing in the United States, but it is so stated in part 28 U.S.C. Section 991 (b) The purposes of the United States Sentencing Commission, also in part the term States within the word United States is defined States (a) the term "State" includes any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the United States Virgin Islands, American Samoa, Guam, and the Northern Mariana Islands, Source 28 U.S.C. Section 1338. However once more the 50 states are not a part of the United States as the phrase "OF THE UNITED STATES" and the word "of" means derived or coming from; originating at or from. The 50 states did not derive or come from nor did they originate at or from the United States. Which means the United States Sentencing Commission only has jurisdiction over the territories not 50 states or for that matter anyone that lives in them.

Furthermore the National Security Council only has territorial jurisdiction over the United States and has no jurisdiction over the 50 states this can be found in 50 U.S.C Section 3021 , the term United States when used in a geographic sense means all areas under the territorial sovereignty of the United States and Trust territory of the Pacific Islands. Source 50 U.S.C Section 3126 (9)

Point 31. (a)

To expound even more as to why the 50 states aren't listed in the Federal Rules of Criminal Procedure is because it was not Congress intention to list them when it delegated the responsibility to the Supreme Court to create the rules of criminal procedure, within the Act of Congress (mainly because the 50 states are not within the exclusive legislative jurisdiction of the United States) as it is stated in the Sumners Court Act, June 29,1940, 76 P.L. 675; 76 Cong. Ch. 445; 54 Stat 688 AN ACT , in it includes District Courts of Alaska, Hawaii, Puerto Rico, Canal Zone and the Virgin Islands, in the Supreme Court of Hawaii, Puerto Rico, in the United States Court of China (no longer in existence), and in the proceedings before United States commissioners, however no mention of these rules being prescribed in the 50 states.

**Point 32.**

_____

Also it was illegal for my property to have been searched and seized from my home because the property that I lived in was not in any of the territories or possessions own by the United States, I am not a U.S. diplomat or U.S. Consular,  nor was I on land exclusively own by the United States at the time of the seize this is in accordance to 18 U.S.C  Section 41 (b)(5)(a)(b)(c).

**Point 33.**

_____

It is also misleading when the United States district attorney professes that he or she is representing the United States of America for that implies that you represent the entire country when in actuality the attorneys duty is to only to represent the United States as it is stated in 28 U.S.C. section 547 - Duties

**Point 34.**

_____

18 U.S.C Section 7,  specifies that the territorial jurisdiction of the United States extends outside of the United States and into lands belonging to the 50 states, and 40 U.S.C. Section 255 specifies the legal conditions that must be fulfilled for the United States government to have exclusive or shared jurisdiction within the area of lands belonging to the States of the Union:This is also can be found in 40 U.S.C. Section 3111 Approval of sufficiency of title prior to acquisition and 40 U.S.C Section 3112  Federal Jurisdiction.

**Point 35.**

THEREFORE, the accused would demand of this Court to establish the required exclusive federal jurisdiction that has been merely assumed in this matter, consisting of:

1.) Documentation showing ownership of each and every geographical location mentioned in the instant indictment wherein the alleged criminal activity took place.
2.) Documentation from the legislature of the State of Arizona surrendering jurisdiction to the Federal government over the same geographical location as in #1
3.) Documentation pursuant to title 40 U.S.C section 255; 40 U.S.C. section 3111, 40 U.S.C section 3112, wherein the United States accepted jurisdiction to the same geographical location as specified in #1, or documentation showing concurrent jurisdiction with the State of Arizona over geographical location in #1

Or absent the production of such required documentation showing lawful federal Jurisdiction over this geographical location.

Then it is demanded that you dismiss this action entirely and immediately.

