ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
kristen.brook@usdoj.gov
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:17-CR-00360-PHX-JJT |
| Plaintiff, | |
| v. | **RESPONSE TO MOTION TO DISMISS DUE TO LACK OF TERRITORIAL JURISDICTION** |
| Abdul Khabir Wahid, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully requests the Court deny the defendant's "Affidavit for Demand to Dismiss Due to Lack of Territorial Jurisdiction," which is in essence a motion to dismiss for lack of jurisdiction.

In his motion, the defendant, Abdul Khabir Wahid, asserts, among other things, that the Court lacks jurisdiction over him because he was not born in the District of Columbia, and the offenses alleged in the Indictment did not occur within the jurisdiction of the United States, which he again defines as the District of Columbia. Wahid further asserts the Uniform Commercial Code somehow controls the definition of what constitutes the United States as well as the scope of federal jurisdiction, rather than the United States Constitution. Wahid specifically contends, "the U.S. government has no right to legislative (sic) exclusive jurisdiction to the Republic of Arizona, it only has jurisdiction over the enclaves

that its federal buildings sit upon." (CR 62 4.) Wahid asserts similar arguments throughout his motion, and concludes with a series of demands for various forms of documentation, absent which he demands dismissal of the case.

The Court of Appeals for the Ninth Circuit, joining all other circuits that have considered the issue, has soundly rejected these types of argument. *United States v. Hanson*, 2 F.3d 942, 945 (9th Cir. 1993) (rejecting appellant's contention "that as a natural born citizen of Montana he is a nonresident alien and, thus, is not . . . subject to the tax laws"); *United States v. Jagim*, 978 F.2d 1032, 1036 (9th Cir. 1992) (rejecting "imaginative" argument that defendant cannot be punished under the tax laws of the United States because he is a citizen of the "Republic" of Idaho currently claiming "asylum" in the "Republic" of Colorado); *see also United States v. Cooper*, 170 F.3d 691 (7th Cir. 1999) (imposing sanctions on defendant making "frivolous squared" argument that only residents of Washington, D.C. and other federal enclaves are citizens of the United States and subject to federal tax laws).

In addition, the defendant's assertions directly contradict the Fourteenth Amendment, which states: "all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State where they reside." U.S. Const. Amend. XIV. Wahid admits that he was born in Pennsylvania and presently resides in Arizona. Specifically, he describes his residency as being in a state foreign to the federal government: "the state that I live in which is the Republic of Arizona." (CR 62 7.) He likewise declares, "I am from a foreign country [the state of Pennsylvania]." (CR 62 7 (brackets in original).)

The United States Code gives the district courts original jurisdiction over "all offenses against the laws of the United States." 18 U.S.C. § 3231 (2018). The Indictment alleges offenses in violation of Title 18 of the United States Code, and further alleges the offenses

- 2 -

in this case occurred in the District of Arizona.  Therefore, this Court has jurisdiction over the defendant and the offenses alleged in the Indictment.

Based on the foregoing, the United States respectfully requests the Court construe the defendant's "Affidavit for Demand to Dismiss Due to Lack of Territorial Jursidiction" as a motion to dismiss, and deny the motion.

Respectfully submitted this 29 day of June, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Joseph E. Koehler*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to advisory counsel for the defendant via the ECF system.

**John McBee, Advisory Counsel for Defendant**

In addition, on the same date I deposited a copy of the foregoing in the United States mail addressed to the defendant, Abdul Khabir Wahid, at his mailing address as set forth in the CM/ECF system.

*s/Theresa A. Hanson*
*Legal Assistant/US Attorney's Office*