ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
JOSEPH E. KOEHLER
Assistant U.S. Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: kristen.brook@usdoj.gov
Email: joseph.koehler@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        vs.<br><br>Abdul Khabir Wahid,<br><br>                Defendant. | CR-17-00360-PHX-JJT<br><br>**NOTICE OF FILING** |

The United States, through undersigned counsel, gives notice that on July 9, 2018, it filed a sealed document, an ex parte pleading relating to 18 U.S.C. App. 3.

Respectfully submitted this 9th day of July, 2018.

>        ELIZABETH A. STRANGE
>        First Assistant United States Attorney
>        District of Arizona
>
>        */s/ Kristen Brook*
>        KRISTEN BROOK
>        JOSEPH E. KOEHLER
>        Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.