AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354



# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF ARIZONA

---

**UNITED STATES**

---

**PLAINTIFF**

Vs.

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360-JJT

---

**MOTION TO DISMISS DUE TO LACK OF TERRITORIAL JURISDICTION**

---

Please see supporting Affidavit Attached.

Autographed By _AbdulKhabir Wahid_

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

---

UNITED STATES
---
PLAINTIFF

Judge: John J. Tuchi
Case No. 2:17-CR-00360-JJT

Vs.

AbdulKhabir Wahid
---
Defendant

AFFIDAVIT IN RESPONSE TO PLAINTIFF MOTION TO DISMISS
DUE TO LACK OF TERRITORIAL JURISDICTION

---

COMES NOW, AbdulKhabir Wahid In Rerum Natura and In Propria Persona and making a Special Appearance.

Responds to plaintiff response concerning my Demand to Dismiss Due to Lack of Territorial Jurisdiction.

Point 1.
___

Plaintiff states in his response on page 1 in lines 25 through 26, that the alleged defendant Mr. Wahid asserts that the Uniform Commercial Code somehow controls the definition of what constitutes the United States, as well as the scope of Federal jurisdiction, rather than the United States Constitution.

Therefore I ask the Plaintiff this. Does it not state in the U.C.C. 9-307 (h) [Location of United States] The United States is located in the District of Columbia.

And in reference to the UNITED STATES CONSTITUTION, I ask the Plaintiff this Does it not clearly define the perimeters, limits and boundaries as to the territorial jurisdiction of the United States in the U.S. Constitution ?

Does it clearly state in relevant part " To exercise exclusive legislation in all cases whatsoever, over such District [ not exceeding ten miles square]."

And in District of Columbia Organic Act of 1871 it clearly defines as to what is the United States and where it is located therefore to the Plaintiff Does it not state in relevant part " Be in enacted by the Senate and the House of Representatives of the United States of America in Congress assembled, That all that part of the territory of the United States included within the limits of the District of Columbia be, and the same is hereby created into a government by the name District of Columbia."?

Point 2.
___

And on page 2 lines 4 through 14, in reference to the three different tax law cases that Plaintiff touched on.

In his first case U.S. v. Hanson, 2 F. 3d 942, 945 (9th Cir. 1993). Hanson challenges the U.S District Court jurisdiction over him on the grounds he is a non-resident alien exempt from tax laws.

And by law it is true according to 8 U.S.C Section 1101 (21), he would been considered a State Citizen and not a U.S. Citizen. However he was not under the jurisdiction of the District Court because he was a non-resident alien/ state citizen. The District Court automatically had jurisdiction over him because he admitted that he had signed the tax return thereby subjecting

himself to the jurisdiction of the court and under penalty of perjury he was a taxpayer and taxpayer are U.S. Citizens.

Also the same dilemma with the three defendants in United States v. Jagim, 978 F. 2d 1032,1036 (9th Cir.1992) the U.S. District Court didn't have jurisdiction over him because he claimed a Sovereign State they did not receive jurisdiction over them until they received in evidence the False Tax Documents that was also signed (as Standard) under penalty of perjury once more proving that by signing the tax forms a person automatically admits jurisdiction of the U.S. and thus admits that they are a U.S. Citizen taxpayer.

Finally in United States v. Cooper 170 F. 3d 691 (7th Cir. 1999).
Alan Cooper was actually in fact incorrect that only Washington, D.C Citizens or others that live in enclaves are subject to the Federal Tax Laws his understanding of tax laws were flawed , apparently he was not aware that by signing the U.S. tax form (no matter where he lived) under penalty of perjury makes one subject to the Federal Tax laws of the U.S.

So in essence the Plaintiff arguments on case law had nothing to do with the fact that the U.S. District Court automatically had jurisdiction over citizens and noncitizens alike.
The U.S. District Court had jurisdiction over all the parties in all three cases mentioned because all three parties had signed some sort of U.S. tax form under penalty of perjury thereby admitting jurisdiction of the U.S. that they were U.S. Citizens and thereby taxpayers.
This premise can be found in 26 C.F.R. 1.1-1 Income Tax on Individuals where it states in relevant part " (a) general rule (1) Section 1 of the Code, imposes a income tax on the income of every individual who is a citizen or resident of the United States."

