UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

March 15, 2018

**UNITED STATES**

**PLAINTIFF**

Vs.

**AbdulKhabir Wahid**

**Defendant**

JUDGE: John J. Tuchi

Case No. 2:17- cr-00360-JJT

### AFFIDAVIT TO INVOKE POWER OF ATTORNEY

The affiant, AbdulKhabir Wahid, in Propria Persona, formerly known as the artificial person, ABDULKHABIR WAHID, is a National of North America also known as the united states of america the republic.

The affiant is not a lawyer and his pleadings cannot be treated as such. In fact, according to Haines v. Kerner, 404 U.S. 519 (1972), a complaint, "however inartfully pleaded, must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state claim if it appears " beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. "Id., at

" Indeed, no more than affidavits is necessary to make a prima facie case." ( See United States v. Kis, 658 F. 2nd, 526,536 (7th Cir.1981): Cert Denied, 50 U.S.L.W. 2169; S.Ct. March 22, 1982.)

I, ABDULKHABIR WAHID, 3407 W. Port Au Prince Lane, Phoenix. Arizona [85053], do hereby appoint, AbdulKhabir Wahid, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of any tax, business and legal affairs, and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized.

- A. To take possession of, hold, and manage my real estate and all other property;
- B. To receive money or property paid or delivered to me from any source;
- C. To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name.
- D. To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, AbdulKhabir Wahid, in exercising this exclusive power of attorney;
- E. To retain any investments, invest, and to invest in stock, bonds or other securities, or in real estate or other property;
- F. To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities.
- G. To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact AbdulKhabir Wahid, may consider prudent;
- H. To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

I. To provide for the use, maintenance, repair, security, or storage of my tangible property;
J. To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, AbdulKhabir Wahid may consider prudent.

The affiant, AbdulKhabir Wahid , named herein with the Commercial Security Agreement, is authorized by law to act for and in control of the person ABDULKHABIR WAHID, or any derivative thereof. In addition through the exclusive power of attorney to contract for all business and legal affairs of the principal person, ABDULKHABIR WAHID.

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in-fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Powers is Irrevocable during the lifetime of AbdulKhabir Wahid.

WHEREFORE, the affiant asserts that this affidavit serves as public notice

GRANTOR:

By: ABDULKHABIR WAHID

_____
 Grantor

ACCEPTANCE

I, the above named exclusive attorney-in fact, do hereby accept fiduciary interest of the herein-named Grantor and will execute the herein-granted power-of-attorney with due diligence.

By _*AbdulKhabir Wahid*_ _____
Attorney in Fact / affiant


**VERIFICATION**
_____

STATE OF ARIZONA                                                   AFFIDAVIT
COUNTY OF MARICOPA                                             _____

I, AbdulKhabir Wahid, being first duly sworn, under oath, says: that he is the affiant in this Affidavit and he knows the content of its body; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

Autograph _AbdulKhabir Wahid_

Sworn and subscribed before me on this __15th__ day of __May__ 2018
Notary Public at Large- Arizona
My Commission Expires __10__ / __29__ / __2019__

Notary Signature _____

Notary Place Seal Here -------->

JONATHAN U KELLY
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 29, 2019