**AbdulKhabir Wahid**
**3407 W. Port Au Prince Lane**
**Phoenix, Arizona [85053]**
**(480) 205-1354**

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 3 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

                              **JUDGE: John J. Tuchi**

                              **Case No. 2:17-cr-00360-JJT**

**Vs.**

**AbdulKhabir Wahid**

**Defendant**

### MOTION TO CORRECT DOCKET SHEET

**COMES NOW, AbdulKhabir In Rerum Natura and In Propria Persona and making a Special Appearance.**

**This Motion is to inform Judge Tuchi that there was an error and oversight on both the Clerk's Office and my part. The title and name of Docket 65 is incorrect and should not in part state " AMENDED MOTION TO DISMISS" the correct title and name should be " MOTION IN RESPONSE TO PLAINTIFF RESPONSE FOR MOTION TO DISMISS DUE TO LACK OF TERRITORIAL JURISDICTION". Your Honor I request that this change be corrected as soon as possible as per instructions of the Clerk of the Court.**

**Thank you, Most graciously.**

**Autographed by** _____

In Propria Persona