ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

Kristen Brook
Arizona State Bar No. 023121
kristen.brook @usdoj.gov
Joseph E. Koehler
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Abdul Khabir Wahid,<br><br>Defendant. | No. CR-17-00360-01-PHX-JJT<br><br>**AMENDED NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY** |

The United States of America, by and through counsel undersigned, hereby provides this amended notice with respect to expert witness Antoine Frazier that it may introduce certain evidence pursuant to Rule 702 of the Federal Rules of Evidence at the trial of this matter. Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States gives its notice of intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief and/or in rebuttal at trial.

/

/

1. **Forensic Document Examiner Antoine Frazier:**

The United States intends to introduce factual and expert testimony from Antoine Frazier, FBI Forensic Document Examiner.  In addition to the testimony listed in the government's original Expert Notice, Mr. Frazier will testify regarding his recovery of indented handwriting from specific notebooks involved in this case using electrostatic imaging.  Mr. Frazier will testify regarding the process of the recovery and the results he tendered in this case.  Mr. Frazier's laboratory report of his examinations was provided in discovery at pages 1388-1389 on September 12, 2017.  An FBI 302 report detailing the content of the indented writing was provided in discovery at pages 1401-1402, also on September 12, 2017.  The government previously disclosed Mr. Frazier's CV, and an updated CV will be provided prior to trial.

Respectfully submitted this 17th day of August, 2018.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Joseph E. Koehler*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to John McBee, advisory counsel for the defendant, via the ECF system.  In addition, a copy of the foregoing was mailed to the *pro se* defendant, Abdul Khabir Wahid, at his address of record, on August 17, 2018.

*/s/ Theresa Hanson*
U.S. Attorney's Office