AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    AUG 20 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**
_____
**PLAINTIFF**


**Vs.**                                           **JUDGE: John J. Tuchi**
                                                  **Case No. 2:17-cr-00360-PHX-JJT**


**AbdulKhabir Wahid**
_____
**Defendant**

### MOTION FOR SUPPLEMENT OF PROOF OF U.S.
### LACK OF TERRITORIAL JURISDICTION

**COMES NOW**, AbdulKhabir Wahid In Rerum Natura and In Propria Persona and making a Special Appearance.

Also in my knowledge even in the Code of District of Columbia which is the boundaries and limits of the United States , it clearly defines the geographical boundaries of the United States as well as what that boundary extends to according to DC Code- 16-5302 :

For the purpose of this chapter the term:
   (1) " Boundaries of the United States" means the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States.

Therefore the State of Arizona where I am domiciled ~~is not~~ is not the U.S., Puerto Rico, the United States Virgin Islands, nor it is a territory or insular possession owned by the United States therefore the State where I live at and the people that live in it is not subject to the jurisdiction of the United States.

This concludes the supplemental proof of the United States lacking territorial jurisdiction.

Thank you , Sincerely

Autographed By _____Abdul Khabir Shakir_____