IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Abdul Khabir Wahid,<br><br>　　　　　　　Defendant. | No. CR-17-00360-PHX-JJT<br><br>**ORDER SETTING FINAL PRETRIAL CONFERENCE (CRIMINAL)** |

A Final Pretrial Conference has been set for **10/12/2018 at 9:30 a.m.**

**IT IS ORDERED** that the parties shall file with the Clerk of the Court the following documents **by 10/5/2018,** one week prior to the Final Pretrial Conference[1]:

　　(1)　Joint statement of the case,

　　(2)　Joint witness list,

　　(3)　Joint voir dire questions,

　　(4)　Joint jury instructions

　　(5)　Joint verdict form,

　　(6)　Motions in limine,

　　(7)　Any other pretrial motions.

Responses to motions in limine and other pretrial motions shall be filed with the

---

[1] A copy of the documents shall be delivered to the Court and shall be three-hole punched on the left side of the page.

Clerk of the Court **three (3) business days** before the Final Pretrial Conference.  No Replies shall be filed.

**IT IS FURTHER ORDERED** that the attorneys who will be responsible for the trial, as well as the Defendant, shall attend the Final Pretrial Conference.  Counsel and Defendant shall be prepared to discuss each of the items set forth above, as well as the following:

(8) Trial schedule,

(9) Voir dire procedures,

(10) Number of witnesses,

(11) Number of exhibits,

(12) Marking of exhibits and copies for the court,

(13) Special equipment needs,

(14) Need for an interpreter.

**IT IS FURTHER ORDERED** that the parties shall submit their proposed voir dire questions, joint statement of the case, verdict form and jury instructions to the Court in Word format by email to tuchi_chambers@azd.uscourts.gov at the time they are filed.

**IT IS FURTHER ORDERED** that the parties shall promptly notify the Court if settlement is reached.

**IT IS FURTHER ORDERED** that the parties shall review Judge Tuchi's statements of 1) Courtroom Protocol and 2) Trial Conduct and Decorum before the Final Pretrial Conference.  A copy can be found on the Court's website at www.azd.uscourts.gov under Judges' Information and Orders, Forms and Procedures.

Dated this 20th day of August, 2018.

_____
Honorable John J. Tuchi
United States District Judge