بِسْمِ اللّٰه

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354

___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

SEP 2 7 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES

PLAINTIFF

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360-PHX-JJT

Vs.

AbdulKhabir Wahid

Defendant

## AFFIDAVIT FOR DISMISSAL DUE TO U.S. LACK OF SPECIAL MARITIME AND TERRITORIAL JURISDICTION AND EXTRATERRITORIAL JURISDICTION OVER A NON CITIZEN-NATIONAL OF A STATE

ORIGINAL FOR COURT

1    COMES NOW, AbdulKhabir Wahid In Rerum Natura and In Propria Persona and making a Special Appearance, who hereby moves this court seeking a Dismissal of this matter due to U.S. Lack of Special Maritime and Territorial Jurisdiction and ExtraTerritorial Jurisdiction over a Non Citizen- National of a State

2    This Affidavit is in response to this Court "Opinion of the Court dated August 20, 2018.

First I must say this for the sake of "justice" I pray that this court is true and sincere meaning that it will not use its judicial power to overstep or ignore my rights simply because the court has a lot to gain financially should they receive a conviction of my being. I am well aware of the bonds that you divide after the Court profits off my conviction.

3    More importantly let me establish I am not a U.S. Citizen because I was not born in the United States its territories, commonwealths or possessions nor am I a naturalized as a U.S. Citizen. Legally I was born a national of the State of Pennsylvania in accordance with Immigration and Nationality Act , Title 8 U.S.C. (Aliens and Nationality) Section 1101 (21).

4    Nor do I recognize the United States legally as "my government" it is only recognized by the compact with the States , therefore it is the Government that "legally" belongs to D.C, the Commonwealths, territories and possessions.

5    Also in reference to territorial jurisdiction according to the courts-transcripts/ opinion of the court , this is what the court said in its opinion.

**In the Court's opinion**

6    On page 4 lines 16 through 18 recorded time 03:02:58 states (line 16) " The Motion to dismiss at docket entry number 62 is (line 17) denied, and the basis for the denial can be found in the Government's response".

7    On lines 18 between the recorded time of 03:02:58 and 03:03:39 the Court stated that " the Government correctly identified (line 19) the case law that states-- and I mean no disrespect from (line 20) this-- but states a principle that is so obvious it is (line 21) sometimes not cited often in cases, which is why you don't see (line 22) it too often, which is that the district court has territorial jurisdiction".

(i)

8    This court has cited a error because no where in docket 63 (the Government) "Response to Motion to Dismiss Due to Lack of Territorial Jurisdiction which is the brief that the court is referring to there is no mentioning of case law pertaining to territorial jurisdiction, there is however a mentioning of case law of three different cases on page 2 between lines 4-14 referring to Tax Fraud and the fact that the U.S. District court did in fact have jurisdiction over the defendants because they were all U.S. Citizens.

9    But I repeat there is no "case law" referring to territorial jurisdiction within the brief of docket 63. There is in fact a "statute" on page 2 lines 23 and 24 which is 18 U.S.C. Section 3231 "District Court" that states within the statute that district courts shall have "original jurisdiction" but I reiterate nothing about territorial jurisdiction.

10   Also this court mentioned in the opinion of the court on page 4 lines 24 and 25 and on page 5 lines 1-3 recorded time between 03:03:19 and 03:03:39 to 03:03:46 that " citizenship did not impact jurisdiction" implying that citizen and non citizen alike both come under the jurisdiction of the U.S. when being accused of a offense.

11   That opinion may be flawed as well because Tampering with a witness is a offense classified to be under Extraterritorial jurisdiction according to Statute at Large Public Law 97-291 (f) "There is a extraterritorial federal jurisdiction over an offense under this section.

12   So therefore if we look to the Statute of Extraterritorial jurisdiction which is 18 U.S.C Section 3042 it states in relevant part "section 3041 of this title shall apply in any country where the United States exercises extraterritorial jurisdiction for the arrest and removal therefrom to the United States of any citizen or national of the United States."

13   If you notice in this statute it does not mention the arrest and removal of non citizens/ non resident alien / foreign national it specifically states the arrest and removal of United States Citizens or United States Nationals.

14   Also in Special Maritime and Territorial Jurisdiction 18 U.S.C. Section 7 numbers (7)(8)(9) all mention offenses being perpetrated by a national of the United States, nowhere in the Special Maritime and Territorial Jurisdiction statute does it make reference to non citizens/ non resident aliens/ foreign nationals.

15   As I stated before in my Affidavit it is important to understand that the United States and I being a national from the State of Pennsylvania are considered to be foreign to each other it is considered to be a foreign entity to me as well as i am considered to be a foreign national to it.

2

16  This truth as I stated before can be found in Corpus Juris Secundum Volume 20 ( P 1785 : NY re: Merriam 36 N.E. 505 1441 S. Ct. 1973, 41 L. Ed. 287) it states " The United States Government is a foreign corporation with respect to a State."

17  To prove further that the United States and all its departments are considered to be a foreign government, the Supreme Court back in 1885 adopted the " International Law Rule" holding that State Civil Laws in effect at the time the property was acquired became Federal but were frozen as the date of acquisition. This international Law is referring to Federal Enclaves of the United States.

