AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354

```
_FILED      ___LODGED
___RECEIVED ___COPY

    SEP 27 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

JUDGE : John J. Tuchi

Case No. 2:17-cr-00360-PHX-JJT

**Vs.**

**AbdulKhabir Wahid**

**Defendant**

## NOTICE OF FILING

This is to give Notice to the Court that on September 27, 2018 , Mr. Wahid filed a Declaration pertaining to Citizenship.

ORIGINAL FOR COURT

## DECLARATION CORRECTION FOR UNITED STATES CITIZENSHIP

_____

From : AbdulKhabir Wahid
       3407 W. Port Au Prince Lane
       Phoenix 53, Arizona
           Zip Exempt


To:   Lee Francis Cissna
       U.S.C.I.S
       20 Massachusetts
       Ave NW, Washington,
       DC 20529


Hello Mr. Cissna my name is AbdulKhabir Wahid, my reasons for writing are the following Recently I was doing some extensive research on my U.S. Citizenship background and I discovered that a error had been made in my citizenship status and that my entire life I was under the impression that I was a United States Citizen when in fact all along my citizenship was fraudulent and fictitious not by my doing but by my mother mistakenly filing a United States Standard Certificate of Live Birth.

Let me elaborate on what I mean basically when my mother filed the United States Standard Certificate of Live Birth she did so under her mistaken belief that I was a United States citizen because she believed and was under the impression that I was born in the United States when in fact I was not born in the United States I was born outside of the United States in the State of Pennsylvania.

My mothers mistake for filing a U.S. Standard Certificate of Live Birth was because she believed (like most people) the United States covered the entire geographical land mass of the United States of America when in fact it does not it only covers a 10 mile radius as it is so stated in the United States Constitution Article 1 Section 8, Clause 17 and in the District of Columbia Organic Act of 1871 , it sets the boundaries of the territory of D.C

also known as the United States, and also Uniform Commercial Code 9-307 (h) Location of United States which is in D.C.

And also in the District of Columbia Code Section 1-101. Territorial Area. " The District of Columbia is that portion of the territory of the United States ceded by the State of Maryland for the permanent seat of government of the United States, including the river Potomac in its course through the District, and the islands therein".

Moreover the United States Statutes that determine who is a United States Citizen which is 8 U.S.C section 1401 Nationals and Citizens at Birth (a)(b)(c)(d)(e)(f)(g)(h) does not apply to me because I was not born in the United States therefore I am not subject to jurisdiction thereof, nor was I born in any of the United States outlying possessions: therefore 31 C.F.R. 535.329 and 8 C.F.R 215.1 does not apply to me as well and it is a impossibility for 31 C.F.R. 535.329 because I have never lived in the District of Columbia I can not be a citizen or a resident and to say I am would be a False Statement or Falsifying Documents and also impersonating a U.S. Citizen.

After reading both of these laws it has become very apparent that neither one of these laws actually apply to me.

Therefore I AbdulKhabir Wahid  Declare my correction of the United States Citizenship from U.S. Citizenship to a  National of the State of Pennsylvania as pertaining to the correct citizenship law in 8 U.S.C. Section 1101 (a)(21).  I AbdulKhabir Wahid do declare my allegiance to the foreign state of Pennsylvania.

Please understand I am not expatriating which would be impossible because according to the law I was never a U.S. Citizen to begin with and being a U.S. Citizen was a true error at Birth.

Please also be aware that legally this is my right according to U.N Article 15. Moreover it is my right to declare my citizenship status as whether I am a U.S. Citizen or National according to 24 C.F.R 5.508 (c) (1). [ Even though this law applies to Section 8 housing the intent is still to determine whether the person is U.S. Citizen or Non-Citizen, [National of a State 8 U.S.C (a)(21)]

Please respond to this Declaration letting me that I am correct. If I do not hear from you then your acquiescence shall be accepted.

I, AbdulKhabir Wahid Declare under penalty of perjury, ~~under~~ without the United States under the laws of the united states of america that the foregoing is true and correct.

Dated    9 / 27 / 2018

Autograph  *AbdulKhabir Wahid*

# VERIFICATION

**STATE OF ARIZONA**                                      **SS. AFFIDAVIT**

**MARICOPA COUNTY**

I, _AbdulKhabir Wahid_, being first duly sworn, under oath, says: that he is the affiant in this Affidavit and he knows the content of its body; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

> AbdulKhabir Wahid
> 3407 W. Port Au Prince Lane
> Phoenix, Arizona 85053

**Affiant Autograph** _AbdulKhabir Wahid_

Sworn to and subscribed before me this _26th_ day of _September_ 20_18_.

**Notary at Large---Arizona**

**My Commission Expires** _8 / 30 / 2020_

**Notary Signature** _[signature]_

**Notary Place Seal--------------->**

ANDREW LAMBERT
Notary Public - State of Arizona
COCONINO COUNTY
My Commission Expires
August 30, 2020