AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 01 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

JUDGE : John J. Tuchi
Case No. 2:17-cr-00360-PHX-JJT

Vs.

**AbdulKhabir Wahid**

**Defendant**

### LETTER TO THE PROSECUTION

**COMES NOW, AbdulKhabir Wahid In Rerum Natura and Propria persona.**

Courts Copy

This letter is in response to some comments made by the prosecution in its Motion in Limine.

My first response will be made on the attacks concerning my knowledge of the law.

Yes I will admit I am no lawyer and may not be very verse or skill in legal procedure.

However that doesn't equate me to be a maniacal fool in terms of understanding the law as you made many assaults on my knowledge of the law in your motion for limine for example:

On page 2 lines 19-21 in relevant part you stated " challenging the legal authority of this Court and the federal government as a whole, based on dense, complex, and fundamentally specious interpretations of the United States Constitution,"

And on page 5 lines 7-8 , where you stated in relevant part " in which he used pseudo-legal rhetoric typical sovereign movement"

And last but not least the most important "LIBEL" was the fact that you stated on page 4 of your motion not once by twice first on line 11 in relevant part " and learned that Wahid had encouraged A.S. not to speak to the FBI, and to "lie" to agents".

The second untruth is on page 4 lines 20-21, in relevant part you stated " Wahid attempts to corruptly persuade A.S. not to speak to FBI agents and to lie to FBI agents".

Overall I was in agreement with what you petition the Court concerning your Motion in Limine understanding that the things you were asking of the court was legal and standard procedure but then you got over zealous and felt the need to display a oratorical and sarcastic innuendos at me personally.

First off let me tell you this just because I am not a lawyer doesn't mean I am not of sound mind or incompetent as I stated before I may not be a lawyer and therefore I'm not be verse in legal procedure still that does not give you the right to be arrogant and parade around the Court as some glorified jester.

And as far as my filings are concerned none of them are "specious" nor are the statutes that I cited are " misconstrue" if any of the Statutes or regulations that I documented were out of context as you Koehler so stated then by all means please produce a written copy of all the misconstrue statutes that I have cited and enter them in the proceeding.

But we both know that will never happen because what I wrote was the truth.
Oh and yes before I forget it's true that my filings may seem similar to the Sovereign Movement but that was never my intention and the statutes and laws that I documented and filed on Citizenship into this proceeding was not taken from a page of the "sovereign movement" but was taken from the Immigration and Nationality Act of 1952.

I must admit it is very clever at what your trying to do by using the term "sovereign movement" and labeling me with such a term because everyone knows that the sovereign movement has been classified as maniacal and dangerous patriots and to not listen to anything that they say because it's total nonsense, by categorizing me along with the sovereign movement it gives you a way to cover up the truths that I have uncovered about the U.S. Government and how it relates to so called U.S. Citizenship of the people of the 50 states (unbeknown to most of the people in the 50 states they are not U.S. Citizens)
And by you stating such facts on the record it is your way of concealing the truth thus acting as if you have no idea what I'm talking about even though it's in plain sight right in the United States Code and in the Code of Federal Regulations.

Finally we reached the issues about the libels you printed about me and the reason why I call them libels is because their just that it's one thing to have your opinion or theory about you believe that I may have tampered with your witness but it's another thing to go above and beyond and say "I told him to lie" because now you have the burden of proving that somewhere in those recordings I actually verbally stated out of my mouth that I told him to lie which I know for sure I never ever said.

And for you to say something like that it is overreaching and truly is not fair in the name of justice all in the name of winning.

You should be ashamed of yourself standing on the side of law that suppose to uphold justice yet you go about your day doing minor injustices such as that (stating someone told someone to lie when it never happen) that could have devastating consequences on someone life that you hold in your hands .

Which leads me to say I'm glad I'm not a lawyer and to go to bed at night with the thought knowing I could've ruining someone's life with just a twist of words.
No thanks you can save the lawyering for someone who doesn't believe they have a higher power to answer to for the havoc you may have reeked on someone's life because sure as I'm sitting here you will answer to you maker for every little evil and wicked thing you have done to someone else's life.

                Thank you , Sincerely
                May Allah keep you just.

**Autographed By** _Abdul Khabir Wahid_