ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: kristen.brook@usdoj.gov
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00360-PHX-JJT |
| Plaintiff, | |
| v. | **JOINT PROPOSED STATEMENT OF THE CASE** |
| Abdul Khabir Wahid, | |
| Defendant. | |

The United States and Defendant, Abdul Khabir Wahid, hereby jointly submit the following statement of the case.  Defendant agrees with the statement with the exception of the phrase "and to make misleading statements to," which is highlighted in yellow on page 3 below.  Defendant objects to that phrase and contends it constitutes libel against him.

- 1 -

On May 3, 2015, a group of individuals held a so-called Muhammad Art Exhibit and Contest at the Curtis Culwell Center in Garland, Texas. The government alleges that Elton Simpson and Nadir Soofi, conducted an attack on the contest on the evening of May 3, 2015. The government alleges Simpson and Soofi drove up to the event, got out of their car and began shooting guns at police and security officers outside the contest. A security guard was struck by a bullet and injured, and Simpson and Soofi were shot and killed by police officers.

The government further alleges that beginning on the evening of May 3, 2015 and continuing throughout the time period relevant to the charges in this case, the Federal Bureau of Investigation (FBI) conducted a terrorism investigation of the attack at the Muhammad Art Exhibit and Contest. The government alleges FBI agents interviewed hundreds of witnesses, including Mr. Abdul Khabir Wahid, and that the investigation focused on (1) Simpson's and Soofi's motives for the attack, (2) their support for and connection to the Islamic State, also known as ISIS, a designated foreign terrorist organization, and (3) whether any coconspirators were involved.

Count 1 charges Mr. Wahid with making material false statements to the FBI during the investigation following the events that occurred in Garland, Texas. Specifically, it alleges Mr. Wahid knowingly made the following false statements: (1) that the only thing Simpson and Soofi gave Wahid during their May 1, 2015 visit to his home, was a bowl of soup, when in truth the government alleges Wahid knew Simpson and Soofi also gave him an envelope and a key during their May 1, 2015 visit to his home; and (2) that the only things Simpson and Soofi discussed with Wahid on May 1, 2015, were the soup, Wahid's children, a good role model for his daughter, and Islam, when in truth the government alleges Wahid knew that Simpson and Soofi also provided Wahid with instructions on May 1, 2015 to deliver the aforementioned envelope and key to another identified individual on Wednesday, May 6, 2015.

Count 2 charges Mr. Wahid with deliberately attempting to persuade and hinder a witness, Ali Soofi, the brother of deceased Nadir Soofi, from communicating with the

FBI after the attack. Specifically, the government alleges Mr. Wahid attempted to prevent and hinder Ali Soofi from relaying information to the FBI and instead to withhold information from ==and to make misleading statements to== the FBI, with the intent to hinder the investigation.

Mr. Wahid has entered a plea of not guilty to both charges, and is presumed innocent. The government bears the burden of proving each charge beyond a reasonable doubt.

Respectfully submitted this 10th day of October, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Abdul Khabir Wahid*
Abdul Khabir Wahid
*Pro se* Defendant

 *s/Joseph E. Koehler*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2018, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing documents, and transmitted the document to John McBee, advisory counsel for the defendant, via the CM/ECF system. In addition, I emailed this document to *pro se* Defendant Abdul Khabir Wahid and also caused the document to be sent via U.S. mail to Defendant at his mailing address of record.

*/s/ Joseph E. Koehler*