UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# WITNESS LIST   ---   CRIMINAL

☐ Motion to Suppress         ☐ Non-Jury Trial         ☒ Jury Trial

USA vs. Wahid, Abdul Khabir                               CR-17-00360-PHX-JJT
    Last, First, Middle Initial                                              Year-Case No-Deft No-Judge

☒ GOVERNMENT                                   ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Robert Byrne (FBI SA) | G | | |
| 2. | Jeffrey Evans (FBI IT Forensic Examiner) | G | | |
| 3. | Mustafa Hassan | G | | |
| 4. | Kim Jensen (FBI SA, retired) | G | | |
| 5. | Andrew Knutson (FBI SA) | G | | |
| 6. | Stephanie Kochera (FBI SA) | G | | |
| 7. | Amie Loos (FBI SA) | G | | |
| 8. | Brian Marlow (FBI SA) | G | | |
| 9. | Brian McCarthy (FBI SA) | G | | |
| 10. | Robert Meshinsky (FBI SA, retired) | G | | |
| 11. | Sarah Mikulewicz (FBI SA) | G | | |
| 12. | Greg Neville (FBI Intelligence Analyst) | G | | |
| 13. | SA Scott Reed (FBI SA) | G | | |
| 14. | Charles Richardson, Jr. (FBI SA) | G | | |
| 15. | Jesse Patrick Rollwagen (FBI SA) | G | | |
| 16. | Jason Saitta (FBI SA) | G | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 17. | Joseph Schramovich III (FBI SA) | G | | |
| 18. | Ali Soofi | G | | |
| 19. | Brittany Stephenson (FBI SA) | G | | |
| 20. | Greg Stevens | G | | |
| 21. | Dianna Strain (FBI SA) | G | | |
| 22. | Amy Vaughan (FBI Intelligence Analyst) | G | | |
| 23. | Lorenzo Vidino | G | | |
| 24. | Stewart Whitson (FBI SA) | G | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |