# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES

Phoenix Division

**CR-17-00360-PHX-JJT**          DATE: 10/12/2018
Year    Case No.

HON:      JOHN J. TUCHI

United States of America      v.  Abdul Khabir Wahid
Plaintiff(s)                      Defendant(s)

Deputy Clerk: Julie Martinez    Court Reporter: Elaine Cropper

Joseph Koehler and Kristen Brook
Plaintiff(s) Counsel

Defendant Abdul Khabir Wahid (prose/present/released) with CJA Standby Counsel John McBee
Defendant(s) Counsel

**PROCEEDINGS:**  X   Open Court ____ Chambers ____ SEALED

This is the time set for Final Pretrial Conference. Pending motions, trial documents, trial schedule, trial witnesses, trial conduct, trial procedures, peremptory strikes, voir dire procedures, automated presentations/transcripts, trial exhibits and jury instructions are discussed. The parties invoke the rule for exclusion of witnesses.

   **IT IS ORDERED** affirming the Trial date for Tuesday, October 30, 2018 at 9:00 a.m. **Counsel/Parties to appear by 8:30 a.m.** The days for trial will be October 30 and 31, 2018 and November 1 and 2, 2018. The jury will consist of 14. Peremptory strikes will be simultaneous. Jurors will be allowed to ask questions during trial.

   **IT IS FURTHER ORDERED** that defendant shall provide his witness and exhibit lists to the Government and file with the Court by no later than October 18, 2018.

   **IT IS FURTHER ORDERED** that the Court will not accept a plea agreement in this matter unless any change of plea has been entered by 2:00 p.m. on Monday, October 29, 2018.

   Counsel/Parties shall submit their final Exhibit and Witness Lists to the Courtroom Deputy, by email, in Word or Word Perfect format **before** the morning of trial by 8:30 a.m. **Counsel/Parties shall also submit their original court exhibits, Judge's binder of exhibits and (3) hard copies of their Exhibit and Witness Lists to the Courtroom Deputy by 8:30 a.m., on the morning of trial on October 30, 2018. Counsel/Parties shall refer to the Court's website at:**

CR-17-00360-PHX-JJT
10/12/2018
Page 2

www.azd.uscourts.gov for Judge Tuchi's Exhibit Marking Instructions and/or the email sent to counsel on October 5, 2018 and/or the handout provided to the defendant in court on October 12, 2018.

Pending Motions are discussed. For reasons as stated on the record, the Court rules as follows:

**IT IS ORDERED** granting in part and denying in part Government's Consolidated Motions in Limine [Doc. 86].

**IT IS FURTHER ORDERED** denying Defendant's Motion for Dismissal Due to Lack of Special Maritime and Territorial Jurisdiction and Extraterritorial Jurisdiction Over a Non Citizen National of a State [Doc. 90].

**IT IS FURTHER ORDERED** denying Defendant's Motion in Limine [Doc. 94].

Time in court: 1 hour 23 mins
Start: 9:42 AM
Stop: 11:05 AM