AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354

√ FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 1 9 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES

PLAINTIFF

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360-PHX-JJT

Vs.

AbdulKhabir Wahid

Defendant

## MOTION FOR CONTINUANCE

This pleading is to inform the Court that I am requesting more time to prepare
Because for some reason I did not receive all the Governments Discovery and the one
CD that I did receive was defective , so presently I am waiting the government to
redisclose that material to me.

I apologize the inconvenience this may cause the court.

**Thank you, Sincerely**

Autographed By _Abdul Khalid Wahid_
In Propria Persona