AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona 85053
(480) 205-1354

```
✓ FILED     ___ LODGED
___ RECEIVED ___ COPY

    OCT 1 9 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**
_____
**PLAINTIFF**

JUDGE : John J. Tuchi

Case No. 2:17-cr-00360-PHX-JJT

**Vs.**

**AbdulKhabir Wahid**
_____
**Defendant**

### NON CONSENTING TO BE CALLED A PERSON

_____

This document is being drawn to inform the Courts that I AbulKhabir Wahid do rebut the presumption that I am a legal person ,I am a man, therefore ab initio I rebut and do not give the consent to be called or referred to as a person in any law or statute such as : 1

U.S.C. Section 8, 15 U.S.C. Section 7, 22 U.S.C Section 6010, 26 U.S.C. Section 7343, 29 U.S.C. Section 53, 22 C.F.R Part 120.75, 26 C.F.R Part 1.957-3

Thank you, Sincerely

Autographed By _____ *Abdul Khabir Wahid* _____
*In Propria Persona*