AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [zip code exempt]

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

     DEC 1 0 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

JUDGE : John J. Tuchi
Case No. 2:17-cr-00360-PHX-JJT

**REQUEST FOR THE ACKNOWLEDGEMENT OF THE U.S. TERRITORIAL LIMITS**

**It is requested of this Court to verify, confirm and acknowledge veracity of the following statements.**

(1) Fact 1. According to District of Columbia Organic Act of 1871 the territory referred to as the United States is located within the District of Columbia, which is the actual territorial limits of the United States.

(2) Fact 2. According to the Code of the District of Columbia § 1-101. Territorial Area, the territorial limits of the United States is within the District of Columbia.

*Courts Copy*
*/over/*

(Exhibit A is a copy from the online law library of the District of Columbia showing a copy of the D.C Code §1-101).

(3) Fact 3. According to Title 22 Code of Federal Regulations § 228.01 Definitions, the area of associated sovereignty only includes commonwealths, territories and possessions, the areas of associated sovereignty does not include the 50 states.

It is requested that the Court acknowledge and respond to verify the veracity of these statements.

                      Thankyou, Sincerely

Autographed By _____