ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

Kristen Brook
Arizona State Bar No. 023121
Joseph E. Koehler
Arizona State Bar No. 013288
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
kristen.brook @usdoj.gov
joe.koehler@usdoj.gov
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-17-00360-PHX-JJT |
|---|---|
| Plaintiff, | **SECOND AMENDED NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY** |
| vs. | |
| Abdul Khabir Wahid, | |
| Defendant. | |

The United States of America, by and through counsel undersigned, hereby provides

a Second Amended Notice of Intent to Introduce Expert Witness Testimony pursuant to

Rule 702 of the Federal Rules of Evidence.  Pursuant to Rule 16(a)(1)(G) of the Federal

Rules of Criminal Procedure, the United States gives its notice of intent to use expert

witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during

its case-in-chief and/or in rebuttal at trial.  This notice is consistent with Doc. 34, filed on

October 24, 2017 noticing Dr. Lorenzo Vidino, a subject matter expert on ISIS, terrorism

and the intended effects of terrorist attacks.  Due to the new trial date in this case, Dr.

Vidino has a conflict and cannot appear to testify.  Thus, the government provides notice

- 1 -

of intent to use expert witness Dr. Matthew Levitt, in place of Dr. Vidino.  As outlined below, the nature of Dr. Levitt's testimony will be the same as Dr. Vidino's proposed testimony.

**Dr. Matthew Levitt, Fromer-Wexler Fellow & Director,**
**Reinhard Program on Counterterrorism & Intelligence:**

The United States intends to introduce expert testimony from Dr. Matthew Levitt, a subject matter expert on ISIS, terrorism and the intended effects of ISIS terror attacks.  Dr. Levitt will provide background information on ISIS, ISIS inspired attacks, the means of communication between U.S. based foot soldiers and ISIS members abroad, homegrown violent extremists (individuals who became mobilized outside of Syria or Iraq) and ISIS recruitment by individuals including Junaid Hussain and Mohamed Abdullahi Hassan (aka Miski).  Dr. Levitt will testify regarding ISIS strategy to attack outside of Syria and Iraq and the intended and actual effect of those attacks on civilian populations.  Dr. Levitt will testify about ISIS propaganda and communication over online mediums (including Twitter and *Dabiq* in 2015) and ISIS spokesperson Abu Mohammed al-Adnani's call to action in September 2014.  Dr. Levitt will testify about the specific vocabulary used by Elton Simpson and Nadir Soofir (in online tweets and posts leading up to the attack at the Curtis Culwell Center in Garland, Texas) to describe themselves, the world and the community of people around them.

The government does not anticipate any reports to be drafted in this case; however, should one be it will be promptly disclosed to defense.   Dr. Levitt's curriculum vitae has been disclosed to the Defendant.

Respectfully submitted this 27th day of December, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
*s/ Kristen Brook*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to John McBee, advisory counsel for the defendant, via the ECF system.  In addition, a copy of the foregoing was mailed to the *pro se* defendant, Abdul Khabir Wahid, at his address of record, on December 27, 2018.

*s/ Andrea Flores*
U.S. Attorney's Office