AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [Zip Code Exempt]
(480)205-1354



# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

Vs.

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360-PHX-JJT

**AbdulKhabir Wahid**

**Defendant**

## AFFIDAVIT OF NON APPELLATION

COMES NOW, AbdulKhabir Wahid making a Special Appearance In Propria Persona and In Rerum Natura.

In reviewing my documents of the past it has come to my attention of something that I wasn't aware of before concerning the "ARREST WARRANT".

And I also apologize for making this discovery so late , however I want to say in my defense I never bothered to really look at this warrant since the day of my incarceration possibly because I was traumatized that I basically was kidnapped and thrown in jail and I didn't receive this document till after I was finally released had I actually had the chance to review this document during my detention hearing I would have rebutted it on the spot.

My reasons for bringing this document to your attention is when I actually looked over this document I realized that the name that appears on it " ABDULKHABIR WAHID" [ IS A GLOSSA] is not my appellation.

Nor is it a name which I can be identified with reasonable certainty

As it is so stated according Federal Rules of Criminal Procedure Rule 4 (b)(1) Warrant. A warrant must: (A) contain the defendant's name or, if it is unknown, a name or description by which the defendant can be identified with reasonable certainty;.

Also "ABDULKHABIR WAHID [ GLOSSA] is the name of a person I am not a person as we have already established I am a man.

Please also remember this is the initial document that was used to kidnap me against my own volition and I was basically kidnapped into your jurisdiction and under duress forced to sign documents I didn't want to sign or run the risk of being incarcerated indefinitely.

Therefore since my name doesn't actually appear on your ARREST WARRANT [ ANOTHER GLOSSA] I will be no longer be making Special Appearances within the jurisdiction of the United States District Court.

Thank you, Sincerely

Autographed By _____*AbdulKhabir Wahid*_____

# VERIFICATION

**STATE OF ARIZONA**                        **SS. AFFIDAVIT**

**COUNTY OF MARICOPA**

I, __AbdulKhabir Wahid__ , being first duly sworn, under oath, says: that he is the affiant in this Affidavit and he knows the content of its body; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

Sworn to and subscribed before me on this

__26th__ day of __December__ 20__18__

**Notary at Large--Arizona**
**My Commission Expires** __8 / 30 / 2020__

**Notary Signature** _____

**Notary Place Seal Here-------------->**

ANDREW LAMBERT
Notary Public - State of Arizona
COCONINO COUNTY
My Commission Expires
August 30, 2020