**AbdulKhabir Wahid**
3407 W. Port Au Prince Lane
**Phoenix, Arizona [ Zip Code Exempt]**
(480) 205-1354

```
            FILED      ____ LODGED
      ____ RECEIVED    ____ COPY

              JAN 2 9 2019

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

Vs.                                    JUDGE : John J. Tuchi
                                       Case No. 2:17-cr-00360-PHX-JJT

**AbdulKhabir Wahid**

**Defendant**

## OBJECTION TO PLAINTIFF WITNESS LIST FOR EXPERT WITNESS
## NAMED :  Dr. Matthew Levitt

**Comes Now, AbdulKhabir Wahid In Propria Persona and In Rerum Natura making a Special Appearance.**

This pleading is in objection and I request that this court excludes Dr. Matthew Levitt from testifying for the following reasons.

First and foremost my reason(s) for objecting to the expert witness testimony is that it has already been established that I had nothing to do with the terrorist attacks that happen in Garland, Texas , according to Document No. 128 , with that being said the only charges against me are (1) Tampering with a witness (2) False Statements ( Document No. 102 ) and there is no real concrete evidence that actually suggest terrorism in these charges just speculation on the plaintiffs part.

Secondly it is my belief that by entering this expert terrorist witness into the matter will cause a prejudice against me the defendant and to imprint in the minds of jurors that I am a possible terrorist and therefore convict me based on terrorism soley when in actuality the charges against me doesn't suggest such.

Therefore I implore you your Honor and I ask you to please not allow this expert witness Dr. Matthew Levitt to take the stand and testify on the day of trial.

Thank you, Sincerely

Autographed By _____