AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [ Zip Code Exempt]
(480) 205-1354

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 3 0 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

Vs.

**JUDGE : John J. Tuchi**
**Case No. 2:17-cr-00360-PHX-JJT**

**AbdulKhabir Wahid**

**Defendant**

### REQUEST TO DENY EXPERT WITNESS:
### Dr Matthew Levitt FROM TESTIFYING

Comes Now, AbdulKhabir Wahid In Propria Persona and In Rerum Natura making a Special Appearance. First I request that this Court disregard the previous pleading for an "objection" and put in its place the Request to Deny
because the wording "Request to Deny" is more appropriate.

This pleading is a request to deny Dr. Matthew Levitt from testifying for the following reasons.

First and foremost my reason(s) for denial of the expert witness testimony is that it has already been established that I had nothing to do with the terrorist attacks that happen in Garland, Texas , according to Document No. 128 , with that being said the only charges against me are (1) Tampering with a witness (2) False Statements ( Document No. 102 ) and there is no real concrete evidence that actually suggest terrorism in these charges just speculation on the plaintiffs part.

Secondly it is my belief that by entering this expert terrorist witness into the matter will cause a prejudice against me the defendant and to imprint in the minds of jurors that I am a possible terrorist and therefore convict me based on terrorism soley when in actuality the charges against me doesn't suggest such.

Therefore I implore you your Honor and I ask you to please deny this expert witness Dr. Matthew Levitt to take the stand and testify on the day of trial.

Thank you, Sincerely

Autographed By _Abdul Khabir Wahid_