ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

Kristen Brook
Arizona State Bar No. 023121
kristen.brook @usdoj.gov
Joseph E. Koehler
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. CR-17-00360-01-PHX-JJT |
| v. | STIPULATIONS |
| Abdul Khabir Wahid, | |
| Defendant. | |

The United States of America, and defendant Abdul Khabir Wahid, through undersigned counsel, stipulate and agree to the following:

**ISIS AS A DESIGNATED FOREIGN TERRORIST ORGANIZATION**

The parties agree that at all times material to the Second Superseding Indictment, the Islamic State of Iraq and the Levant, aka ISIS, aka ISIL, was a designated foreign terrorist organization.

**GARLAND CRIME SCENE EVIDENCE**

The parties agree that the FBI Evidence Response Team leader, Special Agent Brian Marlow, may serve as the foundational witness for the finding of evidence near the Curtis Culwell

Center in Garland, Texas, on May 3-4, 2015. The parties agree the items designated as Government Exhibits 16 and 22 through 26, were found by FBI agents during the investigation on May 3-4, 2015, and the photographs of items at the scene (Government Exhibits 5-15) fairly and accurately depict those items as they appeared when found.

Respectfully submitted this 31st day of January, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*Abdul Khabir Wahid*
Abdul Khabir Wahid
Defendant, appearing *pro se*

 *s/Joseph E. Koehler*
Joseph E. Koehler
Kristen Brook
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to John McBee, advisory counsel for the defendant, via the ECF system. In addition, a copy of the foregoing was mailed to the *pro se* defendant, Abdul Khabir Wahid, at his address of record on January 31, 2019

*s/ Theresa A. Hanson*
U.S. Attorney's Office