AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [ 85053]
(480) 205-1354

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

        FEB 1 9 2019

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

                                        JUDGE : John J. Tuchi
                                        Case No. 2:17-cr-00360-PHX-JJT

**Vs.**

**AbdulKhabir Wahid**

**Defendant**

### REQUEST TO WAIVE JURY TRIAL
### IN PLACE OF A BENCH TRIAL

Comes Now, AbdulKhabir Wahid In Propria Persona and In Rerum Natura and making a Special Appearance.

After giving it some extremely deep and long thought I have come to the conclusion that I would prefer a Bench Trial and for the following reasons considering the complexity of

this matter I feel more confident that the Judge would make the perfect fact finder and is better equipped at understanding the legalities of this matter.

Therefore with the consent of the U.S Government and the approval of this Court I am requesting to waive the jury trial in place of a bench trial.

Autographed By _____ *without prejudice* *[signature]* _____