ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
kristen.brook@usdoj.gov
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:17-CR-00360-PHX-JJT |
| Plaintiff, | |
| v. | **RESPONSE TO REQUEST TO WAIVE JURY TRIAL** |
| Abdul Khabir Wahid, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully informs the Court and the defendant that it does not oppose the defendant's Request to Waive Jury Trial (CR 153). Undersigned counsel respectfully suggest a hearing be held on this request as soon as practicable in order to allow the government to make arrangements for its out-of-state witnesses to arrive earlier to testify.

Respectfully submitted this 20th day of February, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Kristen Brook*
*s/Joseph E. Koehler*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to advisory counsel for the defendant via the ECF system.

**John McBee, Advisory Counsel for Defendant**

In addition, on the same date I deposited a copy of the foregoing in the United States mail addressed to the defendant, Abdul Khabir Wahid, at his mailing address as set forth in the CM/ECF system.

*s/Theresa A. Hanson*
*Legal Assistant/US Attorney's Office*

- 2 -