**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES - BENCH TRIAL**

Phoenix Division

CR-17-00360-PHX-JJT           DATE:  2/28/2019
   Year  Case No  Initials

Title:  United States of America      vs.  Abdul Khabir Wahid
           Plaintiff                            Defendant
================================================================================

HON: JOHN J. TUCHI

Julie Martinez                                Elaine Cropper
Deputy Clerk                                  Court Reporter

**Attorney(s) for Plaintiff(s)**                **Attorney(s) for Defendant(s)**

Joseph Koehler and Kristen Brook              Abdul Khabir Wahid (Pro Se) with Stand-by Counsel
                                              John McBee

================================================================================
**PROCEEDINGS:**   FINAL PRETRIAL   **X** BENCH TRIAL       VOIR DIRE       JURY SWORN

Trial day # 3

10:01 a.m.  Court reconvenes.  **Government's case continues:**  Examination of Matthew Levitt continues.  Exhibits 71 and 72 are admitted.  Witness is excused.  Stewart Whitson is sworn and examined.  Exhibits 45 and 109 through 117 are admitted.  Witness is excused.  Government rests.  11:25 a.m.  Court is in recess.

11:41 a.m.  Court reconvenes.  **Defendant's case:** Abdul Khabir Wahid is sworn and examined.  Witness is excused.  Exhibits 52, 84, 163 and 164 are admitted.  Defense rests.  12:33 p.m.  Court is in recess.

2:02 p.m.  Court reconvenes.  Closing arguments.  2:28 p.m.  Court is in recess.

2:29 p.m.  Court reconvenes.  Closing arguments continue.  Discussion held.  **IT IS ORDERED** taking this matter under advisement.

4:18 p.m.  Court is adjourned.

                                                  Time in Court: 4 hrs. 31 min.
                                                   Start: 10:01 AM
                                                   Stop: 4:18 PM