```
              FILED      LODGED
              RECEIVED   COPY

              FEB 28 2019

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-17-00360-PHX-JJT |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MINUTE ORDER RE: EXHIBITS** |
| Abdul Khabir Wahid, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the trial are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

DATED this 28th day of February, 2019.

Brian D. Karth, District Court
Executive/Clerk of Court

By: Julie Martinez, Courtroom Deputy

Exhibits returned to respective counsel/representative.

_____ 2/28/2019    Counsel for Government's signature/date

_____              Counsel for Defendant's signature/date