بسم الله

**AbdulKhabir Wahid**
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
480 205-1354

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 8 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

Vs.

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360- PHX-JJT

**AbdulKhabir Wahid**

**Defendant**

REQUEST FOR THE JUDGE TO REVIEW EVIDENCE:
IN REFERENCE TO ALI SOOFI INTERVIEW IN KANSAS
WITH THE FEDERAL BUREAU OF INVESTIGATIONS

Comes Now, AbdulKhabir Wahid In Rerum Natura and In Propria Persona making a Special Appearance.

My reasons for seeking to speak to your Honor are the following, this pertains to one of the questions I wanted to ask Ali Soofi during the trial but I opted not to because I lost the evidence which was in a form of a CD which I could've used to prove my points.

The question that I wanted to ask Ali Soofi happen to be a question that was generated based off Bates discovery CD titled "Interview of Ali Soofi in Kansas".

The question I wanted to ask him was a question that proves he perjured himself while he was being interviewed by the F.B.I.

On the CD titled Interview of Ali Soofi in Kansas on the recording and under oath the F.B.I agent ask Mr. Soofi were there any guns in the home Mr. Soofi replied "NO" However Mr. Soofis father who was also in the recorded interview quickly stated that yes his brother Nadir Soofi did in fact own a gun.

The points that I am trying to make your Honor is:

(1) There was no need for him to lie, he wasn't in any trouble yet he still lied.

(2) Even though it was one lie who's to say if he lied once isn't there a strong possibility he could've continued to lie.

(3) And therefore since he had already lied he had no choice but to continue to lie while he was being taped and also while he was on trial or else he would be guilty of perjury.

If I am out of line or inappropriate or in proper according to the rules of Court I sincerely apologize but I had to speak the truth because this has been weighing heavy on my mind ever since the trial and because I didn't have that CD to prove what I was saying I felt extremely helpless and defeated but I still had a burning desire to share this with you your Honor.

A second reason why I brought this to your attention was I wasn't sure if this particular CD was made aware to you by the prosecution because of the CDS that were in evidence seemed to be handpicked by the prosecution. Therefore I implore you your Honor if you don't have that particular CD in your records I ask you to please request the Bates CD titled " Interview of Ali Soofi in Kansas" and please listen to it in that CD you will hear Ali Soofi very politely and smoothly lie about their being any guns in the apartment.

I pray that you will take what I request of you under advisement as well.

Thankyou, Most Sincere,

*Without prejudice*

*Abdul Khabir Wahid*
*In Propria Persona*