

```
_X_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      JUL 1 1 2019

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY  SMH              DEPUTY
```

# United States District Court
for
District of Arizona

U. S. A. vs. Abdul Khabir Wahid
Docket No. CR-17-00360-001-PHX-JJT
AUSA: Abdul Khabir Wahid

T- **SEALED**

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **REBECCA I TIECHE**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Abdul Khabir Wahid</u>, who was released by the Honorable David K. Duncan sitting in the Court at Phoenix, on the 17th day of March, 2017, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1) Report as directed to U.S. Pretrial Services.

On July 8, 2019, Pretrial Services conducted an unannounced home visit to the defendant's residence. At this time, the defendant's daughter (age, 20) reported the defendant was not home because he is staying with friends overnight in Avondale, Arizona. He did not report this overnight travel outside his home to Pretrial Services as required.

Additionally, the defendant failed to make his required monthly phone call to Pretrial Services for the months of May, June, and July of 2019.

The defendant's whereabouts are currently unknown.

Page 2
RE: Abdul Khabir Wahid
July 9, 2019

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED.

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a summons.

_____          July 9, 2019
Rebecca I Tieche                          **Date**
U.S. Pretrial Services Officer

**Reviewed by**

_____          July 9, 2019
Alma L. Lopez                             **Date**
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a summons. Considered and ordered this 11th day of July, 2019, and ordered filed and made a part of the records in the above case.

_____
The Honorable MICHELLE H. BURNS
United States Magistrate Judge