AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(480) 205-1354

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    JUL 2 9 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES

_____

PLAINTIFF

                        MAGISTRATE : Eileen S. Willett
                        Case No. CR-17-00360-001-PHX-JJT

Vs.

AbdulKhabir Wahid

_____

Defendant

RESPONSE TO PETITION FOR PRETRIAL VIOLATION
AND AFFIDAVIT FOR DEMAND TO DISMISS VIOLATION DUE
TO
BREACH OF TRUST AND BREACH OF FIDUCIARY DUTY
WITH CONSTRUCTIVE FRAUD AND ILLEGAL
ENFORCEMENT OF 18 U.S.C. § 3148

COMES NOW, AbdulKhabir Wahid In Rerum Natura and making a Special Appearance. Your Honor I am a living Being. The flesh lives and the blood flows. I humbly ask for remedy.

I am in receipt of this courts Summons for a Pretrial Violation.

*Courts - Copy*

In my defense I will say on my part this simply a misunderstanding and a mistaken idea and simply a misunderstanding of what pre-trial entails. I will explain what I meant momentarily. I was under the impression that after the trial I was no longer required to be obligated to check in or make calls to the Pretrial officer because it was post trial and there was nothing in the Pretrial agreement that stated I had to continue to keep correspondence with the Pretrial service officer "post trial". So I assumed that since it was after the trial I was finished with Pretrial services.

And Mrs. Tieche the Pretrial service officer, even though she claims otherwise that she made numerous phone calls to me after the trial, I do not recall ever receiving a missed call from her or a message. In fact, she never told me to keep in touch with or to continue to call her after the trial. The only time I recall speaking to her after the trial was when she wanted me to come in to some sort of pre prison probation sentencing lecture after that lecture I never heard from Mrs. Tieche again.

I will reiterate I do not recall ever receiving a call from Mrs. Tieche again, and to make sure she was calling the right number she should have shown me a call log or screenshots from her cell phone showing me the dates and times as to when she tried to call me however that was not the case.

Until recently I hadn't heard from Mrs. Tieche for over several months apparently she was trying to get a hold of but I was not home and I had forgotten and left my cell phone at home and I was out of town in Avondale upon my return home my daughter had given me a business card that Mrs. Tieche had left with my daughter and also on my cell phone there were two missed calls with messages attached to those missed calls.

In essence it was on my part and innocent and honestly unintentional mistaken idea I was never longer required to communicate with Mrs. Tieche.

However I feel that I have put up with the harassment of the government to long and I am very tired and simply want to live in peace and be left alone therefore I tell this Court to see Affidavit

                    Thank You Sincerely.

Autographed By _____