

**AbdulKhabir Wahid**
**3407 W. Port Au Prince Lane**
**Phoenix, Arizona [85053]**
**(480) 405-8854**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

**MAGISTRATE: Eileen S. Willett**

**Case No. CR-17-00360-001-PHX-JJT**

**Vs.**

**AbdulKhabir Wahid**

**Defendant**

**AFFIDAVIT FOR DEMAND TO DISMISS PRETRIAL VIOLATION DUE TO BREACH OF TRUST AND BREACH OF A FIDUCIARY DUTY WITH CONSTRUCTIVE FRAUD AND ILLEGAL ENFORCEMENT OF**
**UNITED STATES CODE 18 U.S.C.§ 3148**

**Comes Now, AbdulKhabir Wahid Executor Generalis In Rerum Natura and making a Special Appearance.**

**Your Honor I am a Living Being. The flesh lives and the blood flows.**
**I humbly ask for remedy.**

---

Even though this is considered to be a criminal proceeding Trust law has been silently and simultaneously operating within the background of the courtroom.
In relevant part Black's Law Dictionary 2nd edition states " a trust is defined as an equitable or beneficial right or title to land or property."

When the title of " ABDULKHABIR WAHID" was transferred to this Court by operation of law a trust was created and trust law was activated and the trust was established and in place.

Point 2.

---

Since trust was established automatically the key players in this matter were made trustee ( the prosecutor) and the Magistrate since no executor was present assumed the role of administrator.

Therefore since the Magistrate-Judge is the acting administrator/ trustee and the prosecutor by law is the trustee that makes me ( the public) the beneficiary.

Point 3.

---

Also let it be known that not only am I the beneficiary of the trust I am also the Executor of the trust.

Now I will explain and prove that even though this is considered to be a criminal proceeding trust law is in fact involved and very much alive and active in the courtroom.

Point 4.

---

According to the law all executive employees-officers are considered to be trustees in accordance with 5 C.F.R. 2635-101 Basic obligations of Public Service (a)(1) which states in relevant part " public service is a public trust" , therefore all government employees that work for the executive department of the United States are considered to work in public service which happens to be the public trust and which means since they are officers who work in the public trust then they are naturally considered to be trustees.

Point 5.

---

In addition to support this in even further public service is a public trust can also be found in the President's Executive Order 12731 Principles of Ethical conduct Section 101 (a) in relevant part it states " (a) Public Service is a public trust, requiring employees to place loyalty to the Constitution, the laws, and ethical principles above private gain.

Please keep in mind that this Executive order is an order for "all" executive employees which would include each and every employee and officer of the Department of Justice which also means it includes Prosecutors as trustees.

More important this same ethic can be found in the Department of Justice own 14 General Principles of Ethical Conduct (number) 1 it states in relevant part 1. Public Service is a public trust, requiring employees to place loyalty to the Constitution, the laws and ethical principles above private gain.

**Point 6.**

---

Also in 5 C.F.R. 731.106 Designation of Public Trust Positions and investigative requirements (b) Public Trust positions . (in relevant part it states) " law enforcement duties, fiduciary responsibilities or other duties demanding a significant degree of public trust,"

Finally in 26 C.F.R. 26.2652-1(c) Trustee Defined. " The trustee of a trust is the person designated as trustee under local law or, if no such person is designated, the person in actual or constructive possession of property held in the trust."

Therefore since the prosecutor is holding the title to the trust , for example the trust titled " ABDULKHABIR WAHID" he or she is therefore in possession of property held in trust and therefore is the trustee.

**Point 7.**

---

Also in 26 U.S.C. 7701(6) Fiduciary , all executive department employees are considered fiduciaries because they are trustees as the definition of fiduciaries is stated " the term " fiduciary" means a guardian, trustee, executor, administrator, receiver, conservator, or any person acting in any fiduciary capacity for any person.

**Point 8.**

---

Most important "all" government Public Officers and Employees are trustees, this can be found in the law encyclopedia of American Jurisprudence in relevant part it states in 63c Am. Jur.2d Public Officers and Employees § 247

" As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need intervention of the officer [1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts [2]. That is a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves. [3] and owes a fiduciary duty to the public.[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.[5] Furthermore, it has been stated that any enterprise undertaken by the public official which tends to weaken public confidence and undermine the sense of security for individual rights is against public policy".

**Point 9.**

---

Also according to Black's Law Dictionary 6th edition it states Public Service (16c) 1. " a service provided or facilitated by the government for the general public's convenience and benefit"

Therefore I being the public receives the benefit therefore I am the beneficiary.

**Point 10.**

---

Therefore this brings me to my charges against the government which is Breach of Trust and Fiduciary Duty with Constructive Fraud.

It is my determination based off of trust law that by me being the beneficiary for the trust and the prosecutor is the trustee- fiduciary by the prosecutor bringing this violation against the beneficiary which is me it is clear and apparent that the prosecutor is not acting in the best interest of beneficiary as the prosecutor wishes to adversely affect the beneficiary in doing so he has breached his trust as well as his fiduciary duty and makes him Liable for Liability for Breach of Fiduciary Duty 29 U.S.C.§ 1109.

