**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-00360-PHX-JJT |
| Plaintiff, | |
| vs. | **ORDER OF DETENTION** |
| Abdul Khabir Wahid, | |
| Defendant. | |

Defendant appeared before this Court on a bench warrant for failure to appear at Sentencing.

IT IS ORDERED that defendant be detained pending further proceedings.

DATED this 4th day of September, 2019

Michelle H. Burns
United States Magistrate Judge