1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  JOSEPH E. KOEHLER
   Assistant U.S. Attorney
4  Arizona State Bar No. 013288
   KRISTEN BROOK
5  Assistant U.S. Attorney
   Arizona State Bar No. 023121
6  Two Renaissance Square
   40 N. Central Ave., Suite 1800
7  Phoenix, Arizona  85004
   Telephone:  602-514-7500
8  Email: Joe.Koehler@usdoj.gov
   Email: Kristen.Brook@usdoj.gov
9  Attorney for Plaintiff

10

11                   IN THE UNITED STATES DISTRICT COURT

12                      FOR THE DISTRICT OF ARIZONA

13  United States of America,                  CR-17-00360-PHX-JJT

14                      Plaintiff,

15           vs.                          **UNITED STATES' MOTION TO
                                           CONTINUE BENCH TRIAL**
16
    Abdul Khabir Wahid,
17
                      Defendant.
18
           The United States of America, by and through undersigned counsel, hereby files its
19
    first Motion to Continue Bench Trial, which is currently set for October 31, 2019, for any
20
    of the following dates:  November 5, November 8, November 15 or December 3, 2019.
21
    The reason for this request is as follows:
22
           Special Agent Stewart L. Whitson (FBI) is unavailable to attend the trial currently
23
    scheduled for October 31, 2019.   Special Agent Whitson is available on any of the
24
    previously provided dates.
25
           Therefore, the Government respectfully requests that this Court continue the trial,
26
    October 31, 2019 to one of the dates provided, at the Court's convenience.  Counsel has
27
    consulted with the Defendant, Abdul Khabir Wahid's stand-by counsel, Mr. John McBee,
28
    and he has no objection.

1  The Government does not make this motion for reasons of delay, but instead in the

2  interests of justice, including continuity of counsel.

3  Excludable delay under 18 U.S.C. § 3161(h)(7)(b)(II) may occur as a result of this

4  motion or an order based thereon.

5  Respectfully submitted this 9th day of October, 2019.

6

7  MICHAEL BAILEY
   United States Attorney
   District of Arizona

8

9  *s/ Joseph E. Koehler*
   *s/ Kristen Brook*
10 JOSEPH E. KOEHLER
   KRISTEN BROOK
11 Assistant U.S. Attorneys

12

13

14

15  ## CERTIFICATE OF SERVICE

16  I hereby certify that on October 9, 2019, I electronically filed the foregoing with the Clerk
    of Court using the CM/ECF system, and that true and accurate copies have been transmitted
17  electronically to counsel for the defendant via the ECF system.

18
    John McBee, Advisory Counsel for Defendant
19
20  In addition, on the same date I directed a copy of the foregoing to be placed in the
    United States mail addressed to the defendant at the following address, labeled
    "Confidential/Legal Mail":
21
22  Abdul Khabir Wahid, No. 72409-408
    Central Arizona Florence Correctional Complex
23  PO Box 6300
    Florence, AZ  85132

24

25  *s/ Joseph E. Koehler*
    U.S. Attorney's Office
26

27

28