(1)

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

FILED
RECEIVED
DEC 17 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

COURTS COPY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFF

V.

AbdulKhabir Wahid
Defendant

JUDGE: John J. Tuchi
Case No. 2:17 cr 00360 JJT BSB

## SENTENCING MEMORANDUM

I want to begin by saying I AbdulKhabir Wahid do take and accept personal responsibility of the crimes I have been accused and I am deeply sorry for the inconvenience I have caused for the United States.

However I do want to clarify something that is even though the F.B.I investigation involve terrorism. I myself am not a terrorist Nor



do I condone such violence.

This also brings to my mind the prosecution implying that I may be affiliated with a terrorist organization by the F.B.I officer stating that she observed my index finger pointing out signifying the number one and in her observation she stated that it referred to the oneness of Alah or it was showing allegiance or affiliation to a terrorist group.

This is furthest from the truth concerning me. First off I didn't even realize my finger was pointed out signifying the number was that was simply how I relaxed my hand I didn't even think of it. Secondly stating that it signified ties to a terrorist organization are pretty strong accusatory words especially when there is NO evidence in this case that proves I am actually link to a terrorist organization.

Moving along my main two concerns are losing my home and my health basically these are the two main reasons I would like you your honor to consider giving me probation and not incarceration.

I will explain this to you momentarily.

Your honor I have been living in the house at 3407 W. Port Au Prince Lane in Phoenix for almost 7 years my main Reason for staying in this house is for my young adult children.

As you know I have 3 young adult children my oldest which is my son has a online business that is doing very well so I'm not so much worried about him but my two daughters depend on me finacially to take care of all the bills so that they can concentrate on their college studies full time. Meaning I provide for my two daughters they pay no bills as long as they stay in college. And I'm happy with their progress.

However if you incarcerate me it will cause me to ~~loose~~ lose my home and my daughters will be forced to find full time jobs which will take away from their concentration on college because they will be forced to take care of themselves and will most likely NOT have the time they need to devote to their college education. Basically what I'm trying to say is if you punish me by incarcerating me you will inadvertently punish my daughters as well.


More important the issues concerning my health.

If you remember your honor back in the summer I sent you a letter for leniency explaining to you that I had A.I.D.S.

Also when I was first incarcerated I sent a Request back in October requesting that I be released with a ankle bracelet so I could treat my illness with the alternative therapy.

You denied me and stated because I stated that my wife nor children were affected by my disease then my statements of having A.I.D.S was inconsistent.

In other words I was lying. Also you were not willing to hear arguments that day had you been willing to listen to me I would've explained to you why my wife and children were not affected by my disease even though I have been living with it for almost 30 years.

If you would have been willing to hear my explaination only then you would've have understood how this blessing took place.



The reasons why my ex-wife and children are not affected is my ex-wife has partial cerebral palsy it was discoverd that people born with cerebral palsy had some sort of enzyme in their blood that if they came in contact with weak strains of the virus their bodies had the ability to not contract the virus, this is why in utero none of my children were born with the virus this phenomena was discovered by a A.I.D.S organization or should I say was explained to me by the organization named "Care Directions" which is a organization that works with the AIDS epidemic socially, medically and financially.

And to go a step farther while I was at Central Arizona florence Complex Center I went on and took a H.I.V Test to prove to you your honor that I am not lying and that I'm telling the truth that I have been living with H.I.V for the past 30 years and within the last ten years I have become seropositive meaning it has developed into A.I.D.S

As I am writing this memorandum I am still waiting on the results they should be in tomorrow which would be December 13, 2019. If not hopefully they will be in by the time I go to court and if so I can hand deliver the results to you



and if not then maybe it could be in the courts notes or in the possession of the prosecution.

Please also note your honor when I requested the motion for the ankle bracelet the prosecution was in opposed and stated that I had refused testing that is incorrect I didn't refuse testing I refused treatment.

Which I am about to explain one more time to you as I did back in the summer.

But before I go on there was one more thing you stated concerning the motion for the ankle bracelet you stated that the U.S. Marshalls (and I paraphrase) were more capable to treat me medically.

You are correct that is true if you are a person who uses and their body responds well to conventional medicine which would be the classic antiretroviral medicine. However the U.S. Marshalls do not supply alternative therapies which is the medicine ~~I resp~~ my body responds to. I will reiterate because I have been on anti retrovirals for a number of years due to me having full blown ~~A~~IDS my body doesn't respond to it

in otherwords if you put me onto any antiretroviral medication which is known in medical jargon as a cocktail which consists of 3 different retroviral medications it will work for maybe 6 to 9 months and then it will stop being effective possibly because the virus will continue to mutate. Then what happens is I will be put on a different cocktail and repeat the cycle only for this new cocktail to stop working and basically it becomes a vicious cycle that never ends. However with each time I change medications because they stop working I manage to pick up a new opportunistic infection for example I have a very nasty extremely itchy rash just above my buttocks that never goes away so I'm always in pain believe it or not this rash develop while I was taking antiretrovirals and now since I have none of the alternative medicine that I was using because no availiability of it I now contracted a new itchy rash on my chest. Plus on the antiretrovirals I started having problems with my liver, my kidneys and I developed osteopenia and I still managed to develop PCP which is a pneumonia only A.I.D.S persons generally get.

All the reasons you just read are the ~~reasons~~ reasons why I turned to alternative therapy. When I began to use Hypochlorious Acid which is the alternative therapy I was beginning to feel a whole lot better I used it internally as well as externally as a antiseptic for the rash on my back which was actually been going away but because I have not had access to my alternative medication the rash is in full force.

In fact when I explain to the Nurse at CAFCC what I was using for this infectious rash which was hypochlorious Acid he said he would see if he could get it for me that was over 3 weeks ago and I haven't heard anything from him since, which proves one thing Hypochlorious Acid which is a alternative medication is not carried in the government operated detention center named CAFCC.

Basically what I'm trying to get you to understand is if you incarcerate me I know for a fact I will not get the alternative medicine my body Responds to in fact the only thing the government Ran detention centers and BOP has to offer are antiretrovirals and let me ask you this your honor if you were in my shoes would you take medicine that is actually

counterproductive to the reason your suppose to be taking it for or would you opt to take the medicine which is going to benefit you which happens to be the alternative therapy (hypochlorious acid)

Your honor to be very frank with you if you incarcerate me basically you are sentencing me to death either way it doesn't matter if I take the antiretroviral medicine or I don't take it either way I will die and it wont take long because of the fact I have full blown A.I.D.S.

The only way I will survive is if you allow me to be on probation where I will be free to access my alternative medication anytime I need to

Please seriously consider everything I said to you.

I am so serious ~~about~~ and desperate about accessing this alternative medication I will agree to be on probation from 6 to 10 years and I will even pay a indefinite fine ~~for~~ of $100.00 dollars per month.

Just as long as I can get my alternative medication.

Your honor in closing I want to say what I did was wrong I agree but my criminal history doesnot reflect a Repeat offender or violent offender That is also why I Requested a downward departure not just to get out of serving time but mainly so I can get the alternative medical help that I sincerely need.

So with that I ask you to consider the educational well being of my daughters and my fight for life in battling with A.I.D.S by using my alternative therapy hypochlorious acid.

Please help me your honor.

AbdulKhabir Wahid (72409408)
CAFCC - East
P.O. Box 6300
Florence, Arizona 85132

**Notice**
This Correspondence is mailed from a Correctional Institution
It's contents are Uncensored

Clerk of Courts
401 W. Washington St
Phoenix, Arizona 85003

RECEIVED
DEC 17 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003-211799