Abdulkhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(623) 226-0405

```
            FILED      ___ LODGED
        ___ RECEIVED   ___ COPY

            DEC 16 2019

        CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
        BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

Vs.

JUDGE : John J. Tuchi
Case No. 2:17 -cr-00360-JJT

**AbdulKhabir Wahid**

**Defendant**

## REQUEST FOR DOWNWARD DEPARTURE

Comes now, AbdulKhabir Wahid In Rerum Natura and making a Special Appearance. Your Honor, I am a living being and the flesh and blood flows. I humbly ask for remedy.

Court Copy

I am requesting from this court and praying for a downward departure from the category that I am presently in to a reduction to a category one. This request is based off Sentencing guidelines manual section 4A1.3 and case law United States V. Eifelt (1993, CA7 IND) 988 F. 2d 677 stating that "Criminal history overrepresented criminal conduct". And as stated by the defendant "Even if Criminal score was correctly calculated it nevertheless overstated the seriousness of his prior offenses."

Secondly, I am requesting the Downward Departure because of the following case law of United States V. Franklin, 902 F. 2d 501,506 (7th Cir) (Which states "District Court does have discretion to determine what criminal history category most accurately reflects the Defendant's actual criminal history."

Also please take this into consideration If I am in fact understanding this law right Terrorist enhancements are considered to be "acts of Congress"
Does it not state in the Sentencing reform act of 1984, 18 U.F.C. Section 3551(a) in relevant part "other than an act of Congress applicable exclusively in the District of Columbia."


Therefore the previous legal reasons that you just read is why I am requesting and praying for a downward departure.

Thanks you, sincerely

Autographed by _Abdul Khabir Wahid_