Abdulkhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(623) 226-0405

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN - 8 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

Vs.

JUDGE : John J. Tuchi
Case No. 2:17 -cr-00360-JJT

**AbdulKhabir Wahid**

**Defendant**

## MOTION FOR REVOKING ACCEPTANCE OF RESPONSIBILITY

Comes now, AbdulKhabir Wahid In Rerum Natura and making a Special Appearance. Your Honor, I am a living being and the flesh and blood flows. I humbly ask for remedy.

Courts Copy

Please be advised to this court that I am revoking my personal acceptance of responsibility and I am therefore no longer responsible of the two acts for false statement and tampering with a witness. I will explain my reasons for revoking my acceptance of responsibility at sentencing.

Thank you sincerely

Autographed By *Abdul Khabir S. Wahid*