Abdulkhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]
(623) 226-0405

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES**

**PLAINTIFF**

Vs.

JUDGE : John J. Tuchi
Case No. 2:17 -cr-00360-JJT

**AbdulKhabir Wahid**

Defendant

## MOTION FOR EXCULPATORY EVIDENCE

Comes now, AbdulKhabir Wahid In Rerum Natura and making a Special Appearance. Your Honor, I am a living being and the flesh and blood flows. I humbly ask for remedy.

*Judges ~~Copy~~ Courts Copy*

I am requesting from this court the FBI transcript of May 6, 2015 interview of Abdulkhabir Hyman.

I am also requesting from this court the FBI transcript Of June 10, 2015 search warrant interview of Abdulkhabir Hyman.

This is in accordance with Brady's Rule 373 U.S. 83, (1963)


Thank you sincerely

Autographed By _Abdul Khabir 3Wahid_