AbdulKhabir Wahid
3407 W. Port au Prince Lane
Phoenix, Arizona [85053]

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 27 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFF

JUDGE: John J. Tuchi
Vs.                Case No. 2:17-cr-00360-JJT-BSB

AbdulKhabir Wahid
Defendant

F.B.I TRANSCRIPT OF MAY 6, 2015
AND INVESTIGATION RELATED TO TERRORISM

Your Honor, In addittion to the F.B.I not telling me I was under investigation that is reflected in the May 6, 2015 FBI Transcript. You will also notice it was never stated in the transcript that I was given any forms to sign, nor will you find in the transcript that I was told by the F.B.I that if I wanted I could have my lawyer present. More important I was never told it was a interview for an investigation that it was related to terrorism. All the above you will not find in the May 6, 2015 FBI Transcript. So the truth be told how could it be possible that

/over/

I was aware that it was a investigation related to terrorism and to add to that I was never told that it was a interview related to terrorism and that I was under investigation. The only thing I was told by the F.B.I that it was termed as a "confidential meeting". Therefore how could the prosecution presume that I knew that it was a investigation concerning terrorism in process, unless they thought I was clairvoyant.

No. I reiterate I was told that or I should say all I was told was they'd (meaning FBI) be asking me some questions in hopes that they would try to prevent ~~and~~ terrorist attack in the future Not that it was a interview in relation to a terrorist investigation.

Please also notice that in the May 6, 2015 FBI Transcript Mr Burnes (FBI official) states in the recording before he gets to my home that he was going to "try and interview" me, and the word "interview" was never used in my presence. Legally no forms were signed and No mentioning of a investigation then there is NO investigation

In essence I hope you also take this into consideration in terms of leniency Your Honor.
                Thankyou, Sincerely

Autographed By     Abdul Khabir Wahid

COURTS COPY

