✓ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 11 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

1

COURT'S COPY

Abdul Khabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFF

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360-JJT-BSB

Vs.

Abdul Khabir Wahid
Defendant

THIRD LETTER TO THE JUDGE

Hello your Honor this is a follow up letter concerning the second letter about my Miranda Rights and despite the fact that the prosecution states I was aware that I was under investigation, the evidence from the FBI Transcript proves otherwise. I will prove momentarily with Exhibits 1 and 2 both Exhibits are attached at the end of this letter. My whole objective in this letter is to prove the FBI didn't just read me my Miranda Rights, since I was supposed to be under investigation, they were also careful to conceal



COURT'S COPY

the fact that they did not want me to be aware that I was being investigated which is totally opposite of what the prosecution is saying. Case in point I have enclosed in Exhibit 1 proof that the FBI did in fact conceal the fact that I was under investigation before they even approach my door. If you go to the FBI May 6, 2015 Transcript on page 2, U.S. v. AbdulKhabir Wa'hid 0018 and read the monologue you will read and see Special Agent Robert Byrne Clearly turns on the audio recording and states that he will attempt to interview Mr. AbdulKhabir Wa'hid, if you move further down on the page you will see the words "Knock, Knock" and then on page 3, U.S. v. AbdulKhabir Wa'hid 0019 a female answers the door. This clearly indicates that the FBI agent stated that he wanted to interview me prior to him Knocking on my door and thus after Knocking on my door and speaking with me he never makes his intentions Known that I was being interviewed. Please also Keep in mind the word "interview" was never used in my presence as well as you will not find the word "interview" used in the transcript while they were conversing with me. My next point is Exhibit 2 on page 95, U.S. v. AbdulKhabir Wa'hid 0111 at the conclusion of the alleged interview you can clearly read after we say our farewells such as

AK: "see you later thankyou"

COURTS COPY

and RB: "again, thank you very much, see you tomorrow". and then afterwards the FBI agent states that the interview is concluded clearly indicates and proves that the FBI agents made sure that they did not want me to know that I was under investigation because they waited after we said our farewells (meaning I was not in there presence) to say that the interview was concluded and also they stated before they knocked on my door that they were attempting to interview AbdulKhabir Wa'hid (me). This proves that prosecution was incorrect by stating that I was aware of the investigation because the FBI did not want me to know by their concealment of the interview that I was being investigated therefore ~~it~~ this proves I did not know I was supposed to be under investigation plus still the fact remains throughout the entire FBI Transcript of May 6, 2015 I was never read my Miranda Rights nor was I given anything to sign to state that I was aware that I was under investigation.

Thankyou, Sincerely

Autographed By: AbdulKhabir Wahid

COURTS
COPY

EXHIBIT
1

[This is a page takened from the May 6, 2015 FBI Transcript]

RB This is Special Agent Robert Byrne I'm here with Special Agent Kim Jensen, it is May sixth, two thousand fifteen at three thirty four pm in the afternoon uh we are going to attempt to interview a Mister Abdul Khabir Hayman he also has a last name of Wahid, WAHID, as well as an AKA and he also goes by AK

RB Um, we are at 3407, how's is looking up in there

KJ See that

RB It might be SSG, let's go get the plate, huh, 3407 West Port O Prince

KJ [IA] alright, what else do we have, [IA] ok

KJ You got the keys?

RB I got the keys

RB [IA] definitely it's the white [IA] yeah

Honk

[IA]

Whistle

[IA]

KJ Hello

[IA]

Knock, knock

KJ Hello

KJ Hello

Hello

[This is a page takened from the ~~FBI~~ May 6, 2015 FBI Transcript]

UF hello

KJ Yeah, hi [IA] police [IA]

RB hi there, how're you doing? My name is Robert Byrne I'm a Special Agent with the FBI

UF mm hm

RB are your parents here by chance?

UF Yeah

RB can I speak with them please?

KJ yeah, your dad preferably

KJ [IA] there's somebody here, there's somebody here

UF Yeah [IA]

RB hello, hey how are you doing? We can't see you, but my name's Robert Byrne, can you open the door just a little bit so we can talk to you please

AK oops, sorry

RB thank you very much, thanks for talking with us, ok, my name is Robert Byrne this is Kim

KJ Kim Jensen

RB How are you?

AK Fine

RB We like to kinda come in and talk to you if you don't mind about, um, Elton Simpson, do you have a few minutes that we could ask a few questions trying to figure out how he's been been lately since things have gone

AK He's dead

C O U R T I S C O P Y

Exhibit 2

[This page was taken from the May 6, 2015 FBI Transcript]

KJ [IU]

AK See you later, thank you.

RB Again, thank you very much, see you tomorrow.

KJ I'm tired

RB I'm tired,

KJ That was a long one, [UI]

RB That was a long one. Alright so the interview is concluded, according to my phone, t is five ..... and I'm turning this thing off.

[End of Recording]

7.7 S

ILY TO SEAL

U.S. POSTAGE PITNEY BOWES

ZIP 85132 $ 007.75[0]
02 4W
0000360927 FEB 10 2020

FROM:

Abdulkhabir Wa'hid [72409408]
~~CCA-West~~ CAFCC-West
P.O. Box 6300
Florence, Arizona 85132

RECEIVED

FEB 11 2020

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Notice
rrespondence
mailed
tional Institution
ents are
sored

TO:

UNITED STATES DISTRICT COURT
401 W. Washington Street
Phoenix, Arizona. 85003

lule free
Pickup,
QR code.

I/PICKUP

ts, the maximum weight is 4 lbs.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.