AbdulKhabir Wahid [72409408]
CAFCC-West
P.O. Box 6300
Florence, Arizona 85132

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 24 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFF

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360-JJT-BSB

Vs.

AbdulKhabir Wahid
Defendant

## SECOND REQUEST FOR POLE CAMERA FOOTAGE

Recently over a little one bit of a month ago or more I requested that the prosecution send me its pole camera footage and all footage from the first day the camera was set up till the last day it was takened down, mainly I was asking for any pole camera footage a week prior or 7 days prior till the day Elton Simpson and Nadir Soofi left for Texas which would have been either May 4, 2015. I am asking for this a second time for the following reasons
/over/



Recently almost two weeks ago I sent Mr John McBee a letter requesting the information that Kristen Brooks spoke about during my sentencing. I have not received any information or any response from Mr. McBee about the Pole Camera footage. And in light of Mr. McBee stating that he would no longer be representing me I assumed he has no obligation to send me anything anymore and therefore if he does send me anything it is simply out of courtesy.

Therefore I request again that the prosecution please forward me a copy of all Pole Camera footage.

Thankyou, Sincerely

Autographed By Abdul Khabir Wahid