C O U R T S

C O P Y

Abdul Khabir Wahid [72409408]
CAFCC-West
P.O. Box 6300
Florence, Arizona 85132

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 24 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

① 

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFF

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360-JJT-BSB

Vs.

Abdulkhabir Wahid
Defendant

REQUEST TO REMOVE ATTORNEY

This request to remove attorney comes off of prior knowledge disclosed to me by attorney John McBee.

The day before I was scheduled for sentencing John McBee disclosed to me that I was his last federal case and I'm not sure if he meant I was the last on his list that he was working with or the fact he would no longer be doing any more federal cases. Anyhow he also stated to me that he would be closing down parts of his firm. Therefore I can assume that there is a possibility he will no longer

[over]



be accepting federal cases.
Also he stated to me should I appeal he would not be representing me in my appeal.

However I thought he would stay on as my attorney throughout the duration until I received probation however I guess thats not the case.

With that said it is obvious Mr John McBee no longer wishes to be my attorney and I agree if he no longer wishes to represent me then I am in favor of yes he doesn't have to represent me. Therefore I request that Mr. McBee be removed as my attorney and return me to the status of Proper as presently I am appealling the judges decission.

Thankyou, Sincerely

Autographed By  Abdulkhabir Wahid