Abdulkhabir Wahid [72409408]
CAFCC-West
P.O. Box 6300
Florence, Arizona 85132

FILED ___ LODGED
~~RECEIVED~~ ___ COPY
APR 0 1 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFF

Vs.

JUDGE: John J. Tuchi
Case No. 2:17-cr-00360-JJT-BSB

Abdulkhabir Wahid
Defendant

### Emergency Motion for Home Detention

During my sentencing I wanted to speak out but I held back. During my sentencing the only thing I was thinking about was your honor how could you sentence me to 5 years knowing that I have A.I.D.S and that the corona virus was on the rise, potentially you could possibly be sentencing me to a death sentence.

Seeing now that the virus has reached Arizona it is just a matter of time it will reach the

/OVER/

detention center and other prisons in Arizona. Should it make it's way to Florence Dention Center and begin to spread by me still in the range of having A.I.D.S I know it would instantly end my life. Therefore I am asking you your honor for mercy and please, please release me to Home Detention that way if I'm isolated and not around a lot of people I have a less likely chance of contracting the corona virus. Please, Please help me your Honor.

Thankyou, Most Sincerely

Autographed   Abdul Khabir 3Na'hid

COURTS COPY