IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Abdul Khabir Wahid,<br><br>    Defendant | No. CR-17-00360-PHX-JJT<br><br>**ORDER** |

Defendant has filed a Second Motion for Pole Camera Footage (Doc. 293), a Motion to Remove Attorney (Doc. 294) and an Emergency Motion for Home Detention (Doc. 295). The government has filed a Response to all three motions (Doc. 297), and the time for Defendant to file any Replies is now passed, none having been filed. The Court must deny the motions.

On March 3, 2020, the Court held a sentencing hearing for Defendant and entered judgment (Doc. 290). Defendant thereafter timely filed through counsel a notice of appeal of his conviction and sentence (Doc 291). The filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58, 103 S.Ct. 400, 401, 74 L.Ed.2d 225 (1982); *United States v. Ortega-Lopez,* 988 F.2d 70, 72 (9th Cir. 1993), *as amended* (May 28, 1993). When Defendant filed the instant three motions eight days later, then, this Court was divested of jurisdiction to hear or decide them, as they all pertained to the aspects of the case involved in the

appeal. His discovery motion seeking pole camera footage went to the Court's conviction decision after a bench trial and his motion for modification of sentence went to the Court's sentencing decision. Defendant's motion to terminate counsel, which went to both or all aspects of the case involved on appeal, is in any event mooted by the Ninth Circuit's Order granting counsel's motion to withdraw and appointing new appellate counsel (Doc. 298). While there may be multiple other infirmities with the pending motions, as pointed out in the Government's Response, the Court need reach no further, as it concludes it is without jurisdiction to address the motions.

**IT IS ORDERED** denying as moot Defendant's Second Motion for Pole Camera Footage (Doc. 293), his Motion to Remove Attorney (Doc. 294) and his Emergency Motion for Home Detention (Doc. 295).

Dated this 21st day of April, 2020.

Honorable John J. Tuchi
United States District Judge