COURTS COPY                                                                     ①

Abdulkhabir Wahid 72409408
F.C.I II
P.O. Box 3850
Adelanto, California 92301

```
FILED ____ LODGED ____
____ RECEIVED ____ COPY
JUL 0 1 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES INC
    PLAINTIFF

                              JUDGE: John J. Tuchi
Vs.                           Case No. 2:17-cr-00360-PHX-JJT

Abdulkhabir Wahid
Defendant.

## THIRD LETTER TO JUDGE TUCHI CONCERNING THE MODERNA VACCINE / RNA Rewriter

Comes Now Abdulkhabir Wahid In Rerum Natura and making a Special Appearance without counsel.

In light of reviewing the Corporation of the United States second opposition in reference to my request for Compassionate release.
  Let me say this to you Judge Tuchi both prosecutors are very educated yet they still don't understand.

Please turn over

COURTS COPY

(2)

So I will explain the fundamentals. My reason for refusing the vaccine has nothing to do with "expect that prolonging his risk by declining vaccination will be rewarded with sentence reduction." United States V. Lohmeier. And the U.S. Corporation writes "after extensive testing, that the vaccine proved 94.1% effective in preventing infection". Yes but the extensive testing was done on healthy persons that don't have a compromised immune system. And to dig a little deeper the vaccine as we all know is basically a piece of the virus fed into the body so that the immune system can detect it and recognize it and know how to fight it, thats the definition of a vaccine. This Moderna vaccine even though they call it a vaccine it is not a vaccine it is actually a RNA rewriter. Heres my dilemma my RNA is already being rewritten by the H.I.V virus and the medication that I take the antiretros does not cured it, it just makes sure that the virus can get to where its undetectable meaning its still alive and breathing in my blood stream it just can't be detected. The dilemma is if you introduce a new RNA rewriter such as the Moderna vaccine while theres still another RNA rewriter in my bloodstream (HIV), Can this Court honestly say they know what to expect or know the outcome of what could possibly happen to a person dealing with this issue

COURTS COPY

(3)

Can the prosecutors actually tell you that there have been extensive test and clinical trials of persons that have H.I.V / AIDS been administered the Moderna vaccine in light of knowing it is a RNA rewriter and knowing that H.I.V rewrites RNA. I think not.

In conclusion it appears to me that the U.S. Corporation is simply overlooking the truth about this vaccine and basically they simply want you to deny me because I am refusing to take such a dangerous risk with my life.

Thankyou, Sincerely to you Judge Tuchi

Autographed By Abdulkhabir Wahid

Written April 27, (Wed) 2021

NAME: Abdul Khadir Wahid
REG #: 72409-408
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

SN BERNARDINO CA 923
29 JUN 2021 PM 7 L

Clerk of THE COURTS
UNITED STATES DISTRICT COURT
401 W. Washington Street
Phoenix, Arizona 85003

RECEIVED
JUL 01 2021
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003-213099