**VERIFICATION**

STATE OF ARIZONA                                          S.S  AFFIDAVIT
COUNTY OF MARICOPA

*16*

**Jurisdiction over this geographical location.**

**Then it is demanded that you dismiss this action entirely and immediately.**

**VERIFICATION**
_____

**STATE OF ARIZONA**                                    **S.S  AFFIDAVIT**
**COUNTY OF MARICOPA**

I, AbdulKhabir Wahid, being first duly sworn, under oath, says: that he is the affiant in this Affidavit and he knows the content and body; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and to those matters he believes to be true.

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

Autograph _*AbdulKhabir Wahid*_

Sworn and subscribed before me on this _____4_____ day of _*June*_ 2018
Notary Public at Large -- Arizona

My Commission Expires ___12_, _08_, _2021_

Notary Signature _____

Notary Place Seal Here ------------->

FRANK K GREGORY
Notary Public -- Arizona
Maricopa County
My Comm. Expires Dec 8, 2021

17

EXHIBIT

(A)

18

Form **966**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Corporate Dissolution or Liquidation

**(Required under section 6043(a) of the Internal Revenue Code)**

▶ Information about Form 966 and its instructions is at *www.irs.gov/form966.*

OMB No. 1545-0123

Please type or print

| Name of corporation | Employer identification number |
|---|---|
| ABDULKHABIR WAHID | 161566273 |

Number, street, and room or suite no. (If a P.O. box number, see instructions.)
3407 W. PORT AU PRINCE LANE

City or town, state, and ZIP code
PHOENIX, ARIZONA 85053

Check type of return
☐ 1120   ☐ 1120-L
☐ 1120-IC-DISC   ☐ 1120S
☐ Other ▶

| 1 Date incorporated | 2 Place incorporated | 3 Type of liquidation | 4 Date resolution or plan of complete or partial liquidation was adopted |
|---|---|---|---|
| DECEMBER 30,1965 | PENNSYLVANIA | ☑ Complete ☐ Partial | |

| 5 Service Center where corporation filed its immediately preceding tax return | 6 Last month, day, and year of immediately preceding tax year | 7a Last month, day, and year of final tax year | 7b Was corporation's final tax return filed as part of a consolidated income tax return? If "Yes," complete 7c, 7d, and 7e. |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Yes ☑ No |

| 7c Name of common parent | 7d Employer identification number of common parent | 7e Service Center where consolidated return was filed |
|---|---|---|
| THELMA LEE MORRIS | N/A | N/A |

| | Common | Preferred |
|---|---|---|
| **8** Total number of shares outstanding at time of adoption of plan of liquidation . . . . . | | |
| **9** Date(s) of any amendments to plan of dissolution | | |
| **10** Section of the Code under which the corporation is to be dissolved or liquidated . . . . . | | |
| **11** If this form concerns an amendment or supplement to a resolution or plan, enter the date the previous Form 966 was filed . . . . . . . . . . | | |

**Attach a certified copy of the resolution or plan and all amendments or supplements not previously filed.**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ Signature of officer     Title *President*     Date 4/2/2018

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Who Must File

A corporation (or a farmer's cooperative) must file Form 966 if it adopts a resolution or plan to dissolve the corporation or liquidate any of its stock.

Exempt organizations and qualified subchapter S subsidiaries should not file Form 966. Exempt organizations should see the instructions for Form 990, Return of Organization Exempt From Income Tax, or Form 990-PF, Return of Private Foundation or Section 4947(a)(1) Trust Treated as Private Foundation. Subchapter S subsidiaries should see Form 8869, Qualified Subchapter S Subsidiary Election.

 *Do not file Form 966 for a deemed liquidation (such as a section 338 election or an election to be treated as a disregarded entity under Regulations section 301.7701-3).*

### When To File

File Form 966 within 30 days after the resolution or plan is adopted to dissolve the corporation or liquidate any of its stock. If the resolution or plan is amended or supplemented after Form 966 is filed, file another Form 966 within 30 days after the amendment or supplement is adopted. The additional form will be sufficient if the date the earlier form was filed is entered on line 11 and a certified copy of the amendment or supplement is attached. Include all information required by Form 966 that was not given in the earlier form.