Point 3.

---

Plaintiff states on Page 2 lines 15 through 17 that my assertions directly "contradict the fourteenth amendment".

I am not contradicting what the Constitution states in the 14 amendment I am only applying the laws that constitute who is a United States Citizen and who is not as you must remember according to the U.S. Constitution Article 1 , Section 8, Clause 17, the United States territorial jurisdiction extends only to the limits and boundaries of ten miles.

More importantly the Plaintiff must understand and not ignore the laws and regulations that I have mentioned in my prior Affidavit as well in this present Affidavit just because they are not Constitutional they still apply and therefore they are law and thus have force and effect according to the Constitution as this concept and rule can be found in the U.S Constitution Article 4, Section 3, Clause 1 in relevant part it states " The Congress shall have power to dispose of and make needful rules and regulations respecting the territory or other property belonging to the United States;." and in U.S. Constitution Article 1, Section 8, Clause 16 it

states in relevant part " To make rules for the government and regulation of the land and naval forces."

Which brings me to the point of proving I am not "subject to the jurisdiction thereof", because I was not born in the United States nor was I naturalized in the United States.

This is fact as the territorial jurisdiction is clearly outlined in the U.S. Constitution Article 1, Section 8, Clause 17.

Therefore I ask the Plaintiff this question does it not state in the Encyclopedia of American Jurisprudence Volume 3, Aliens and Citizens Explained:

" A person is born subject to the jurisdiction of the United States, for purposes of acquiring citizenship at birth, if his birth occurs in territory over which the United States is sovereign

Please keep in mind my birth did not occur over in territory that the United States was sovereign over.

Moving right along my proof of who is a U.S. Citizen and who is not a U.S. Citizen can be found in Title 8 United States Code Aliens and Nationality.
In 8 U.S.C. Section 1401 Nationals and Citizens at Birth:

The following shall be nationals at birth and citizens of the United States at birth:

- (a) A person born in the United States, and subject to the jurisdiction thereof;
- (b) A person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe: Provided, That the granting of citizenship under this subsection shall not in any manner impair or otherwise affect the right of such person to tribal or other property;
- (c) A person born outside of the United States and its outlying possessions of parents both of whom are citizens of the United States and one of whom has had a residence in the United States or one of its outlying possessions, prior to the birth of such person;
- (d) A person born outside of the United States and its outlying possessions of parents one of whom is a citizen of the United States who has been physically present in the United States or one of its outlying possessions for a continuous period of one year prior to the birth of such person, and the other of whom is a national, but not a citizen of the United States;
- (e) A person born in outlying possession of the United States of parents one of whom is a citizen of the United States who has been physically present in the the United States or one of its outlying possessions for a continuous period of one year at any time prior to the birth of such person;

(f) A person of unknown parentage found in the United States while under the age of five years, until shown, prior to his attaining the age of twenty-one years, not to have been born in the United States;

(g) A person born outside the geographical limits of the United States and its outlying possessions of parents one of whom is an alien, and the other a citizen of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than five years, at least two of which were after attaining the age of fourteen years: Provided, That any periods of honorable service in the Armed Forces of the United States, or periods of employment with the United States Government or with an international organization as that term is defined in section 288 of title 22 by such citizen parent, or any periods during which such citizen parent is physically present abroad as the dependent unmarried son or daughter and a member of the household of a person (A) honorably serving with the Armed Forces of the United States, or (B) employed by the United States Government or an international organization as defined in section 288 of title 22, may be included in order to satisfy the physical-presence requirement of this paragraph. This proviso shall be applicable to persons born on or after December 24, 1952, to the same extent as if it had become effective in its present form on that date; and

(h) A person born before noon (Eastern Standard Time) May 24,1934, outside the limits and jurisdiction of the United States of an alien father and a mother who is a citizen of the United States who, prior to the birth of such person, had resided in the United States.