18  More importantly in terms of United States Federal Enclaves being foreign in June 4, 1973 in United States v. Mississippi Tax Commn No. 72-350, the Supreme Court gave its opinion delivered by Justice Marshall and he stated " The District Court acknowledge that Keesler Air Force Base and the Naval Construction Battalion Center "are to Mississippi as the territory of one of her sister states or a foreign land they constitute federal islands which no longer constitute any part of Mississippi nor function under its control" 340 F. Supp., 906.

19  This above opinion applies across the board which means it is national and therefore applies to all states that have federal enclaves within their borders this also applies to Arizona as well meaning that the Federal Enclaves in the State of Arizona are also considered to be federal islands and no longer constitute a part of Arizona.

20  Also in 26 C.F.R 1.911-2(h) Qualified Individuals, it clearly defines what a foreign country is it states in relevant part in letter (h) Foreign Country. " The term "foreign country" when used in a geographical sense includes any territory under the sovereignty of a government other than that of the United States".

21  This would apply to all 50 states as they are all sovereign amongst each other and the U.S. is not sovereign over any of the 50 states therefore they would be considered to be foreign countries in relation to the United States.

22  Since it has been legally determined that I am dealing with a foreign entity then this means international law does apply, which means we will now look to see if the United States has a right to international territorial jurisdiction over my being.

23  Therefore we will take a look to see if the United States have any international offense claims on my being.
    According to Universal Jurisdiction in order for the United States to have jurisdiction it must be able to prove that it has the right to prosecute because a serious crime against international law - such as crimes against humanity, war crimes, genocide, or torture,

3

and as we know Universal Jurisdiction doesn't apply to my being if so I ask the Government to produce its evidence and proof.

24  The next concept of International Law is Protective Principle Law which means in order for the U.S. to prosecute my being they must be able to prove that I threaten the States security or interfered with the operation of government which we already know such crimes can not be proved by the U.S. Government therefore it does not apply if the in government believes otherwise once again I ask the U.S. government to please produce its evidence and proof.

25  Finally we come to the last of the International Law concepts which is the Passive Principle (which somewhat resembles Special Maritime and Territorial Jurisdiction) the United States must be able to prove that I caused harm or injury to one of its citizens which also in my case does not apply and if the U.S. can prove otherwise then please bring forth your evidence and proof.

Therefore it is safe to say I am not in any violation of any International Laws.

26  We now turn our attention to the District Courts as it is important to understand what the "district" court is and how it operates . We do this by  first looking up the meaning of District Court let us then peruse Black's Law Dictionary. And it states in Black's Law Dictionary what is District Court " the term given to a court of the federal government that has jurisdiction over a set geographical area".

So thus so far we know the District Court is limited to a set geographical area.

27  Moving right along I searched far and low and could not find what the term district meant amongst the U.S.C. , however I managed to stumble over a definition in the Code of Federal Regulations that gave me a definitive meaning of what the term district meant. I found in 19 C.F.R Part 111.1 the term district meant in relevant part " the geographic area covered by a customs broker permit".

28  Even though this definition refers to custom broker permit it still does not negate the fact that the legal meaning of the term district means a "geographic area"

29  Please also understand the term District of Arizona is a deceptive term and basically the term District of Arizona is in name only it is deceptive because those of the law society purposeful and deliberately imply the deceptive meaning that it is referring to the entire state concealing the fact that it in fact applies to only a area in the state.
If this were the case and it did in fact apply to the entire state then it means the federal government would have exclusive and complete control over the state (of Arizona) the only problem with that is it would violate the U.S. Constitution, The Separation of Powers Doctrine and the Tenth Amendment of the U.S. Constitution.



30. Therefore revisiting the term District or the District of Arizona legally means the Geographic of Arizona according to 19 C.F.R 111.1, therefore the term United States District Court can also legally be read as United States Geographic Court.

31. Please also note I have not violated any laws according to the General Crimes Act - 18 U.S.C. Section 1152 which therefore leaves Special Maritime and Territorial Jurisdiction (the Enclave Laws) and Extraterritorial Jurisdiction.

32. As we move into the last half of this Affidavit we will begin to discuss the importance of these federal buildings and legally how they are defined.

33. We begin with 20 U.S.C. Section 107 e (3)  Federal Property, (3) " Federal Property" means any building, land, or other real property owned, leased, or occupied by any department, agency, or instrumentality of the United States ( including the Department of Defense and the United States Postal Service) or any other instrumentality wholly owned by the United States, or by any department or agency of the District of Columbia or any territory or possession of the United States.

34. And to further support the fact that the United States District Court (of Arizona) is in fact a federal building we go to 40 U.S.C. Section 3301 Definitions " the term Federal Agency means a executive agency or an establishment in the legislative or judicial branch of the government (except the Senate, the House of Representatives, and the Architect of the Capitol and any activities under the direction of the Architect)".

35. And not only do we know it is a Federal Building but we also know it is a federal building created only by the power of the constitution Article 1, Section 8, Clause 17.
Because process of elimination in the Arizona Revised Statutes the land that is ceded by Arizona to the United States in Arizona Revised Statutes Title 37 Section 620 because this pertains to concurrent jurisdiction over veterans administration properties, acceptance.

36. And since the other two statutes have been eliminated there is only one left which happens to be Arizona Revised Statutes Title 37 Section 620.02 State Consent to Acquisition of Land by the United States for Exclusive jurisdiction which states " pursuant to Article 1, Section 8 , Clause 17 of the Constitution of the United States the consent of this state may be given to the acquisition of any other privately owned real property within this state by the United States only upon the governors signing a joint resolution adopted by the legislature to that effect. The joint resolution shall recite the description of the land and the purposes to which the state consents that the property may be used.