Also the Constructive fraud comes into play as stands to make financial gain by use of the trust and thus violate the confidence that was placed in him.

[ See for public officials: Duncan v. Koustenis, 260 Md. at 105,271 A. 2d at 550; Gary v. Board of Trustees, 223 Md. 446, 165 A.2d 475 (1960), Macy v. Heverin 44 Md. App. 358, 408 A. 2d 1067, 1069.

See for Constructive Fraud: Dave's v. Lawyers Sur. Corp., Tex. Civ. App., 459 S.W. 2d 655, 657. Archer v. Griffith, 390 S.W. 2d 735.

See for a Breach of Trust: Bruin v. Hanson, C.C.A. Idaho, 103 F. 2d 685,699 (1939), Slay v. Burnett Trust (1945), Young v. West Edmond Hunton Lime Unit (1954).]

Point 11.
_____

Now moving along to my second half of this Affidavit as I stated before by requesting my presence or forcing me to come into court by using a criminal summons to stand for alleged Pretrial violation known as 18 U.S.C. § 3148 Sanctions for violation of a release condition are actually being illegally enforced on my being.

I will explain what I mean by the government legally enforcing a statute on myself.

Every U.S. Statute must also carry with it an implementing regulation that corresponds with the statute.

If the statute doesn't have an implementing regulation that corresponds with it then that statute is not enforceable.

Point 12.
_____

With that I will elaborate more on the relationship of a statutes and regulations through the association of the " Parallel Table of Authorities and Rules. This is what is stated about the Parallel Table of Authorities and Rules :

"The following table lists rulemaking authority ( except 5 U.S.C. of 301) for regulations codified in the Code of Federal Regulations. Also included are statutory citations which are noted as being interpreted or applied by those regulations. The table is divided into four segments: United States Code citations, United States Statutes at Large citations, public law citations, and Presidential document citations. Within each segment the citations are arranged in numerical order :

For the United States Code, by title and citation
For the United States Statutes at Large, by volume and page number;

For Public Laws, by number; and
For Presidential documents (Proclamations, Executive orders, and Reorganization plans), by document number.

Entries from the table are taken directly from the rulemaking authority citation provided by Federal agencies in their regulations. Federal agencies are responsible for keeping these citations current and accurate. Because Federal agencies sometimes present these citations in an inconsistent manner, the table cannot be considered all-inclusive.

The portion of the table listing the United States Code citations is the most comprehensive, as these citations are entered into the table whenever they are given in the authority citations provided by the agencies. United States Statutes at Large and public law citations are carried in the table when there are no corresponding United States Code citations given".


Point 13.
_____

Now that we have a good understanding of how the Parallel Tables of Authority and Rules operate lets now put it to a practicum.

In order to determine if a U.S. statute is enforceable we must take it and apply to what is called the Code of Federal Regulations that are listed within the Parallel Table of Authorities and Rules.
There are two columns within the PTOA , starting with U.S. code first the column that is to the far left of the page is a list of U.S. Statutes citations beginning with title one up to 51 or 52 and the column to the far right of the page is the Code of Federal Regulations.


Point 14.
_____

Therefore we take the statutory citation which happens to be let's say in particular 18 U.S.C. § 3148 and we go down the statutory citation column until we reach title 18 and scroll down to look for § 3148.

Surprisingly enough there is no statutory citation for 18 U.S.C. § 3148,
therefore if you can't find your citation in the U.S. citations you must scroll down to U.S. statutes at large and look for the statutes that are listed at the end or the bottom page from the original statute as we look for the Statutes at Large we realize once more there is no statutes listed in the table for this law . Therefore we move on and scroll down until we reach a Public Law and behold we find one of the Public laws that are identified with

the statute of 18 U.S.C. § 3148 . We find Public Law 98-473 with its implementing corresponding regulation which is 24 C.F.R. 13 so we do a search on 24 C.F.R. 13 and it is titled "USE OF PENALTY MAIL IN THE LOCATION AND RECOVERY OF MISSING CHILDREN" if this be the case then I demand from this court and it's prosecutors documentary evidence to prove my involvement in 24 C.F.R. 13 USE OF PENALTY MAIL IN THE LOCATION AND RECOVERY OF MISSING CHILDREN.

**Point 15.**

---

Secondly if we take a closer look at the C.F.R. the so called implementing regulation does not correspond with its statute, I mean how does 24 C.F.R.§ 13 "Use of Penalty Mail in the location and recovery of missing children" have anything to do with 18 U.S.C. § 3148 Sanctions for violation of release conditions the two don't equate.

Therefore that can mean only one thing because the implementing regulation doesn't correspond with the statute then actuality the statute has no regulation and is therefore unenforceable and if anyone tries to enforce it their doing so illegally.