### Where To File

File Form 966 with the Internal Revenue Service Center at the address where the corporation (or cooperative) files its income tax return.

### Distribution of Property

A corporation must recognize gain or loss on the distribution of its assets in the complete liquidation of its stock. For purposes of determining gain or loss, the

For Paperwork Reduction Act Notice, see the instructions.

Cat. No. 17053B

Form **966** (Rev. 10-2016)

INTERNAL REVENUE SERVICE
I - FIELD ASSISTANCE
PHOENIX, AZ
APR 02 2018
PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
45618

# EXHIBIT

## ( B )

# U.S. STANDARD CERTIFICATE OF LIVE BIRTH

LOCAL FILE NO.

BIRTH NUMBER:

| 1. CHILD'S NAME (First, Middle, Last, Suffix) | | 2. TIME OF BIRTH (24 hr) | 3. SEX | 4. DATE OF BIRTH (Mo/Day/Yr) |
|---|---|---|---|---|

| 5. FACILITY NAME (If not institution, give street and number) | 6. CITY, TOWN, OR LOCATION OF BIRTH | 7. COUNTY OF BIRTH |
|---|---|---|

| 8a. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix) | 8b. DATE OF BIRTH (Mo/Day/Yr) |
|---|---|

| 8c. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last, Suffix) | 8d. BIRTHPLACE (State, Territory, or Foreign Country) |
|---|---|

| 9a. RESIDENCE OF MOTHER-STATE | 9b. COUNTY | 9c. CITY, TOWN, OR LOCATION |
|---|---|---|

| 9d. STREET AND NUMBER | 9e. APT. NO. | 9f. ZIP CODE | 9g. INSIDE CITY LIMITS? ☐ Yes ☐ No |
|---|---|---|---|

| 10a. FATHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix) | 10b. DATE OF BIRTH (Mo/Day/Yr) | 10c. BIRTHPLACE (State, Territory, or Foreign Country) |
|---|---|---|

11. CERTIFIER'S NAME: _____

TITLE: ☐ MD  ☐ DO  ☐ HOSPITAL ADMIN.  ☐ CNM/CM  ☐ OTHER MIDWIFE
☐ OTHER (Specify)_____

| 12. DATE CERTIFIED ____/____/____ MM DD YYYY | 13. DATE FILED BY REGISTRAR ____/____/____ MM DD YYYY |
|---|---|

## INFORMATION FOR ADMINISTRATIVE USE

14. MOTHER'S MAILING ADDRESS:   ☐ Same as residence, or:   State:        City, Town, or Location:

Street & Number:                Apartment No.:        Zip Code:

| 15. MOTHER MARRIED? (At birth, conception, or any time between) ☐ Yes ☐ No IF NO, HAS PATERNITY ACKNOWLEDGEMENT BEEN SIGNED IN THE HOSPITAL? ☐ Yes ☐ No | 16. SOCIAL SECURITY NUMBER REQUESTED FOR CHILD?   ☐ Yes ☐ No | 17. FACILITY ID. (NPI) |
|---|---|---|