Please note that none of these sections (a)(b)(c)(d)(e)(f)(g)(h) apply to my birth therefore I can not be a citizen nor am I a naturalized citizen. Because I was born outside the territorial jurisdiction of the United States and its outlying borders according to the laws of the U.S. Constitution Article 1, Section 8, Clause 17
More importantly in 8 U.S.C. Section 1401 (a) a person born in the United States, and subject to the jurisdiction thereof;

And if we look up the term United States the Source tells us we can find the definition of United States in Title 8 of United States Code Section 1101 (38) " The term "United States", except as otherwise specifically herein provided, when used in a geographical sense, means the continental United States, Alaska, Hawaii, Puerto Rico, Guam, the Virgin Islands of the United States, and the Commonwealth of the Northern Mariana Islands."

Therefore this implies that this particular term of the United States was not referring to the territorial sense [ land that is own by the U.S. and therefore has right to rule and regulate it with sovereignty] but in the geographical sense simply showing all the land. that is amassed called the United States.

I will talk more on the difference of territorial sense and geographical sense later on in this Affidavit as that is crucial and of the utmost importance.

However Title 8 of United States Code Section 1408 "Nationals but not Citizens of the United States at Birth" does somewhat apply to my being because I was not born in the U.S. nor its outlying possessions and both of my parents were not citizens of the District of Columbia however it would be impossible for them to have been residents of D.C as they have never physically resided in D.C.

This is what Title 8 of United States Code Section 1408 (says) "Nationals but not Citizens at Birth":

" Unless otherwise provided in section 1401 or this title, the following shall be nationals, but not citizens, of the United States at birth:
   (1) A person born in an outlying possession of the United States on or after the date of formal acquisition of such possessions;
   (2) A person born outside the United States and its outlying possessions of parents both whom are nationals, but not citizens, of the United States, and have had a residence in the United States, or one of its outlying possessions prior to the birth of such person;
   (3) A person of unknown parentage found in an outlying possession of the United States while under the age of five years, until shown, prior to his attaining the age of twenty-one years, not to have been born in such outlying possession; and
   (4) A person born outside the United States and its outlying possessions of parents one of whom is an alien, and the other a national, but not a citizen, of the United States who, prior to the birth of such a person, was physically present in the United States or its outlying possessions for a period totaling not less than seven years in any continuous period of ten years-
      (A) During which the national parent was not outside the United States or its outlying possessions for a continuous period of more than one year and
      (B) At least five years of which were attaining the age of fourteen years.

      The proviso of section 1401 (g) of this title shall apply to the national parent under this paragraph in the same manner as it applies to the citizen parent under that section."


      Clearly the section that applies to me is 8 U.S.C.Section 1408 (2), and I say somewhat because my parents to were not born in the "United States" However they were not residents of the U.S. because residents implies that they resided in D.C. which would not be true.

      Also something of importance in title 8 of United States Code Section 1408 (4)(a) the term "national" according to the Source in title 8 United

States Code Section 1101 (a)(21) " The term "national" means a person owing permanent allegiance to a state."

Keep in the United States Constitution Amendment Fourteen also states this in relevant part " are citizens of the United States and of the state wherein they reside.

And since I can not be a citizen of the "United States" according to U.S. Constitution Article 1, Section 8, Clause 17.

Then it is only logical and I must deduce according to the Constitution Amendment 14 Section 1, that I am in fact not a U.S Citizen but I am in fact a National of a State as it is according to title 8 United States Code Section 1101 (a)(21).

And to clarify the difference of the " United States" and the "United States (of America).
I ask the plaintiff this Is there not a difference in the term United States and the United States of America?

Is it not a fact that anytime " the United States" is mentioned it is in fact referring to the sovereignty over its territories versus the United States of America when mentioned it is referring to the collective name of the states which are united by and under the Constitution ?