37  More important Congress legislated Sandra Day O'Connor United States District Courthouse was enacted, designated and approved in P.L. 106-166 on December 9, 1999.

38  And the land for the Sandra Day O'Connor United States District Courthouse, according to Arizona State Archives, the Phoenix City Council approved the donation of the land to the U.S. General Services Administration on June 30, 1993.

39  Also to clarify where the United States territory exists and to make no mistake the United States is a territory that does exist in D.C it is in fact located in the District of Columbia according to Uniform Commercial Code 9-307(h) [Location of the United States] "The United States is located in the District of Columbia".

40  The Government taunted me in its response in Docket 63 on page 1 lines 24-26, from its statements it almost appeared that it found it rather amusing that I would think that the United States was located in D.C and from its tone in the docket it hinted that such claims was frivolous (when in reality this was the Government's way of trying to conceal the truth that the U.S. is in fact not the entire country as the law society has otherwise fooled the masses into believing)

41  In fact not only is this truth mentioned in the U.C.C. it is also mentioned and can be found in District of Columbia Code Section 101 Territorial Area. "The District of Columbia is that portion of the territory of the United States ceded by the State of Maryland for the permanent seat of government of the United States, including the river Potomac in its course through the district, and the islands therein."

42  Now we turn our attention to what is known as the " Federal Enclave Laws" in 18 U.S.C Section 7 (3) Special Maritime and Territorial Jurisdiction of the United States defined: "Any lands reserved or acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, or any place purchased or otherwise acquired by the United States by consent of the legislature of the State in which the same shall be, for the erection of a fort magazine, arsenal, dockyard, or other needful building.

43  If we take a look at the United States Constitution Article 1, Section 8, Clause 17 ( Also referred to as the Enclave Clause) you will notice that the Article 1, Section 8, Clause 17 bares a striking resemblance to the law known as the Enclave Law of 18 U.S.C. Section 7 (3)

44  It states in the U.S. Constitution Article 1, Section 8, Clause 17:
" To exercise legislation in all cases whatsoever, over such district (not exceeding ten miles square) as may by cession of particular states, and the acceptance of Congress become the seat of government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the State in which the same

6

shall be, for the erection of forts, magazines, arsenals, dockyards and other needful buildings.

45 It is very apparent that a section of the of the Enclave Clause was extracted and used in the Federal Enclave Law of 18 U.S.C. Section 7 (3).

46 More important once more by definition according to 20 U.S.C. Section 107e (3) Federal Property , the United States District Court (of Arizona) can be categorized as Federal Property and is thus considered to be a Federal Enclave.

47 What's even more important is in Article 1, Section 8, Clause 17 in relevant part it states "to exercise like authority over all places purchased by the consent of the legislature of the State".

48 The important phrase in this section of the clause is "to exercise like authority" and this authority is to be exercise how ? It tells you in the very first sentence of Article 1, Section 8, Clause 17 which is " to exercise legislation in all cases whatsoever, over such district".

49 Therefore since the United States District Court (of Arizona) is considered to be Federal Property purchased by the consent of the legislature this literally means according to the U.S. Constitution it has granted power to legislate only over its district and not to exceed the square mileage of ours itself and likewise any building purchased outside the district has been granted by the Constitution "like authority" meaning it  only has power to legislate over the district (meaning itself) and not to exceed its'  boundaries.

50 Therefore it would seem to me that the United States has a right to do business within a State as it purchased the land and would therefore most likely be doing business with the State. However Federal Enclaves which includes U.S. District Courthouses has no power to exert its authority externally as the Constitution did not confer that right upon places purchased by the consent of the legislature. The Constitution only conferred on Federal Enclaves the right to legislate over itself-internally.

51 This is also brings us back to the term District Court and if we entwine the term district court along with the meaning of federal enclaves we get a set geographical area court that is internally legislating.

52 And if we reflect on Docket 63 page 3 line 1 in relevant part it states this case occurred "in the District" of Arizona and in the Court's opinion page 4 lines 22 and 23 recoded time 03:03:19 in relevant part it states which is that the District Court has territorial jurisdiction over all offenses occurring "within the district", Plus understanding the the true meaning of District which is a geographical area entwine with Article 1, Section 8, Clause 17 in relevant parts " to exercise legislation in all cases whatsoever, over such district (not exceeding ten miles square)meaning it can only legislate within its

boundaries, "and to exercise like authority over all places purchased" meaning all places purchased outside of the District of Columbia (Federal Enclaves, such as forts, magazines, arsenals, dockyards and other needful buildings such as federal courthouses) must also legislate within their boundaries.

53 Therefore the words used by the government in docket 63 and the words used in the opinion of the court which are "in the district" and "within the district" literally and legally means the offenses must have taken place "in" or "within" the geographical area of the district court and not outside the boundaries of the district court.

54 Once more since the alleged offenses did not occur within the confines of the Federal District Courthouse then they have no jurisdiction.

55 The only way it can have jurisdiction over my being is by ~is by~ me being federal property which I am not nor am I a United States Corporate Citizen.

56 Finally we which the conclusion of my Affidavit.
I wanted touch basis on the alleged count of witness tampering and it has been determined by the prosecution that if convicted the prosecution will request the maximum sentence of twenty years which is assumed to be a felony.