This now brings us to the Federal Register. I will explain how the Federal Register plays it part in determining whether an implementing corresponding regulation exists for a statute.

Before a Regulation is codified in the code of federal regulations it must first be birthed within the Federal Register as a Notice of Proposed Rulemaking and after the public has made their comments then the proposal once approved is issued as a final rule and from the final rule stages it is codified into the C.F.R. or Code of Federal Regulations.

**Point 16.**

---

This can also be found in the law 44 U.S.C. § 1508. "Publication in Federal Register as Notice of Hearing" : " A notice of hearing or opportunity to be heard , required or authorized to be given by an Act of Congress, or which may otherwise properly be given , shall be deemed to have been given to all persons residing within the states of the Union and the District of Columbia, except in cases where the Notice is published in insufficient in law, when the Notice is published in the Federal Register at such time that period between the publication and the date fixed in the Notice for the hearing or for the termination of the opportunity to be heard."

This means a Notice must be given about a new regulation to all citizens of the 50 states of the Union via Federal Register.

Case 2:17-cr-00360-JJT   Document 190   Filed 07/29/19   Page 8 of 10

**Point 17.**

_____

Please also note that the requirement for " reasonable notice" or " due notice" as part of the Constitutional due process extends not only to statutes and regulations AFTER they are enacted into law , such as when they are enforced in a court of law, but also to the publication of proposed statutes and rules/ regulations BEFORE they are enacted and subsequently enforced by agencies within the Executive Branch.
The Federal Register is the only approved method by which the public at large domiciled in " states of the union" are provided with " reasonable notice" and an opportunity to comment publicly on  new or proposed Statutes or rules/ regulations which will directly affect them and which may be enforced directly against them.

**Point 18.**

_____

So in essence if there is no notice in the Federal Register then there is no regulation same applies if there is no implementing regulation that corresponds with a statute.l

No regulation for a statute by Notice can also be found in the law in 5 U.S.C. § 552(e). Public Information; agency rules, opinions, orders, records and proceedings "Except to the extent that a person has actual and timely notice of the terms thereof, a person may not in any manner be required to resort to, or be adversely affected by, a matter required to be published in the Federal Register and not so published.

And also in 26 C.F..R. § 6.01.702 Publication and public Inspection (a)(2)(ii) Effect of Failure to Published : " Except to the extent that a person has actual and timely notice of the terms of any matter referred to in order they can timely notice of the terms of any matter referred to in subparagraph (1) of this paragraph which is required to be published in the Federal Register, such person  is not required in any manner to resort to, or be adversely affected by, such matter if it is not so published or is not incorporated by reference therein pursuant to subdivision (i) of this sub paragraph. Thus, for example any such matter which imposes an obligation and which is not so published or incorporated by reference will not adversely change or affect a person's rights.

Therefore it is safe to say neither statutes nor the rules/ regulations which implement them may be directly enforced within the states of the union against the general public unless and until they have been so published in the Federal Register.

**Point 19**

_____

Furthermore to support this fact case law also states that a statute without a regulation or implementing corresponding regulation is unenforceable :

California Bankers Association v. Shultz 416 U.S. 21 (1974) " A statute without a corresponding C.F.R. is unenforceable.

" The result is that neither the statute nor the regulations are complete without the other , and only together do they have any force. In effect, therefore, the construction of one necessarily involves the construction of the other." [ U.S. v. Mersky, 361 U.S. 431 (1960).

**Point 20.**

_____

Finally to sum everything up in this Affidavit, in this Court, a Breach of Trust and Breach of Fiduciary Duty is taking place because I am the beneficiary in this matter and the judge being the administrator is also considered a trustee however the prosecutor who is the trustee wishes adversely affect my being and also within this matter by my very presence to stand in court is a violation within itself because 18 U.S.C. § 3148 has no implementing corresponding regulation therefore it is not enforceable yet is being illegally enforced by the court and therefore any type of conviction that comes out of this matter is illegal which makes it a wrongful conviction
Your honor I ask you for remedy.

**Point 21**

_____

In your response to this Affidavit you must respond to each and all points within this Affidavit should you neglect / omit any point within this Affidavit it will be presumed that you have acquiesce your response.

As well as this Affidavit will be discussed in open court.

Thankyou, Sincerely

Autographed By _____ *Abdul Khabir Wahid* _____

# VERIFICATION

STATE OF ARIZONA                                                SS. AFFIDAVIT

COUNTY OF MARICOPA

I, __AbdulKhabir Wahid__ ,being first duly sworn, under oath, says: that he is the affiant in this Affidavit and he knows the content of its body; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

Sworn to and subscribed before me on this

__29th__ day of __July__ 20 __19__

**Notary at Large--Arizona**
**My Commission Expires** __12 / 17 / 2021__

**Notary Signature** _____

Notary Place Seal Here------------>

ALEX BURRUEL
Notary Public – Arizona
Maricopa County
My Comm. Expires Dec 17, 2021