| 18. MOTHER'S SOCIAL SECURITY NUMBER: | 19. FATHER'S SOCIAL SECURITY NUMBER: |
|---|---|

## INFORMATION FOR MEDICAL AND HEALTH PURPOSES ONLY

| 20. MOTHER'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of delivery) | 21. MOTHER OF HISPANIC ORIGIN? (Check the box that best describes whether the mother is Spanish/Hispanic/Latina. Check the "No" box if mother is not Spanish/Hispanic/Latina) | 22. MOTHER'S RACE (Check one or more races to indicate what the mother considers herself to be) |
|---|---|---|
| ☐ 8th grade or less | ☐ No, not Spanish/Hispanic/Latina | ☐ White |
| ☐ 9th - 12th grade, no diploma | ☐ Yes, Mexican, Mexican American, Chicana | ☐ Black or African American |
| ☐ High school graduate or GED completed | ☐ Yes, Puerto Rican | ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe)_____ |
| ☐ Some college credit but no degree | ☐ Yes, Cuban | ☐ Asian Indian  ☐ Chinese |
| ☐ Associate degree (e.g., AA, AS) | ☐ Yes, other Spanish/Hispanic/Latina | ☐ Filipino  ☐ Japanese |
| ☐ Bachelor's degree (e.g., BA, AB, BS) | (Specify)_____ | ☐ Korean  ☐ Vietnamese |
| ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) | | ☐ Other Asian (Specify)_____  ☐ Native Hawaiian |
| ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) | | ☐ Guamanian or Chamorro  ☐ Samoan  ☐ Other Pacific Islander (Specify)_____  ☐ Other (Specify)_____ |

| 23. FATHER'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of delivery) | 24. FATHER OF HISPANIC ORIGIN? (Check the box that best describes whether the father is Spanish/Hispanic/Latino. Check the "No" box if father is not Spanish/Hispanic/Latino) | 25. FATHER'S RACE (Check one or more races to indicate what the father considers himself to be) |
|---|---|---|
| ☐ 8th grade or less | ☐ No, not Spanish/Hispanic/Latino | ☐ White |
| ☐ 9th - 12th grade, no diploma | ☐ Yes, Mexican, Mexican American, Chicano | ☐ Black or African American |
| ☐ High school graduate or GED completed | ☐ Yes, Puerto Rican | ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe)_____ |
| ☐ Some college credit but no degree | ☐ Yes, Cuban | ☐ Asian Indian  ☐ Chinese |
| ☐ Associate degree (e.g., AA, AS) | ☐ Yes, other Spanish/Hispanic/Latino | ☐ Filipino  ☐ Japanese |
| ☐ Bachelor's degree (e.g., BA, AB, BS) | (Specify)_____ | ☐ Korean  ☐ Vietnamese |
| ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) | | ☐ Other Asian (Specify)_____  ☐ Native Hawaiian |
| ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) | | ☐ Guamanian or Chamorro  ☐ Samoan  ☐ Other Pacific Islander (Specify)_____  ☐ Other (Specify)_____ |

Mother's Name

Mother's Medical Record No.

| 26. PLACE WHERE BIRTH OCCURRED (Check one) ☐ Hospital ☐ Freestanding birthing center ☐ Home Birth: Planned to deliver at home? ☐ Yes ☐ No ☐ Clinic/Doctor's office ☐ Other (Specify)_____ | 27. ATTENDANT'S NAME, TITLE, AND NPI NAME: _____ NPI:_____ TITLE: ☐ MD ☐ DO ☐ CNM/CM ☐ OTHER MIDWIFE ☐ OTHER (Specify)_____ | 28. MOTHER TRANSFERRED FOR MATERNAL MEDICAL OR FETAL INDICATIONS FOR DELIVERY? ☐ Yes ☐ No IF YES, ENTER NAME OF FACILITY MOTHER TRANSFERRED FROM: _____ |
|---|---|---|

REV. 11/2003

21

| 29a. DATE OF FIRST PRENATAL CARE VISIT | 29b. DATE OF LAST PRENATAL CARE VISIT | 30. TOTAL NUMBER OF PRENATAL VISITS FOR THIS PREGNANCY |
|---|---|---|
| __/__/____ MM DD YYYY □ No Prenatal Care | __/__/____ MM DD YYYY | _____ (If none, enter A0".) |

| 31. MOTHER'S HEIGHT _____ (feet/inches) | 32. MOTHER'S PREPREGNANCY WEIGHT _____ (pounds) | 33. MOTHER'S WEIGHT AT DELIVERY _____ (pounds) | 34. DID MOTHER GET WIC FOOD FOR HERSELF DURING THIS PREGNANCY? □ Yes □ No |
|---|---|---|---|