I also asked the Plaintiff did not Chief Justice Stone deliver the opinion in the U.S. Supreme Court case Hoover & Allison v. Evatt 324 U.S. 652 (1945) as to the three meanings of the United States in relevant part did not Chief Justice Stone state " The term United States may be used in any one of several senses. It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. IT MAY DESIGNATE THE TERRITORY OVER WHICH THE SOVEREIGNTY OF THE UNITED STATES EXTENDS, or it may be the collective names of the states which are united by and under the Constitution." ?

So in essence the Judge has given us three different definitions of the United States, which is 1) the sovereignty of the U.S. amongst other nations. 2) The sovereignty over the territories that the U.S. owns. 3) The collective names of all the states that make up the United States (of America).
Please note that if the Judge meant that the United States had sovereignty over (rule due to ownership) the collective names of the

states united by and under Constitution, then there would've been no need for him to mention the term collective states by itself he could've simply said " It may designate the territory and and the collective names of the states which are united by and under the constitution over which the sovereignty of the United States extends.

Also to prove this theory even more that there is a difference in the term "United States jurisdiction over territory" and the Continental United States meaning the United States of America.

It states in Title 31 Code of Federal Regulations part 515. Section 321 United States; Continental United States.
" The term United States means the United States and all areas under the jurisdiction or authority thereof, including the Trust Territory of the Pacific Islands. The term Continental United States means the States of the United States and the District of Columbia.

This clearly proves that there are two different United States . 1) The United States that has ownership of its own territories.
2) The Continental United States a.k.a United States of America which simply is the geographic location of the perimeter of all the states and the District of Columbia amassed.

Also to prove this theory anytime the term "United States" the territory [meaning D.C.] is used the words "territorial sense" are mentioned when the the term "Continental United States" is used the words "geographic sense" is mention.

This automatically implies the term United States is sovereign over the territories that it owns and the term Continental United States means the geographical land mass of all the states and the District of Columbia combined.
For example in title 18 of United States Code Section 5 " The term United States as used in this title in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone".
And in title 8 United States Code Section 1101 (a)(38) " The term "United States" except as otherwise specifically herein provided, when used in a geographical sense, means the Continental United States, Alaska, Hawaii, Puerto Rico, Guam, the Virgin Islands of the United States, and the Commonwealth of the Northern Mariana Islands.
And also to prove that the United States only has sovereign rule, control and custody only over its territories (not the 50 states) and possessions

lets us look at Title 46 of Code of Federal Regulations (of the U.S) Part 308 Section 504 " Definitions of Territories and Possessions :

"Whenever reference is made to the territories and possessions of the United States in this subpart or in any supplement thereto or any policy of insurance issued pursuant to the provisions thereof, said territories and possessions shall be deemed to include only the Virgin Islands of the United States, the Commonwealth of Puerto Rico, American Samoa, Commonwealth of the Northern Mariana Islands, Guam, Wake Island, Midway Island, Baker Island, Howland Island, Jarvis Island, Johnston Atoll, Kingman Reef, Navassa Island, Wake Island."

Therefore once more it is safe to say that the United States (the territorial district) does not have jurisdiction over the collective names of the states called the United States (of America) it only has sovereignty [rule and jurisdiction due to ownership] over the territories.

Therefore anytime in any definition of the United States, the collective names of the States and the territories meaning the 50 states are mentioned together it is always referring to the geographical land mass and not the sovereignty of the United States (the territory) over the 50 states.

Finally on page 2 lines 23 through 25 Plaintiff States that the United States Code gives the District Court original jurisdiction over all offenses against the laws of the United States in title 18 United States Code Section 3231 (2018).

And when we read 18 U.S.C. Section 3231 it states " The District Courts of the United States shall have original jurisdiction exclusive of the courts of the States, of all offenses against the laws of the United States. Nothing in this title shall be held to take away or impair the jurisdiction of the courts of the several states under the laws thereof."

However if we examine title 18 of the United States Code Section 3231 closer and view the meaning of the term "United States" used within 18 U.S.C. Section 3231 according to the source title 18 of the United States Code Section 5 it states " The term United States , as used in this title in a territorial sense includes all places and waters, continental or insular subject to the jurisdiction of the United States, except the Canal Zone.