57 However in the 25 C.F.R 11.439 Witness Tampering it states (a) " person commits a misdemeanor if, believing that an official proceeding or investigation is pending or about to be instituted he or she attempts to induce or otherwise cause a witness or informant to
1) Testify or inform falsely; or
      2) Withhold any testimony, information, document or thing;
      3) Elude legal process summoning him or her to supply evidence;or
      4) Absent himself or herself from any proceeding or investigation to
         Which he or she has been legally summoned.

      b) A person commits a misdemeanor if he or she harms another by any
      Unlawful act in retaliation for anything lawfully done in the capacity
      Of witness or informant".

58 After reading this law it has become apparent that the prosecution is simply trying to railroad me.

59 For if one listens to the recording between myself and Ali Soofi in spite of the deception that the prosecution will say ( the Government stated in its Motion in Limine that I told Ali Soofi to lie which is a outright lie within it self) ask yourself this



1) At what point in the recordings did I ask Ali or tell him to inform falsely ?
2) At what point in the recording did I ask Ali Soofi to withhold any testimony, information, document or thing ?
3) At what point in the recording did I suggest to Ali Soofi to elude legal process or when did I summon him to supply evidence ?
4) At what point in the recording did I suggest to Ali Soofi that he should absent himself from the proceedings.
5) When did I ever try to harm Ali Soofi.

60 Furthermore when reading the Statutes at Large of 1512 Tampering with a witness, victim or informant Public Law 97-291 uses the exact same language of the law as the Code of Federal Regulations or 25 C.F.R 11.439 except at the beginning of the Statute at Large it states in letter (a) "Whoever knowingly uses intimidation or physical force, or threatens another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to".

61 And at the end of the statute for letter (a) it states a person can be fined up to $250,000 dollars or imprison for ten years.

62 Letter "A" of the Statute at Large Public Law 97-291, does not apply to me because no where in the recordings of me and Ali Soofi, did I intimidate, threaten or use physical force. Which therefore brings me to letter (b) of the Statute at Large Public Law 97-291 (b) "Whoever intentionally, harrasses another person and thereby hinders, delays, prevents, or dissuades any person from (1) Attending or testifying in an official proceeding. (2) Reporting to a law enforcement officer or judge of the United States the commission or possible commission of a federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; (3) Arresting or seeking the arrest of another person in connection with a federal offense; or causing a criminal prosecution, or a parole probation revocation proceeding, to be sought or instituted, or assisting in such prosecution or proceeding; or attempts to do so shall be fined not more than $25,000 or imprisoned not more than a year, or both.

63 This section (b) of the Statutes at Large coincides with section (b) of 18 U.S.C. 1512 Tampering with a witness. However there are discrepancies for the punishment for the Statute at Large in Public Law 97-291 was to be no more than 1 year, however in 18 U.S.C. Section 1512 (b)(3) states that the person (being) should be imprisoned for 20 years.

64 So overall as an overview of this Affidavit taking into consideration legally I am not a U.S. Citizen or National and legally according to the U.S. Constitution Article 1, Section 8, Clause 17 the Enclave Clause and the Special Maritime and Territorial Jurisdiction and

(9)

the Extraterritorial Jurisdiction , I am not within the jurisdiction of this court and I urge you to please dismiss this matter completely and with prejudice.

Please be aware that Exhibit A is the Courts Opinion and Exhibit B is the Governments Response

**Thank you, Most Graciously
And may Allah keep us all Honest.**

Autographed By _____ *Abdul Khabir Shahid* _____

(10)

# VERIFICATION

**STATE OF ARIZONA**                                                    **SS. AFFIDAVIT**

**MARICOPA COUNTY**

I, _AbdulKhabir Wahid_ , being first duly sworn, under oath, says: that he is the affiant in this Affidavit and he knows the content of its body; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

**AbdulKhabir Wahid**
**3407 W. Port Au Prince Lane**
**Phoenix, Arizona 85053**

**Affiant Autograph** _AbdulKhabir Wahid_

**Sworn to and subscribed before me**
**this** _26th_ **day of** _September_ **20** _18_

**Notary at Large---Arizona**

**My Commission Expires** _8 , 30 , 2020_

**Notary Signature** _____

**Notary Place Seal----------------->**

ANDREW LAMBERT
Notary Public - State of Arizona
COCONINO COUNTY
My Commission Expires
August 30, 2020

EXHIBIT

(A)

CR-17-00360-PHX-JJT, August 20, 2018

1    UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF ARIZONA

3    _____

4
United States of America,          )
5                                   )
                        Plaintiff,  )
6    vs.                            )
                                    )    CR-17-00360-PHX-JJT
7    Abdul Khabir Wahid,            )
                                    )
8                        Defendant. )
                                    )    August 20, 2018
9    _____)    3:00 p.m.