| 35. NUMBER OF PREVIOUS LIVE BIRTHS (Do not include this child) | 36. NUMBER OF OTHER PREGNANCY OUTCOMES (spontaneous or induced losses or ectopic pregnancies) | 37. CIGARETTE SMOKING BEFORE AND DURING PREGNANCY For each time period, enter either the number of cigarettes or the number of packs of cigarettes smoked. IF NONE, ENTER A0". | 38. PRINCIPAL SOURCE OF PAYMENT FOR THIS DELIVERY |
|---|---|---|---|
| 35a. Now Living Number _____ □ None | 35b. Now Dead Number _____ □ None | 36a. Other Outcomes Number _____ □ None | Average number of cigarettes or packs of cigarettes smoked per day.<br># of cigarettes   # of packs<br>Three Months Before Pregnancy _____ OR _____<br>First Three Months of Pregnancy _____ OR _____<br>Second Three Months of Pregnancy _____ OR _____<br>Third Trimester of Pregnancy _____ OR _____ | □ Private Insurance<br>□ Medicaid<br>□ Self-pay<br>□ Other (Specify) _____ |

| 35c. DATE OF LAST LIVE BIRTH __/____ MM YYYY | 36b. DATE OF LAST OTHER PREGNANCY OUTCOME __/____ MM YYYY | 39. DATE LAST NORMAL MENSES BEGAN __/__/____ MM DD YYYY | 40. MOTHER'S MEDICAL RECORD NUMBER |
|---|---|---|---|

| 41. RISK FACTORS IN THIS PREGNANCY (Check all that apply) | 43. OBSTETRIC PROCEDURES (Check that apply) | 46. METHOD OF DELIVERY |
|---|---|---|
| **Diabetes**<br>□ Prepregnancy (Diagnosis prior to this pregnancy)<br>□ Gestational (Diagnosis in this pregnancy)<br><br>**Hypertension**<br>□ Prepregnancy (Chronic)<br>□ Gestational (PIH, preeclampsia)<br>□ Eclampsia<br><br>□ Previous preterm birth<br><br>□ Other previous poor pregnancy outcome (Includes perinatal death, small-for-gestational age/intrauterine growth restricted birth)<br><br>□ Pregnancy resulted from infertility treatment-If yes, check all that apply:<br>□ Fertility-enhancing drugs, Artificial insemination or Intrauterine insemination<br>□ Assisted reproductive technology (e.g., in vitro fertilization (IVF), gamete intrafallopian transfer (GIFT))<br><br>□ Mother had a previous cesarean delivery If yes, how many _____<br>□ None of the above | □ Cervical cerclage<br>□ Tocolysis<br><br>External cephalic version:<br>□ Successful<br>□ Failed<br><br>□ None of the above<br><br>**44. ONSET OF LABOR (Check all that apply)**<br>□ Premature Rupture of the Membranes (prolonged, ∃12 hrs.)<br>□ Precipitous Labor (<3 hrs.)<br>□ Prolonged Labor (∃20 hrs.)<br>□ None of the above<br><br>**45. CHARACTERISTICS OF LABOR AND DELIVERY (Check all that apply)**<br>□ Induction of labor<br>□ Augmentation of labor<br>□ Non-vertex presentation<br>□ Steroids (glucocorticoids) for fetal lung maturation received by the mother prior to delivery<br>□ Antibiotics received by the mother during labor<br>□ Clinical chorioamnionitis diagnosed during labor or maternal temperature ≥38°C (100.4°F)<br>□ Moderate/heavy meconium staining of the amniotic fluid<br>□ Fetal Intolerance of labor such that one or more of the following actions was taken: in-utero resuscitative measures, further fetal assessment, or operative delivery<br>□ Epidural or spinal anesthesia during labor<br>□ None of the above | A. Was delivery with forceps attempted but unsuccessful?<br>□ Yes □ No<br><br>B. Was delivery with vacuum extraction attempted but unsuccessful?<br>□ Yes □ No<br><br>C. Fetal presentation at birth<br>□ Cephalic<br>□ Breech<br>□ Other<br><br>D. Final route and method of delivery (Check one)<br>□ Vaginal/Spontaneous<br>□ Vaginal/Forceps<br>□ Vaginal/Vacuum<br>□ Cesarean<br>If cesarean, was a trial of labor attempted?<br>□ Yes<br>□ No<br><br>**47. MATERNAL MORBIDITY (Check all that apply) (Complications associated with labor and delivery)**<br>□ Maternal transfusion<br>□ Third or fourth degree perineal laceration<br>□ Ruptured uterus<br>□ Unplanned hysterectomy<br>□ Admission to intensive care unit<br>□ Unplanned operating room procedure following delivery<br>□ None of the above |
| **42. INFECTIONS PRESENT AND/OR TREATED DURING THIS PREGNANCY (Check all that apply)**<br>□ Gonorrhea<br>□ Syphilis<br>□ Chlamydia<br>□ Hepatitis B<br>□ Hepatitis C<br>□ None of the above | | |