If you look closely at this definition one would think that the word continental refers to the geographical landmass of the 50 states and it would however the term " territorial sense" cancels that theory out because remember the Continental U.S./ United States of America is not a part of the U.S. territories therefore logically the only place on the Continental U.S. that is a part of the U.S. territories would be the District of Columbia.

And the term " State" used within the context of Title 18 of United States Code Section 3231 the Source of this code which title 18 united States Code Section 2258E (1) states " (1) the term "attorney for the government" and "State" have the meanings given those terms in rule 1 of the Federal Rules of Criminal Procedure;.

Therefore if we turn and look for the meaning of the term "State" in Federal Rules of Criminal Procedure Rule 1 we find:

Federal Rule of Criminal Procedure Rule 1 (b)(9) " State includes the District of Columbia, and any Commonwealth, territory, or possession the United States."

Please take note the term "State" does not include the Continental United States or the term 50 states.

Overall Title 18 of United States Code Section 3231 does not mention or includes the Continental U.S. or the 50 states and therefore it does not apply even though Plaintiff may try to make it appear as it does.

More importantly as I mentioned in my prior Affidavit , So I put this question to the Plaintiff please direct me in writing where it shows the U.S. District Courts has the ability to govern procedure in the Continental United States a.k.a the 50 states.

Does it in fact state in the Federal Rules of Criminal Procedure Rule 1 that the U.S. District Courts have the ability to govern by sanctions ?

Does it in fact state in the Federal rules of Criminal Procedure Rule 1 in relevant part:
    (a) Scope
(3) Territorial Courts. These rules also govern the procedure in all Criminal proceedings in the following courts:
(A) the district court of Guam

(B) the district court for the Northern Mariana Islands, except as otherwise provided by law; and
(C) the district court of the Virgin Islands, except that the prosecution of offenses in that court must be by indictment or information as otherwise provided by law.

Therefore I state this Affidavit and my prior Affidavit is not about whether I am a citizen or not I was simply stating my status as to who I am, the whole premise of my argument was simply does the United States have jurisdiction over my being or should I say can the United States prove they don't have lack of territorial jurisdiction over my being.

Once more your Honor I most graciously request that you order the United States to prove they have territorial jurisdiction and if it can not prove it has jurisdiction then I ask you your honor to please Dismiss this matter, in order for the United States to prove they have jurisdiction it must establish the required exclusive federal jurisdiction that has been merely assumed in this matter consisting of:

1.) Documentation showing ownership of each and every geographical location mentioned in the instant indictment wherein the alleged criminal activity took place.
2.) Documentation from the legislature of the State of Arizona surrendering jurisdiction to the Federal Government over the same the same geographical location as in #1
3.) Documentation pursuant to Title 40 of United States Code Section 255 Approval of Title Prior to Federal Land Purchase " Unless the Attorney General gives prior written approval of the sufficiency of the title to land for the purpose for which property is being acquired by the United States, public money may not be expended for the purchase of the land or any interest therein. The Attorney General may delegate his responsibility under this section to other departments and agencies, subject to his general supervision and in accordance with regulations promulgated by him. Any Federal Department or agency which has been delegated the responsibility to approve land titles under this section may request the Attorney General to render his opinion as to the validity of the title to any real property or in interest therein, or may request the advice or assistance of the Attorney General in connection with determination as to the sufficiency of titles. Except where otherwise authorized by law or provided by contract, the expenses of procuring Certificates of Titles or other evidences of title as the Attorney General may require may be paid out of the appropriations made for the contingencies of the acquiring department or agency. The foregoing provisions of this section shall not be construed to affect in any manner any existing provisions of law which are applicable to the acquisition of lands or interests in land by the Tennessee Valley Authority. Notwithstanding any other provisions of law, the

obtaining of exclusive jurisdiction in the United States over lands or interests therein which have been or shall hereafter be acquired by it shall not be required; but the head or other authorized officer of any department or independent establishment or agency of the Government may, in such cases and at such times as he may deem desirable, accept or secure from the State in which any land or interests therein under his immediate jurisdiction, custody, or control are situated, consent to or cession of such jurisdiction, exclusive or partial, not theretofore obtained, over any such lands or interests as he may deem desirable and indicate acceptance of such jurisdiction on behalf of the United States by filing a notice of such acceptance with the Governor of such State or in such other manner as may be prescribed by the laws of the State where such lands are situated. Unless and until the United States has accepted jurisdiction over lands hereafter to be acquired as afore-said, it shall be conclusively presumed that no such jurisdiction has been accepted.