10

11

12        BEFORE:  THE HONORABLE JOHN J. TUCHI, JUDGE

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14             STATUS HEARING

15

16

17

18

19

20

21   Official Court Reporter:
     **Elaine Cropper, RDR, CRR, CCP**
22   Sandra Day O'Connor U.S. Courthouse, Suite 312
     401 West Washington Street, SPC 35
23   Phoenix, Arizona  85003-2151
     (602) 322-7245/(fax) 602.322.7253
24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared by Computer-Aided Transcription

United States District Court

1            **A P P E A R A N C E S**

2

For the Government:
3            **JOSEPH E. KOEHLER, ESQ.**
             **KRISTEN BROOK, ESQ.**
4            U.S. Attorney's Office
             40 North Central Avenue, Suite 1200
5            Phoenix, AZ   85004-4408
             602.514.7500
6

For the Defendant:
7            **PRO SE**
             3407 W. Port Au Prince Lane
8            Phoenix, AZ   85053
             480.205.1354
9

For the Defendant as advisory counsel:
10           **JOHN W. MCBEE, ESQ.**
             Law Office of John W. McBee
11           3104 E. Camelback Road, PMB 851
             Phoenix, AZ   85016
12           602.903.7710

13

14

15

16

17

18

19

20

21

22

23

24

25

CR-17-00360-PHX-JJT, August 20, 2018

# P R O C E E D I N G S

1
2          (Court was called to order by the courtroom deputy.)
3          (Proceedings begin at 3:00.)
4          COURTROOM DEPUTY:  This is criminal case 17-360,
5    *United States of America v. Abdul Khabir Wahid*, on for status          03:00:54
6    conference.
7          Will the parties Counsel, please announce for the
8    record.
9          MS. BROOK:  Good afternoon, Your Honor.  Kristen
10   Brook and Joe Koehler on behalf of the United States.          03:01:01
11         THE COURT:  Good afternoon.
12         MR. WAHID:  Abdul Khabir Wahid.
13         Mr. Wahid, good afternoon.  Welcome to all.
14         And Mr. McBee?
15         MR. MCBEE:  Thank you, Judge.  John McBee, advisory          03:01:16
16   counsel.
17         THE COURT:  If I slip and say stand-by counsel, no
18   disrespect.
19         We're here on the status conference.  I understand
20   that -- well, first of all, there are several motions pending          03:01:26
21   right now and outstanding that the Court has not yet ruled on.
22   We have four motions and I think best way to unwind them is to
23   start with the earliest.
24         There was filed by Mr. Wahid a motion to dismiss at
25   docket entry number 62.  Subsequently, he filed another          03:01:46

1    document at docket entry number 65 which the clerk's office     03:01:50

2    treated as an amended motion.  And Mr. Wahid has moved to

3    correct the docket on that.  That's not what he intended it to

4    be.  He intended it to be reply to the Government's response.

5    So I'm granting the motion to correct the docket, the motion at  03:02:09

6    72, and I will order that it be corrected the follow way:

7            Docket entry number 65 should be a reply in support

8    of the motion to dismiss.  Docket entry number 62 should be

9    reinstated as an active motion to dismiss and the one that I'm

10   going to cover today.                                            03:02:37

11           Leaving the substance of those aside for a moment,

12   then the last motion -- there's a motion for answer filed at

13   docket entry number 75 which I will deal with today.  And

14   finally there's a motion for me to recuse myself on this case

15   at docket entry number 78.  I'm going to do these in order.      03:02:58

16           The motion to dismiss at docket entry number 62 is

17   denied, and the basis for the denial can be found in the

18   Government's response.  The Government has correctly identified

19   the case law that states -- and I mean no disrespect from

20   this -- but states a principle that is so obvious it is          03:03:19

21   sometimes not cited often in cases, which is why you don't see

22   it too often, which is that the District Court has territorial

23   jurisdiction over all offenses occurring within the district.

24           There was a fair amount of argument in the motion and

25   in the reply that citizenship in some sense impacted this        03:03:39

1    decision.  That's not correct because the jurisdiction is over     03:03:46
2    any person who satisfies the elements.  It's not respective of
3    citizenship.  Otherwise, none of the illegal reentry offenses
4    or other drug or immigration offenses, or really any offense
5    committed by a national of another country would be addressable  03:04:04
6    through federal jurisdiction.
7            The issue is whether or not there is territorial
8    jurisdiction over the offense and because the offense was
9    alleged to have occurred entirely or in part in the District of
10   Arizona, there is, in fact, jurisdiction for the reasons stated  03:04:22
11   in the cases that the Government has cited in its brief.  So
12   motion to dismiss number 62 at docket number 62 and then as
13   replied to in 65 is denied.
14           The motion for answer at 75 is denied as moot because
15   I've now ruled on the underlying motion.                          03:04:43
16           And Mr. Wahid, so that you understand, your motion
17   was filed in June.  The response came in in July.  And I can
18   understand from somebody who is not in this courtroom every day
19   that you may think, well, as soon as it becomes ripe, I should
20   get an answer.  The issue is that it was a lengthy motion.  I     03:05:02
21   wanted to give it full consideration, the 25 pages plus the 20
22   pages in the reply, and I have about 600 other cases.  So I get
23   to these when I can.
24           And as soon as I had read the motion and satisfied
25   myself that I knew what the result was going to be, in other      03:05:20

1  words, that the case wasn't going away and that there wasn't a  

2  charge that was unlawfully pending, having satisfied myself and

3  that, I decided to draft an order as soon as I could get to it.

4  And then this hearing came up in between so I'm ruling orally

5  now, which is the fastest I could.  

6          With regard to your motion to recuse at docket entry

7  number 78, the basis for recusal that you state is that the

8  Court is biased -- at least in the form of me -- is biased

9  against you and the basis for that, as argued, is that I have

10  ruled against you on a prior motion but I've ruled in favor of  

11  the Government on another motion that they raised.  That is not

12  a basis without more to justify a motion for recusal.