**NEWBORN INFORMATION**

| 48. NEWBORN MEDICAL RECORD NUMBER | 54. ABNORMAL CONDITIONS OF THE NEWBORN (Check all that apply) | 55. CONGENITAL ANOMALIES OF THE NEWBORN (Check all that apply) |
|---|---|---|
| **49. BIRTHWEIGHT (grams preferred, specify unit)**<br>_____ 9 grams 9 lb/oz<br><br>**50. OBSTETRIC ESTIMATE OF GESTATION:**<br>_____ (completed weeks)<br><br>**51. APGAR SCORE:**<br>Score at 5 minutes: _____<br>If 5 minute score is less than 6,<br>Score at 10 minutes: _____<br><br>**52. PLURALITY - Single, Twin, Triplet, etc.**<br>(Specify) _____<br><br>**53. IF NOT SINGLE BIRTH – Born First, Second, Third, etc. (Specify)** _____ | □ Assisted ventilation required immediately following delivery<br><br>□ Assisted ventilation required for more than six hours<br><br>□ NICU admission<br><br>□ Newborn given surfactant replacement therapy<br><br>□ Antibiotics received by the newborn for suspected neonatal sepsis<br><br>□ Seizure or serious neurologic dysfunction<br><br>□ Significant birth injury (skeletal fracture(s), peripheral nerve injury, and/or soft tissue/solid organ hemorrhage which requires intervention)<br><br>9 None of the above | □ Anencephaly<br>□ Meningomyelocele/Spina bifida<br>□ Cyanotic congenital heart disease<br>□ Congenital diaphragmatic hernia<br>□ Omphalocele<br>□ Gastroschisis<br>□ Limb reduction defect (excluding congenital amputation and dwarfing syndromes)<br>□ Cleft Lip with or without Cleft Palate<br>□ Cleft Palate alone<br>□ Down Syndrome<br>□ Karyotype confirmed<br>□ Karyotype pending<br>□ Suspected chromosomal disorder<br>□ Karyotype confirmed<br>□ Karyotype pending<br>□ Hypospadias<br>□ None of the anomalies listed above |

| 56. WAS INFANT TRANSFERRED WITHIN 24 HOURS OF DELIVERY? 9 Yes 9 No IF YES, NAME OF FACILITY INFANT TRANSFERRED | 57. IS INFANT LIVING AT TIME OF REPORT? □ Yes □ No □ Infant transferred, status unknown | 58. IS THE INFANT BEING BREASTFED AT DISCHARGE? |
|---|---|---|

**Rev. 11/2003**
**NOTE:** This recommended standard birth certificate is the result of an extensive evaluation process. Information on the process and resulting recommendations as well as plans for future activities is available on the Internet at: http://www.cdc.gov/nchs/vital_certs_rev.htm.