And pursuant to Title 40 of United States Code Section 3111 Approval of sufficiency of title prior to acquisition (a) Approval of Attorney General Required- Public money may not be expended to purchase land or any interest in land unless the Attorney General gives prior written approval of the sufficiency of the title to the lands for the purpose for which the Federal Government is acquiring the property

(b) Delegations.-

(1) In General.-
The Attorney General may delegate the responsibility under this section to Other departments and agencies of the Government, subject to general Supervision by the Attorney General and in accordance with regulations the Attorney General prescribes.

(2) Request for opinion of Attorney General-
A department or agency of the Government that has been delegated the Responsibility to approve land titles under this section may request the Attorney General to render an opinion as to the validity of the title to any Real property or interest in the property, or may request the advice or assistance of the Attorney General in connection with determinations as to the sufficiency of titles.

(c) Payment of Expenses for Procuring Certificates of Title-
Except where otherwise authorized by law or provided by contract, the Expenses of procuring certificates of titles or other evidences of title as the Attorney General may require may be paid out of the appropriations For the acquisition of land or out of the appropriations made for the contingencies of the acquiring department or agency of the Government.

This section does not affect any provision of law in effect on September 1, 1970, that is applicable to the acquisition of land or interests inland by the Tennessee Valley Authority."

And pursuant to title 40 of United States Code Section 3112 Federal Jurisdiction
" (a) Exclusive Jurisdiction not required-
It is not required that the Federal Government obtain exclusive jurisdiction in
In the United States over land or an interest in land it requires.

(b) Acquisition and Acceptance of Jurisdiction-
When the head of a department, agency, or independent establishment of The Government, or other authorized officer of the department, agency, or independent establishment, considers it desirable, that individual may accept Secure, from the State in which land or interest in land that is under the immediate jurisdiction, custody, or control of the individual is situated, consent to, or cession of, any jurisdiction over the land or interest not previously obtained. The individual shall individual shall indicate acceptance of jurisdiction on behalf of the Government by filing a Notice of Acceptance with the Governor of the State or in another manner prescribed by the laws of the State where the land is situated.

(c) Presumption-
It is conclusively presumed that the jurisdiction has not been accepted until the Government accepts jurisdiction over land as provided in this Section."

And wherein the United States accepted jurisdiction to the same Geographical location as specified in #1, or documentation showing concurrent jurisdiction with the State of Arizona over geographical location in #1. Or absent the production of such documentation showing lawful federal Jurisdiction over this geographical location.

Then it is once more graciously ask that you dismiss this action entirely and Immediately your Honor.

Autographed By _[signature]_

A

VERIFICATION
───────────

**STATE OF ARIZONA**                                             SS. AFFIDAVIT

**MARICOPA COUNTY**

I, _AbdulKhabir Wahid_, being first duly sworn, under oath, says: that he is the affiant in this Affidavit and he knows the content of its body; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

                                      AbdulKhabir Wahid
                                      3407 W. Port Au Prince Lane
                                      Phoenix, Arizona 85053

**Affiant Autograph** _AbdulKhabir Wahid_

Sworn to and subscribed before me
this __13th__ day of __July__ 20__18__

Notary at Large---Arizona

**My Commission Expires** __8__ / __30__ / __2020__

**Notary Signature** _[signature]_

**Notary Place Seal--------------->**

ANDREW LAMBERT
Notary Public - State of Arizona
COCONINO COUNTY
My Commission Expires
August 30, 2020