13          The reasons that the Court ruled the way it did were

14  that in one case, the Government met the standard for granting

15  the motion and that was done last month, and in the other case  

16  your motion did not meet the legal standard.

17          This goes back to the issue of Mr. McBee previously

18  being appointed as your counsel, sir, and you elected to

19  proceed without counsel, and that is your right after we

20  conducted a Faretta hearing and you answered the questions  

21  demonstrating to me that you met those standards and that you

22  still wanted to go forward.  I granted the motion and allowed

23  you to represent yourself but have kept Mr. McBee on stand-by

24  counsel or advisory counsel.

25          Doing something like this yourself, I have already  

1  advised you, runs a risk if you're not familiar with legal          03:07:18
2  standards or legal procedure or any of the rules that apply
3  here and having motions denied as a result of not meeting the
4  standards, is part and parcel of that.

5          And so, Mr. McBee continues as your stand-by or            03:07:33
6  advisory counsel unless I either order that he come back in
7  because something is going wrong during trial, or unless you
8  ask me to do that.  And if you do ask me to do that, I will
9  reappoint him as your counsel.  I leave that there because I
10 don't intend to interfere with your decision.  I just want you    03:07:55
11 to know what the costs are proceeding forward on your own and
12 that Mr. McBee is still available or that possibility is still
13 available.

14         All right.  So that should address the outstanding
15 motions.  And what we have next then is that this matter is set   03:08:11
16 for trial in the early part of September and I want to confirm
17 that the parties are ready to go trial and if not, why not.

18         Ms. Brook or Mr. Koehler, what is the Government's
19 position?

20         MS. BROOK:  Thank you, Your Honor.  Your Honor, at         03:08:28
21 this point, the Government is prepared to proceed forward.
22 With that said, we expect the trial to last three days.  That
23 is not taking into account defense case or however many
24 witnesses they may bring forward.  So with that said, the
25 question is, one, ensuring that defendant is prepared to          03:08:43

1    proceed forward; two, to make sure that we have enough time for    03:08:46
2    a joint pretrial conference and to handle any motions,
3    including motions *in limine* at that time and we do have a
4    forthcoming motion *in limine* that will be filed shortly as
5    we've notified defense of last week.    03:09:06
6              THE COURT:  My rule in general is that motions *in*
7    *limine* get filed a week before the final pretrial conference so
8    there is time in the schedule for any party to do that, but
9    you'll see that in the order that comes out of after today.
10             I'm sorry.  Let me clear up the record.  Yes.  I'm    03:09:25
11   denying motion 78, the motion to recuse.
12             Go ahead, please.
13             MS. BROOK:  The other two things are, we want to make
14   sure that defendant has enough time to review the voir dire,
15   the jury instructions, statement of the case, those sorts of    03:09:37
16   things.  We're prepared to send them over to defense but we
17   want to make sure they are prepared.  And, secondly, we're
18   uncertain at present if he wants to proceed to trial on
19   September 5.  So we're inquiring as to the same for him.
20             THE COURT:  All right.  Well, that is my next    03:09:54
21   question is to ask Mr. Wahid, are you ready to go to trial in
22   this matter?
23             MR. WAHID:  No.
24             THE COURT:  And if you can tell me why not, go ahead
25   and tell me that.    03:10:03

CR-17-00360-PHX-JJT, August 20, 2018

| | |
|---|---|
| 1 | MR. WAHID:  I still need more time to prepare. | 03:10:04 |
| 2 | THE COURT:  All right.  Can you tell me specifically |
| 3 | what it is you still need to do in terms of preparation?  I |
| 4 | don't want to know details because I don't want to interfere |
| 5 | with your individual strategy.  I just need to know, based on | 03:10:15 |
| 6 | your answer, I'll be able to know what kind of additional time |
| 7 | might be justified or not.  So can you tell me that? |
| 8 | MR. WAHID:  I'm sorry.  I don't understand you. |
| 9 | THE COURT:  What I'm saying is, I have to make a |
| 10 | ruling, because right now the trial is set for September 5, and | 03:10:35 |
| 11 | the ruling is either we go to trial then or we delay it for |
| 12 | some amount of time.  And the way I make that decision is I |
| 13 | need to be satisfied that you need the additional time.  So I'm |
| 14 | asking you to tell me why you need it.  What kind of things do |
| 15 | you still need time to do?  That's all. | 03:10:54 |
| 16 | MR. WAHID:  To prepare the statements and stuff like |
| 17 | that. |
| 18 | THE COURT:  And, Mr. Wahid, so that you know, my rule |
| 19 | is, when we don't have a jury in here, just as counsel for the |
| 20 | Government is aware, you can address the Court from your seat | 03:11:17 |
| 21 | if you like.  You don't have to stand for this hearing.  I'm |
| 22 | fine if you want to sit down. |
| 23 | MR. MCBEE:  That was my fault, Judge. |
| 24 | THE COURT:  And I think most people it's engrained in |
| 25 | them that you stand when you address the Court, and I | 03:11:30 |

CR-17-00360-PHX-JJT, August 20, 2018

1  appreciate the respect for the institution.  But I would just          03:11:32
2  rather that everybody be effective and comfortable.  And if
3  that means sitting, and we don't have a jury in here, it's fine
4  with me.

5       Mr. Wahid, when you say "statements," are you talking          03:11:46
6  about what Ms. Brook is referring to, jury questions, jury
7  instructions?  What statements are you talking about?

8       MR. WAHID:  I'm talking about opening statements and
9  closing statements, stuff like that.

10      THE COURT:  Okay.  Well, you know that today is the          03:12:06
11  20th of August and so we're not talking about going to trial
12  for another two weeks or so.  So is it your position that you
13  need more than the two weeks between now and then?  Yes?

14      MR. WAHID:  Yes.

15      THE COURT:  All right.  How much more time?          03:12:23

16      MR. WAHID:  I don't know.  A month.

17      THE COURT:  What the Court has available is September
18  25 through 28 which is just about a month delay.  That's
19  Tuesday through Friday that week.  First of all, Ms. Brook, or
20  Mr. Koehler, does the Government have any objection to granting          03:12:46
21  a continuance of trial of three weeks or so which is what the
22  Court would contemplate?

23      MS. BROOK:  We don't object but we do have some
24  conflicts that are coming up.  So on September 25 rather I have
25  a firm trial in front of Judge Snow with an in-custody          03:13:04

United States District Court

1    defendant.  Additionally, both Mr. Koehler and myself are on          03:13:07

2    leave for opposite weeks during the month of October and we're

3    also both faculty at other conventions during the month of

4    October, so we would need perhaps a date either at the very end

5    of October or beginning of November.                                  03:13:23

6                THE COURT:  Julie, where are we then?

7                COURTROOM DEPUTY:  We could go October 30 through the

8    second.

9                THE COURT:  October 30, 31, 1 and 2?

10               COURTROOM DEPUTY:  Yes, but we're just coming off the      03:13:39

11   Hall trial the week before.

12               THE COURT:  Which is just off the Green trial?

13               COURTROOM DEPUTY:  Yes.

14               THE COURT:  And then right after that we have

15   whatever the criminal -- whatever the November --                     03:13:48

16               COURTROOM DEPUTY:  No.  We have White starting

17   November 6 which is two full weeks.  Actually eight days,

18   sorry.

19               THE COURT:  Okay.  And then we go into the holidays.

20   All right then.  I'm going to go ahead and set it for October         03:14:03

21   30 because we need to get it done.  We're fine on the Speedy

22   Trial Act because there's been exclusion of time while I

23   considered the motion.

24               This is about three weeks more than what you were

25   asking for, Mr. Wahid.  I set this with the understanding and         03:14:17

1   expectation that by then you would in fact be ready to go.    03:14:24

2           MR. WAHID:  Yes.

3           THE COURT:  All right.  And also understanding that

4   if you change your mind with regard to wanting Mr. McBee to act

5   as counsel at trial, you will let the Court know in the form of    03:14:35

6   a motion.  And I'm not telling you you have to do that.  You

7   don't.  I'm just saying that if that -- if you decide you want

8   to do that, you may make the request at any time through a

9   written motion; all right?

10          MR. WAHID:  Okay.    03:14:51

11          COURTROOM DEPUTY:  Final pretrial conference, we have

12  those trials.  It's going to have to be -- it can go as late as

13  October 12.  Is that okay?

14          THE COURT:  Well, let's see.  Counsel for the

15  Government, can one or the other or both of you be here for a    03:15:01

16  final pretrial conference on October 12 because after that, it

17  becomes very difficult for the Court to do it?

18          MR. KOEHLER:  I can, Your Honor.  Ms. Brook is

19  unavailable but I can cover and only one of us needs to be

20  there for that.    03:15:16

21          THE COURT:  Mr. Wahid, if we have the final pretrial

22  conference on October 12, that will be where we go over things

23  like scheduling and witnesses and whether everybody has filed

24  their jury instructions and so forth.  In other words, it's a

25  planning meeting.  Are you available on the 12th?    03:15:32

1    MR. WAHID:  Yes.                                               03:15:36

2    THE COURT:  9:30 in the morning.  Okay, counsel, and

3    I would like you to budget --

4         Do we have two hours?  I need two hours because if

5    Mr. Wahid intends to represent himself, I need to spend some    03:15:46

6    extra time on what the parties can and cannot do during trial.

7    All right.

8         All right then, counsel.  If there is nothing

9    further, then we are adjourned and I will see you at the final

10   pretrial.  Look for the email and the order that comes out that   03:16:01

11   sets all of the deliverables because what it means is if our

12   final pretrial conference is on October 12, then all of your

13   deliverables, like proposed jury instructions, proposed voir

14   dire, proposed statement of the case will be due on October 5

15   and motions *in limine*; correct?                               03:16:23

16   COURTROOM DEPUTY:  Correct.

17   MS. BROOK:  Thank you, Your Honor.

18   MR. KOEHLER:  Thank you, Your Honor.

19   THE COURT:  Okay.  Thank you, all.  We are adjourned.

20   (Whereupon, these proceedings recessed at 3:16 p.m.)           03:16:30

21                        *  *  *  *  *

22

23

24

25

CR-17-00360-PHX-JJT, August 20, 2018

1    C E R T I F I C A T E                                  03:16:30

2

3        I, ELAINE M. CROPPER, do hereby certify that I am

4    duly appointed and qualified to act as Official Court Reporter

5    for the United States District Court for the District of       03:16:30

6    Arizona.

7

8        I FURTHER CERTIFY that the foregoing pages constitute

9    a full, true, and accurate transcript of all of that portion of

10   the proceedings contained herein, had in the above-entitled    03:16:30

11   cause on the date specified therein, and that said transcript

12   was prepared under my direction and control, and to the best of

13   my ability.

14

15       DATED at Phoenix, Arizona, this 21st day of                03:16:30

16   September, 2018.

17

18

19

20                          s/Elaine M. Cropper                     03:16:30

21                          _____

22                          Elaine M. Cropper, RDR, CRR, CCP

23

24

25                                                                  03:16:30

United States District Court

EXHIBIT (B)

1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona

3  KRISTEN BROOK
   Arizona State Bar No. 023121
4  kristen.brook@usdoj.gov
   JOSEPH E. KOEHLER
5  Arizona State Bar No. 013288
   joe.koehler@usdoj.gov
6  Assistant United States Attorneys
   Two Renaissance Square
7  40 N. Central Ave., Suite 1200
   Phoenix, Arizona  85004
8  Telephone:  602-514-7500
   Attorneys for Plaintiff
9

10            IN THE UNITED STATES DISTRICT COURT

11              FOR THE DISTRICT OF ARIZONA

12
   United States of America,                    No. 2:17-CR-00360-PHX-JJT
13
                  Plaintiff,
14
                                        RESPONSE TO MOTION TO DISMISS
15        v.                            DUE TO LACK OF TERRITORIAL
                                                JURISDICTION
16   Abdul Khabir Wahid,

17                Defendant.

18        The United States, through undersigned counsel, respectfully requests the Court deny

19  the defendant's "Affidavit for Demand to Dismiss Due to Lack of Territorial Jurisdiction,"

20  which is in essence a motion to dismiss for lack of jurisdiction.

21        In his motion, the defendant, Abdul Khabir Wahid, asserts, among other things, that

22  the Court lacks jurisdiction over him because he was not born in the District of Columbia,

23  and the offenses alleged in the Indictment did not occur within the jurisdiction of the United

24  States, which he again defines as the District of Columbia.   Wahid further asserts the

25  Uniform Commercial Code somehow controls the definition of what constitutes the United

26  States as well as the scope of federal jurisdiction, rather than the United States Constitution.

27  Wahid specifically contends, "the U.S. government has no right to legislative (sic)

28  exclusive jurisdiction to the Republic of Arizona, it only has jurisdiction over the enclaves

that its federal buildings sit upon." (CR 62 4.) Wahid asserts similar arguments throughout his motion, and concludes with a series of demands for various forms of documentation, absent which he demands dismissal of the case.

The Court of Appeals for the Ninth Circuit, joining all other circuits that have considered the issue, has soundly rejected these types of argument. *United States v. Hanson*, 2 F.3d 942, 945 (9th Cir. 1993) (rejecting appellant's contention "that as a natural born citizen of Montana he is a nonresident alien and, thus, is not . . . subject to the tax laws"); *United States v. Jagim*, 978 F.2d 1032, 1036 (9th Cir. 1992) (rejecting "imaginative" argument that defendant cannot be punished under the tax laws of the United States because he is a citizen of the "Republic" of Idaho currently claiming "asylum" in the "Republic" of Colorado); *see also United States v. Cooper*, 170 F.3d 691 (7th Cir. 1999) (imposing sanctions on defendant making "frivolous squared" argument that only residents of Washington, D.C. and other federal enclaves are citizens of the United States and subject to federal tax laws).

In addition, the defendant's assertions directly contradict the Fourteenth Amendment, which states: "all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State where they reside." U.S. Const. Amend. XIV. Wahid admits that he was born in Pennsylvania and presently resides in Arizona. Specifically, he describes his residency as being in a state foreign to the federal government: "the state that I live in which is the Republic of Arizona." (CR 62 7.) He likewise declares, "I am from a foreign country [the state of Pennsylvania]." (CR 62 7 (brackets in original).)

The United States Code gives the district courts original jurisdiction over "all offenses against the laws of the United States." 18 U.S.C. § 3231 (2018). The Indictment alleges offenses in violation of Title 18 of the United States Code, and further alleges the offenses

- 2 -

1  in this case occurred in the District of Arizona.  Therefore, this Court has jurisdiction over

2  the defendant and the offenses alleged in the Indictment.

3      Based on the foregoing, the United States respectfully requests the Court construe the

4  defendant's "Affidavit for Demand to Dismiss Due to Lack of Territorial Jursidiction" as

5  a motion to dismiss, and deny the motion.

6      Respectfully submitted this 29 day of June, 2018.

7

8                                        ELIZABETH A. STRANGE
                                         First Assistant United States Attorney
9                                        District of Arizona

10                                       s/Joseph E. Koehler
                                         KRISTEN BROOK
11                                       JOSEPH E. KOEHLER
                                         Assistant U.S. Attorneys
12

13

14              **CERTIFICATE OF SERVICE**

15      I hereby certify that on the 29th day of June, 2018, I electronically filed the

16  foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate

17  copies have been transmitted electronically to advisory counsel for the defendant via the

18  ECF system.

19  **John McBee, Advisory Counsel for Defendant**

20      In addition, on the same date I deposited a copy of the foregoing in the United States

21  mail addressed to the defendant, Abdul Khabir Wahid, at his mailing address as set forth

22  in the CM/ECF system.

23

24  s/Theresa A. Hanson
    Legal Assistant/US Attorney's Office

25

26

27              - 3 -

28